UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES MERRITT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLECULAR PARTNERS AG, PATRICK AMSTUTZ, ANDREAS EMMENEGGER, WILLIAM M. BURNS, AGNETE FREDRIKSEN, STEVEN H. HOLTZMAN, SANDIP KAPADIA, VITO J. PALOMBELLA, MICHAEL VASCONCELLES, and DOMINIK HOCHLI,<br><br>Defendants. | Case No. 1:22-cv-05925-ER |

**DECLARATION OF ZACHARY SISKO IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, Zachary Sisko, declare as follows:

1.      I am an attorney with the law firm Cooley LLP, counsel for Defendants Molecular Partners AG ("Molecular Partners"), Patrick Amstutz, Andreas Emmenegger, William M. Burns, Agnete Fredriksen, Steven H. Holtzman, Sandip Kapadia, Vito J. Palombella, Michael Vasconcelles, and Dominik Höchli (collectively, the "Defendants") in the above-captioned matter. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint. I have personal knowledge of the following and, if called as a witness, would testify competently thereto.

2.      **Exhibit 1** is a true and correct copy of Molecular Partners's Form F-1/A filed with the U.S. Securities and Exchange Commission ("SEC") on June 14, 2021, which is incorporated by reference into the Amended Class Action Complaint at ¶¶ 1-2, 4-5, 10, 12-20, 25, 27-28, 30-

32, 34-43, 49-50, 54-56, 58.    It is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

3.    **Exhibit 2** is a true and correct copy of the *Pipeline* page of the Molecular Partners website, last accessed on July 19, 2023.    It is publicly available at: https://www.molecularpartners.com/pipeline/.

4.    **Exhibit 3** is a true and correct copy of an article titled, *The role of fibroblast activation protein in health and malignancy*, authored by Allison A. Fitzgerald and Louis M. Weiner and dated September 1, 2021.    It is publicly available at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7487063/pdf/nihms-1608163.pdf.

5.    **Exhibit 4** is a true and correct copy of Amgen Inc.'s January 31, 2023 press release titled, *Amgen Reports Fourth Quarter and Full Year 2022 Financial Results*.    It is publicly available at: https://investors.amgen.com/static-files/42085127-5068-433c-b828-2267b6431077.

6.    **Exhibit 5** is a true and correct copy of Molecular Partners' December 19, 2018 press release titled, *Molecular Partners and Amgen Announce Strategic Collaboration in Immuno-oncology*.  It is publicly available at: https://investors.molecularpartners.com/news-releases/news-release-details/molecular-partners-and-amgen-announce-strategic-collaboration.

7.    **Exhibit 6** is a true and correct copy of a Research Partners AG analyst report titled, *Molecular Partners AG: Basic study – Initiation of coverage*, dated October 22, 2019.

8.    **Exhibit 7** is a true and correct copy of a H.C. Wainwright & Co. analyst report titled, *A Multi-Specific Platform for Oncology and Infectious Disease; Assume Coverage at Buy*, dated June 21, 2021.

9.    **Exhibit 8** is a true and correct copy of the *Basket Study to Evaluate the Therapeutic Activity of Simlukafusp Alfa as a Combination Therapy in Participants With Advanced and/or*

*Metastatic Solid Tumors* page of the ClinicalTrials.gov website, last accessed on July 19, 2023.  It is publicly available at: https://classic.clinicaltrials.gov/ct2/show/NCT03386721.

10.     **Exhibit 9** is a true and correct copy of the *Study To Evaluate Safety, Pharmacokinetics, Pharmacodynamics, And Preliminary Anti-Tumor Activity Of RO7122290 In Combination With Cibisatamab With Obinutuzumab Pre-Treatment* page of the ClinicalTrials.gov website, last accessed on July 19, 2023.  It is publicly available at: https://classic.clinicaltrials.gov/ct2/show/NCT04826003.

11.     **Exhibit 10** is a true and correct copy of the *A Study to Evaluate Safety, Pharmacokinetics and Anti-Tumor Activity of RO7300490, as Single Agent or in Combination With Atezolizumab in Participants With Advanced Solid Tumors* page of the ClinicalTrials.gov website, last accessed on July 19, 2023.  It is publicly available at: https://classic.clinicaltrials.gov/ct2/show/NCT04857138.

12.     **Exhibit 11** is a true and correct copy of Molecular Partners' April 26, 2022 press release titled, *Molecular Partners to Regain Global Rights for MP0310 from Amgen*, which is incorporated by reference into the Amended Class Action Complaint at ¶¶ 5, 45.  It is publicly available at: https://investors.molecularpartners.com/node/8691/pdf.

13.     **Exhibit 12** is a true and correct copy of Molecular Partners' April 26, 2022 press release titled, *Molecular Partners Provides Update on Ensovibep Following Novartis Quarterly Earnings Call*.  It is publicly available at: https://investors.molecularpartners.com/node/8676/pdf.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 24, 2023 in Boston, Massachusetts.

*/s/ Zachary Sisko*
Zachary Sisko