# EXHIBIT 2

# PIPELINE

## Our DARPin platform has vast applicability across a range of diseases. Explore our pipeline:

**Oncology**        **Discovery Oncology**        **Virology**        **Ophthalmology**

| CANDIDATE | RESEARCH | PRECLINICAL | PHASE 1 | PHASE 2 | PHASE 3 | RIGHTS |
|-----------|----------|-------------|---------|---------|---------|--------|
| MP0317 / FAP x CD40: Solid Tumors | | | ▶ | | | MOLECULAR partners |
| MP0533 / CD33 x CD70 x CD123 x CD3: AML | | ▶ | | | | MOLECULAR partners |
| Radio DARPin Therapies: DLL3 and more | ▶ *In-house programs* | | | | | MOLECULAR partners |



1. The Company continues to evaluate potential business opportunities for abicipar, outside of Molecular Partners.

2. Molecular Partners was informed by Novartis that the Emergency Use Authorization (EUA) application from the U.S. Food and Drug Administration (FDA) for ensovibep was withdrawn effective January 25th, 2023. As previously disclosed, ensovibep is not presently in clinical development.



© 2023 Molecular Partners.