# EXHIBIT 6



RESEARCH PARTNERS AG

REPORT PUBLISHED ON OCTOBER 22, 2019

NOT FOR PUBLIC DISTRIBUTION/INTERNAL USE ONLY

# Molecular Partners AG
SWISS SMALL & MID CAP RESEARCH

## Share details

| | | | |
|---|---|---|---|
| Security symbol | MOLN | Security type | Registered shares |
| Security number | 25'637'909 | Number of shares | 21'414'441 |
| ISIN | CH0256379097 | Nominal value | CHF 0.10 |
| Trading currency | CHF | ICB Industry | Health Care |
| Stock exchange | SWX Swiss exchange | ICB Sector | Pharmaceuticals & Biotechnology |

## Analyst



Paul Verbraeken
Senior Analyst T: +41 44 533 40 30, E-Mail: paul verbraeken@researchpartners.ch

## Basic study – Initiation of coverage

### "Favourable odds"

Molecular Partners is a clinical stage biotech company. It has a pipeline of early to late-stage drug candidates, but no marketed products yet. Its most advanced project, Abicipar, has completed all clinical testing stages and has been filed for marketing approval in the EU and the US. If approved, the product could be on market in the second half of 2020, prompting substantial milestone payments to Molecular Partners. Apart from Abicipar, which is an eye care product, all other projects relate to oncology. Our NPV model produces a fair value of CHF 25 per share, 85% of which is linked to Abicipar. Based on historical averages, Abicipar has a 78% likelihood of approval. Overall: binary, but with favourable odds. We are initiating coverage with a 12-month price target and a BUY recommendation.

## Overview

| | |
|---|---|
| At a glance | 1 |
| Company | 3 |
| SWOT analysis | 18 |
| Corporate governance | 19 |
| Financial figures | 22 |
| Valuation | 25 |
| Analysts/Disclaimer | 31 |

## Key figures

| DATA PER SHARE | | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|
| Earnings | CHF | -0.23 | -0.01 | -0.90 | -1.21 | -1.75 | -1.60 | 4.07 | -1.96 |
| Book value | CHF | 15.10 | 7.75 | 6.55 | 5.55 | 4.34 | 2.71 | 6.74 | 4.68 |
| Dividend | CHF | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VALUATION | | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E |
| Price/earnings ratio (P/E) | x | -107.52 | n.a. | -27.57 | -21.10 | -9.27 | -10.95 | 4.29 | -8.90 |
| Price-to-book value | x | 1.67 | 4.52 | 3.78 | 4.59 | 3.74 | 6.45 | 2.59 | 3.73 |
| Dividend yield | % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| FINANCIAL FIGURES | | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E |
| Sales | MCHF | 26.6 | 29.1 | 23.0 | 20.0 | 10.4 | 27.8 | 149.5 | 25.8 |
| Operating profit EBITDA | MCHF | 2.6 | -1.3 | -18.4 | -24.7 | -36.4 | -31.3 | 89.2 | -41.7 |
| Operating profit EBIT | MCHF | 1.8 | -2.2 | -19.5 | -25.8 | -37.4 | -33.7 | 87.2 | -43.7 |
| Net profit | MCHF | -2.3 | -0.1 | -18.6 | -25.4 | -37.0 | -34.0 | 87.7 | -42.9 |
| Net debt | MCHF | 0.0 | -215.4 | -180.2 | -141.1 | -99.0 | -87.5 | -154.3 | -111.4 |
| Free Cash Flow | MCHF | -11.0 | 25.8 | -36.1 | -39.9 | -42.6 | -11.4 | 66.8 | -42.9 |
| Equity | MCHF | 148.5 | 151.8 | 135.8 | 116.7 | 91.7 | 57.7 | 145.4 | 102.5 |
| Total assets | MCHF | 194.0 | 219.4 | 184.1 | 144.4 | 155.2 | 93.3 | 160.1 | 117.2 |

## Market data

Market data as of 21.10.2019
| | |
|---|---|
| Currency | CHF |
| Price (4.30 p.m.) | 17.46 |
| 52-week high | 19.70 |
| 52-week low | 12.16 |
| Market cap MCHF | 372.1 |
| Free float | 84% |
| Avg volume (100 d) | 15'094 |
| Performance: | |
| 1 month | 8.41% |
| 3 months | 23.43% |
| 12 months | -6.09% |
| YTD | -9.34% |

## Price



Daten: Factset/Grafik: RPAG

## RP Recommendation

# BUY

**Target price (12 months)    CHF 25.00**

**Research Partners Rating System**
Time horizon: 12 months

Upside potential

| | |
|---|---|
| ≥ plus 15% | BUY |
| ≤ minus 15% | SELL |
| between +15% and -15% | HOLD |

Case 1:22-cv-05925-AS    Document 23-6    Filed 07/24/23    Page 3 of 32



## Company profile

Molecular Partners AG is a clinical stage biotech company with a pipeline of early to late-stage drug candidates, but no marketed products yet. It was created in 2004 as a spin-off of the University of Zurich in Switzerland. The company listed on the main board of the SIX Stock Exchange in December 2014 at a price of CHF 22.40. Operations have so far been concentrated at the company's headquarters in Schlieren, near Zurich. In 2019, the company established its US subsidiary Molecular Partners Inc., based in Cambridge, Massachusets. The company has a headcount of 130.

## Company graphics

**Figure 1: Molecular Partners pipeline and LOA\*)**





\*) LOA = Likelihood of approval (average if >1 project)

Source: Molecular Partners, Research Partners

**Figure 2: Stock trend (start of 2017 = 100%)**



Source: Factset

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch



**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

# 2   COMPANY

## 2.1 Investment summary

Molecular Partners is a clinical stage biopharmaceutical company. It was incorporated in 2004, began operations in 2005 and listed in 2014.
**Listed since 2014**

It has similarities with several of its Swiss listed peers: no marketed products yet, unproven, investing heavily in R&D and burning cash. But there are also two key differences: Molecular Partners works with a proprietary technology (DARPin) with the potential to open up entirely new therapeutic areas. And secondly, the company focuses on biologics (i.e. drugs produced in a living cell) as opposed to small molecules manufactured through chemical synthesis. The production process for biologics is clearly more complicated than that of small molecules. On the one hand this complexity increases production costs as well as the risk of impurities, but it also raises the entry barrier for (generic) competition.
**Similarities with several listed peers**

The company´s short-term outlook depends heavily on its lead compound Abicipar. This drug candidate, which is partnered with Allergan, has successfully completed its clinical development path and is currently under review by regulators in the US and Europe.
**Abicipar: partnered with Allergan**

Abicipar is initially targeted at a serious eye condition called "wet AMD". Standard therapy in this area involves injections into the eye. This is an invasive and potentially risky procedure for the patient. Abicipar potentially represents an alternative requiring fewer injections while producing an improvement comparable with other treatments. This could be an important differentiator for the drug candidate. On the other hand, safety issues became apparent in Phase 3, caused by problems in the manufacturing process. Molecular Partners accordingly made changes to the process and demonstrated a clear reduction in side effects in an additional clinical study called "MAPLE". We assume the respective additional data were submitted to the regulators as well.

According to statistics produced by healthcare consultancy Alacrita, the likelihood of approval for an eye care compound at this stage is 78%. Even though these are favourable odds, a residual risk of rejection remains. As Abicipar makes up some 85% of estimated company value, the situation is clearly binary. If approved, it could be on market in the second half of 2020, triggering milestone payments to Molecular Partners totalling an estimated USD 125 million in 2020. Based on our estimates, this payment would be sufficient to carry the company to break-even. Approval of Abicipar would obviously also be very positive as a validation of the company's technology.
**Likelihood of approval: 78%**

A second project we would like to highlight is MP0310 in the area of immuno-oncology. Though at an early stage, it has already attracted the attention of Amgen. Amgen has paid Molecular Partners USD 50 million upfront and has committed to pay up to USD 497 million in development and regulatory milestones, as well as a 10-20% royalty, if launched. These are exceptional deal metrics for a compound at such an early stage.
**MP0310 in the area of immune-oncology**

Another confidence-builder is the presence of William "Bill" Burns. He joined the board of Molecular Partners in October 2017 and was elected chairman at the AGM of April 2018. He previously spent 23 years in various senior executive positions at Roche, culminating in the CEO post of the Pharmaceuticals Division from 2005 to 2009. Given Roche's leading position in oncology, he will be a great asset on Molecular Partners' board.

After crunching the numbers, we arrive at a fair value of CHF 25 per share. This indicates an attractive upside of some 40%. This figure has been adjusted to include the risk of failure of the pipeline projects. We are initiating coverage with a 12-month price target of CHF 25.00 per share and a BUY recommendation. Given the binary nature of the business model, Molecular Partners is not a suitable investment for risk-averse investors.
**Upside of some 40%**

NOT FOR PUBLIC DISTRIBUTION/INTERNAL USE ONLY

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

## 2.2 Business model

Molecular Partners' activities cover all aspects of research and development (R&D). This includes laboratory work to search for new compounds (the "R" in R&D) as well as conducting (pre-) clinical trials to test the new drug candidates (the "D" in R&D). The company does not have a commercial infrastructure yet.

**Activities cover all aspects of research and development**

Just like its Swiss peers such as Idorsia and Basilea, Molecular Partners applies a well-known process that involves high-throughput screening. When researchers identify a protein that may play a role in a certain disease, thousands of compounds are screened for activity on the target protein. Where Molecular Partners differs from most of its peers is the sourcing of the compounds to be screened. While most peers source these from external vendors, Molecular Partners uses its own technology to rapidly generate thousands of different compounds to be screened.

Molecular Partners' technology revolves around so-called DARPins, which is an acronym for "Designed Ankyrin Repeat Proteins". Ankyrin repeat proteins are an abundant class of naturally occurring proteins that have evolved to bind specifically to a given protein or other molecule and, consequently, modulate a variety of biological functions.

**Designed Ankyrin Repeat Proteins**

The DARPin base technology was invented and initially developed in Switzerland at the University of Zurich by some of the founders of Molecular Partners. Upon the spin-off in 2004, the company acquired a worldwide exclusive license for the DARPin base technology (WO 2002/020565). Molecular Partners pays the university royalties on product sales and license income. The patents are expected to expire in 2021, with the exception of one patent expected to expire in the United States in 2023. This patent family provides an initial level of protection for all DARPin product candidates. In the years since the spin-off, Molecular Partners has further improved and optimized the base technology, building additional layers of patent protection.

A second differentiating factor is the nature of the active substances developed by Molecular Partners. Classic drug development works with small, chemically manufactured active-substance molecules. Peers such as Basilea and Idorsia apply this approach, which still accounts for over 90% of drugs on the market today.

Molecular Partners, by contrast, develops so-called biologics (biopharmaceuticals). A biologic is manufactured in a living system such as a micro-organism, plant or animal cells. Most biologics are very large, complex molecules or mixtures of molecules.

**Figure 3: Categories within pharmaceuticals**

| | Size of molecule | |
|---|---|---|
| **Production** | **Small** | **Large** |
| Chemical synthesis | 90% of current drugs | - |
| In living cells | **DARPin** | Most monoclonal antibodies |

Source: Research Partners

The living systems used to produce biologics can be sensitive to very minor changes in the manufacturing process. Small process differences can significantly affect the nature of the finished biologic and, most importantly, the way it functions in the body. To ensure that the manufacturing process remains the same over time, biologics manufacturers must tightly control the source and nature of starting materials, and consistently employ process controls that assure predictable manufacturing outcomes. Monoclonal antibodies are therapeutic proteins and a sub-group within biologics.

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch


**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

As with all peers, the most expensive part of R&D for Molecular Partners is (pre-) clinical development, during which the selected compound is tested first on animals and then on people. This process is prepared and managed by Molecular Partners, but executed by Contract Research Organizations (CRO).

**Most expensive part of R&D: (pre-) clinical development**

If approved, the commercialization of products can take a number of different forms:

- Out-licensing; a partner is responsible for production and marketing, Molecular Partners receives a royalty on the partner's sales as well as upfront and milestone payments. The company opted for this approach for both Abicipar (partnered with Allergan) and MP0310 (Amgen).

- Own sales force; either with an in-house marketing team or a "rented" sales force. Molecular Partners' pipeline products are all aimed at hospital specialists, meaning volumes will be be relatively low and prices high. The company is currently not developing any general practitioner (GP) products. This suggests that Molecular Partners could in principle handle the commercialization itself, with a limited specialist sales force. For smaller companies, however, there is always a trade-off between the higher margins achievable through in-house marketing and the large investment required to set up the required commercial infrastructure. In most cases, the balance sheet of small to mid-sized companies rules out the option of in-house commercialization of all pipeline products.

**Figure 4: The long road from invention to market**



Source: Research Partners

The development path shown above can easily take 10 years and swallow over a hundred million dollars. Indeed, there are even instances in pharma statistics of sums in excess of a billion being spent to develop a new drug up to launch. The blue area in Figure 4 gives an illustration of the cumulative cash flow for a drug development project. Clinical Phase 3 is the most expensive stage by far. After each of the steps the developer will take a go/no-go decision.

## 2.3 Business units

As Molecular Partners currently has no products on the market, it would be premature to divide its operations into different business units. Instead, the company is organized along functional lines, varying from R&D to finance and business development. Its projects span ophthalmology (eye care) and oncology (cancer).

**Currently no products on the market**

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

## 2.4 Products and projects

The following sections describe Molecular Partners' clinical projects and their financial potential. The numbers mentioned in terms of peak sales should be considered blue-sky scenarios, in which the drug candidate successfully completes its development, receives regulatory approval and achieves a decent market share. However, in this industry it is commonplace for some pipeline projects to fail during their clinical development path – so-called "attrition". The likelihood of approval of the product is shown at the bottom of the table below. The ultimate impact of the various pipeline products on Molecular Partners' fair value is determined after adjustment for the risk of failure – more information on this can be found in the "Valuation" section .

**Figure 5: Overview of clinical projects**

| | Registration | Phase 2 | | Phase 1 | |
|---|---|---|---|---|---|
| | Abicipar (AMD) | Abicipar (DME) | MP0250 (Multiple myeloma) | MP0274 (oncology) | MP0310 (oncology) |
| Market size at launch (USD m) | 7,000 | 3,500 | 20,000 | *) | *) |
| Peak sales (USD m) | 1,000 | 400 | 1,000 | 500 | 1,000 |
| Likelihood of approval | 78% | 45% | 14% | 9% | 9% |
| Assumed marketing by: | Allergan | Allergan | Partner | Partner | Amgen |

*) Exact indication to be determined
Source: Research Partners (estimates)

### 2.4.1 Abicipar (MP0112 / AGN-150998)

**Therapeutic area**

Molecular Partners' most advanced drug candidate is in ophthalmology (diagnosis and treatment of eye disorders). Abicipar is in development to treat an eye condition called "Wet age-related macular degeneration" (wet AMD). Age-related macular degeneration is a common eye condition and a leading cause of vision loss among people age 50 and older. In wet AMD, abnormal blood vessels grow underneath the retina. The retina is a thin layer of tissue lining the inside of the eye, which receives the light that the lens has focused, and converts that into neural signals, to be sent to the brain. The abnormal vessels can leak fluid and blood, which may lead to swelling and damage of the macula. The macula is a small spot near the center of the retina and the part of the eye needed for sharp, central vision, which allows us to see objects directly in front of us. Wet AMD is a form of "late stage" AMD and is also called neovascular AMD (nAMD).

**The most advanced candidate**

With wet AMD, abnormally high levels of vascular endothelial growth factor (VEGF) are secreted in the eyes. VEGF is a protein that promotes the growth of new abnormal blood vessels. Anti-VEGF injection therapy blocks this growth. Since the advent of anti-VEGF therapy, it has become the benchmark care treatment option.

Some 20 to 25 million people worldwide are estimated to be affected, of which some 1.75 million are based in the US (American Academy of Ophtalmology and Wong et al, published in the Lancet Global Health 2014). As the risk of AMD increases with age, the prevalence is rising.

**Rising prevalence**

A second target indication for Abicipar is DME, or diabetic macular edema. A Phase 3 study with Abicipar in this indication is planned to start in 2020. Diabetic macular edema is an accumulation of fluid in the macula due to leaking blood vessels.

NOT FOR PUBLIC DISTRIBUTION/INTERNAL USE ONLY

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch


**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

It is usually preceded by diabetic retinopathy, a disease that damages the blood vessels in the retina. Left untreated, these blood vessels begin to build up pressure in the eye and leak fluid, causing DME. Diabetic retinopathy and DME are common problems for diabetics. DME is generally treated by the same drugs as wet AMD.

AMD and DME treatments are usually administered by intravitreal injection – a shot of medicine into the jelly-like (vitreous) fluid inside the eye.

**Intravitreal injection**

**Figure 6: Eye testing chart**



Source: Wikipedia

The key aim of the treatments is to maintain or improve the patient's eyesight. This is measured by the number of letters a patient can read on the eye doctor´s chart (Figure 6). Most clinical trials in AMD have this improvement in eyesight as their primary endpoint – referred to as BCVA (best-corrected visual acuity). Please note that each line in the eye testing chart contains five letters. This implies that any gain in eyesight within a five-letter bracket should be considered comparable.

**Maintain or improve the patient's eyesight**

**Competitive landscape**

Currently, three anti-VEGF drugs dominate the market for wet AMD and DME:

➲ Eylea (aflibercept) – marketed by Regeneron in the US and Bayer elsewhere

➲ Lucentis (ranibizumab) – marketed by Roche in the US and Novartis elsewhere

➲ Avastin (bevacizumab) – marketed by Roche – off-label

Two challengers are waiting in the wings:

➲ Beovu (brolucizumab) – recently approved in the US, to be marketed by Novartis

➲ Abicipar (Molecular Partners/Allergan) – under review in the US and EU

Figure 7 shows the development of the market for the two target indications for Abicipar: AMD and DME. The two key approved drugs in this area, Lucentis and Eylea, generated revenues exceeding USD 10 billion in 2018, with annual average growth of 11% over the 2014-2018 period. Of this total, the split between wet AMD and DME is roughly 2/3 – 1/3. In revenue terms, Eylea is the dominant product. However, in volume terms Avastin is the largest product in the market.

Avastin is a well-known cancer drug marketed by Roche. It is approved for the treatment of colorectal, lung and kidney cancer, among others. As it works by blocking VEGF, it is frequently applied "off-label" to treat AMD and DME as well.



PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

As described above, VEGF is a protein that promotes the growth of new abnormal blood vessels. Tumors rely on these additional blood vessels for their survival and growth. Accordingly, blocking VEGF could cut the lifeline of tumor cells.

**Blocking VEGF could cut the lifeline of tumor cells**

For AMD and DME, doctors use a diluted version of Avastin, which is roughly 90% cheaper than Lucentis. As there are no numbers available for Avastin revenues generated in ophthalmology, this drug is not taken into account in Fig. 7. Given the significant price difference, Avastin's market share in money terms is estimated to be low – in the single digits. Despite its relatively high price, Eylea has been very successful in recent years, accounting for some 65% of the market in value terms. We believe this strong take-up of market share despite relatively high costs and comparable vision gains (number of letters) is mostly driven by the lower number of injections required. This highlights the importance of longer treatment intervals to both patients and treating physicians.

**Figure 7: Global market for approved drugs in AMD and DME**



Source: company reports

As all current drugs in this area have the same mechanism of action (anti-VEGF), the battle for market share is fought on other metrics. One key area is _efficacy_. As mentioned earlier, this is measured by the number of letters a patient can read on the eye doctor's chart (Fig. 6) before and after treatment. Fig. 8 shows a summary of clinical data of the 3 currently marketed drugs, as well as those that may enter within the coming 12 months.

**Same mechanism of action**

**Figure 8: Improvement in eyesight after 48 weeks (number of letters)**



Source: clinical study reports

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

The current best-selling drug, Eylea, does not exhibit the highest efficacy. Lucentis scores highest with an increase in eyesight of 8.5 letters, compared to 7.8 for Eylea and Avastin. Beovu (brolucizumab), the Novartis drug that was just recently approved, improves eyesight by 6.8 letters, somewhat behind the market leaders. Abicipar's efficacy is similar to that of Beovu. It is important to note that all the above results are within the 5-10 letter bracket. As mentioned under "Competitive landscape" any gain in eyesight within a five-letter bracket should be considered comparable as the eye testing chart has five letters per line.

As efficacy is comparable for the above treatments, the <u>number of injections</u> required to achieve the stabilization or improvement of eyesight, could be the decisive factor. Intravitreal injections are quite invasive for the patient. They require a local anaesthetic, can cause pain afterward and carry the risk of side effects. For all these reasons, doctors are likely to prefer therapies requiring less frequent injections. This is precisely the area targeted by the two potential new drugs. The following chart provides an overview of the number of injections required (on average) for each of the drugs.

**Intravitreal injections: invasive for the patient**

**Figure 9: Recommended number of treatments during the first two years in wet AMD**



Source: Prescribing information of the approved drugs, clinical data for the others

The number of injections in a real-world situation is not as clear-cut as the above chart suggests. The chart shows the number of recommended injections in the first two years of treatment. Doctors may start treating patients in keeping with the regimen recommended on the label. However, depending on the response of the patient, the doctor may then decide to increase or reduce the frequency of injections.

**Figure 10: Dosing regimen for approved drugs in AMD and DME**

| Indication | | Recommended dosing regimen | | Alternative regimen, though less |
|---|---|---|---|---|
| | | Initial period/ "loading doses" | Subsequently | effective |
| **AMD** | Lucentis | Once a month, 3x | Once a month | Every 3 months, after 4 initial monthly doses |
| | Eylea | Once a month, 3x | Every 2 months | Every 3 months, after first year |
| | Beovu | Once a month, 3x | Every 2-3 months | n/a |
| | | | | |
| **DME** | Lucentis | Once a month, 3x | Once a month | n/a |
| | Eylea | Once a month, 5x | Every 2 months | n/a |

Source: Product prescribing information

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

The Phase 3 studies for the two drug candidates, Abicipar and Novartis' Beovu, were designed to show the potential to improve eyesight on a level comparable with the currently marketed products, but with significantly fewer injections. The points at which a patient received an injection during the first 12 months of the Phase 3 studies are marked blue in the following table.

**Figure 11: Dosing regimens Phase 3**



| | Month → | | | | | | | | | | | | Injections in year 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
| Beovu q12w | | | | | | | | | | | | | 6 |
| Abicipar q8w | | | | | | | | | | | | | 7 |
| Abicipar q12w | | | | | | | | | | | | | 5 |

Source: Clinical trial publications

The Phase 3 study design for Novartis' Beovu in wet AMD (Hawk and Harrier) was based on three initial monthly injections, followed by one injection every three months (or 12 weeks, or q12w) in the subsequent period. The study design contained a possibility for doctors to switch from 12-weekly to 8-weekly dosing, depending on the patient's response. Only around half of the Phase 3 patients actually completed the first year of the study on a 12-week regimen. Over the first two years the total number of injections varied between 10 and 13 – as shown in Figure 9. The prescribing information, published on the day of approval (8 October 2019), recommends treatment every 8 – 12 weeks.

The Phase 3 trials with Abicipar had two arms for the study drug: one with 8-weekly (q8w) and one with 12-weekly (q12w) dosing after the initial "loading" period. The less-frequent dosing regimen had an impact on efficacy, limiting the increase of the number of letters read to 6.5, compared to 7.5 for the q8w regimen.

Novartis announced the FDA approval of Beovu in wet AMD on 8 October 2019. This gives Novartis a first-mover advantage. But we believe that Abicipar will be the first treatment to be approved with a real 12-weekly regimen, providing a clear differentiation.

A further important consideration in the treatment decision is <u>safety</u>. In this respect, Abicipar faced some challenges in Phase 3. As Abicipar is produced in living cells, the manufacturing process is very sensitive to changes. As discussed in Section 2.2 of this report, quality control is key in order to prevent impurities from slipping into the final product. Manufacturing issues were probably behind the high occurrence of intraocular inflammation (IOI, inflammation within the eye) in Phase 3.

Allergan/Molecular Partners addressed this issue by making changes in the manufacturing of Abicipar, and carried out a smaller study ("MAPLE") to review the corresponding effect. As shown in Figure 12, the occurrence of intraocular inflammation was reduced by 41%, and that of severe IOI by 54%. After the changes made to manufacturing, IOI is now around the level seen in the Phase 3 of Lucentis, but still well above that of Eylea and Beovu.

The recently published 2-year data for Abicipar showed there were no cases of endophthalmitis and retinal vasculitis in year 2 of the Phase 3 or in the MAPLE study. These are the most serious infections, all others can be treated with eye drops.

A final important factor for successful market penetration is <u>commercial</u>. If approved, Abicipar will be marketed by Allergan, which is expected to be combined with AbbVie by early 2020. Allergan already has several ophthalmology drugs on market and has substantial commercial muscle. Novartis has the benefit of having a blockbuster product in wet AMD on the market in the EU (Lucentis). The EU patent for Lucentis will expire in 2022, giving the Novartis sales teams an incentive to subsequently move doctors from Lucentis to Beovu.

NOT FOR PUBLIC DISTRIBUTION/INTERNAL USE ONLY



RESEARCH
PARTNERS AG

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

**Figure 12: Occurrence of intraocular inflammation (IOI) in year 1 of the Phase 3 study**



Source: Molecular Partners

**Figure 13: Commercial set-up**

|  | US | | Europe | |
|  | Sold by | Patent expiry | Sold by | Patent expiry |
| --- | --- | --- | --- | --- |
| Lucentis | Roche | 2020 | Novartis | 2022 |
| Eylea | Regeneron | 2020 | Bayer | 2021 |
| Avastin | Roche | Off-patent | Roche | 2022 |

Source: Company statements

Patent expiry in biologicals such as Abicipar is less of an issue than in small-molecule drugs, as the production process is much harder to copy.

As mentioned earlier, Avastin's pricepoint in AMD is much lower than that of Eylea and Lucentis. Beovu will be priced at USD 1,850 per injection, in-line with Eylea. As the number of injections may be lower, the overall treatment costs could be lower.

**Patent expiry: less of an issue**

**Clinical/regulatory status**

Abicipar has completed its clinical program and commercial partner Allergan has submitted requests for marketing approval for the treatment of wet AMD in the US and the EU. Both submissions have been accepted for review by the regulators. The FDA review is expected to be completed by mid-2020, the EU review in the second half of 2020.

Based on statistics on the success probability in ophthalmology indications, as collected by healthcare consultancy Alacrita, we believe the likelihood of approval (LOA) for Abicipar to be 78%. If approved, the product could be on market by late 2020.

Allergan plans to initiate a Phase 3 study with Abicipar in DME in 2020.

**Market exclusivity**

Based on current patent filings, Abicipar may enjoy market exclusivity until 2031, with a possibility of extension by up to three years.

**Financial forecasts**

Abicipar is partnered with Allergan, and Molecular Partners is entitled to receive royalty and milestone payments upon the achievement of regulatory and commercial milestones.

**Royalty and milestone payments**

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

We estimate that the AMD approval in the US and the EU will trigger milestone payments to Molecular Partners of USD 125 million in total. Applying a 78% probability of approval and one year of discounting, our risk-adjusted fair value of the company contains an after-tax amount of CHF 75 million for this milestone payment, or CHF 3.50 per share. Please note our NPV calculations include a notional tax rate of 15%.

**Milestone payments of USD 125 million**

In addition, Allergan will make milestone payments upon the launch of Phase 3 in DME as well as an approval in Japan.

Based on Abicipar´s properties, we believe the product could achieve a peak share of 12% in a wet AMD market worth USD 9 billion by 2030. Molecular Partners have indicated that royalty payments on Abicipar sales will range between 10% and 15%.

Depending on the Phase 3 progress, a launch in DME could follow in 2023. In DME, we foresee peak sales of CHF 400 million in a USD 4.5 billion market by 2030.

### Other ophthalmology projects

Apart from Abicipar, Molecular Partners has three discovery projects in ophthalmology with its commercial partner Allergan. Given the early stage of these projects, we are not currently attributing any value to them.

### 2.4.2  MP0250

**Therapeutic area**

MP0250, Molecular Partners' lead oncology asset, is a multi-DARPin candidate that blocks two substances important to tumor cell growth:

**Oncology asset**

➲ HGF: hepatocyte growth factor (HGF); regulating cell growth
➲ VEGF: vascular endothelial growth factor; a protein that stimulates the formation of blood vessels

Multiple myeloma (MM) is the second most common blood cancer. According to Datamonitor, the global market for MM treatments amounted to USD 13 billion in 2018 and is expected to exceed USD 20 billion by 2022. Despite strong clinical progress the disease remains uncurable, with patients' time to relapse and quality of response diminishing with every treatment line. MP0250 has the potential to reverse resistance to standard of care cancer therapies and is expected to be used in combination with other treatments.

An earlier Phase 2 study in a certain form of lung cancer was put on clinical hold in May 2019, based on the occurrence of serious side effects. The FDA lifted the hold in August 2019, but Molecular Partners decided not to pursue this indication, preferring to focus on MM instead.

**Competitive landscape**

The market for MM therapies is very crowded. Apart from current blockbuster drugs such as Velcade and Pomalyst, more than 1,000 drugs are in Phase 2 or Phase 3 development. Any new treatment will have to show compelling data to achieve meaningful market share.

**Clinical/regulatory status**

MP0250 is currently in Phase 2 clinical studies in MM. The first Phase 2 study is evaluating the effect of adding MP0250 to a combination of two frequently-used cancer therapies: Velcade (bortezomib) and dexamethasone.

Velcade is approved for the treatment of adults with multiple myeloma. It acts as an proteasome inhibitor (PI).

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch



**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

Proteasomes are cellular complexes that break down proteins. In some cancers, the proteins that normally kill cancer cells are broken down too quickly. Velcade is marketed by Takeda and generated revenues of USD 1.2 billion in the financial year ending March 2019. It starts losing patent protection in 2019.

Initial data from the ongoing Phase 2 show promising response rates, which appears to validate the hypothesis that blocking VEGF and HGF can overcome adaptive resistance in MM to re-activate Velcade. This would allow patients more time on a well-established treatment before a switch to other drugs is required. We expect the completion of this Phase 2 study toward the end of 2019 and a start of Phase 3 in 2020. If all goes well, MP0250 could be on market in 2025.

**MP0250 could be on market in 2025**

Despite the setback in the lung cancer study in May 2019, the FDA did not object to Molecular Partners' proposal to open an additional Phase 2 study in MM, using MP0250 in combination with pomalidomide (*Pomalyst* in the U.S. and *Imnovid* in the EU), another frequently applied MM therapy. Celgene (now Bristol-Myers Squibb) generated revenues of USD 2 billion with the drug in 2018. This second Phase 2 study is expected to start in Q4 2019.

**Market exclusivity**

Based on current patent filings, MP0250 could enjoy market exclusivity until 2036.

**Financial forecasts**

As MP0250 is currently in Phase 2 the likelihood of approval is quite low – around 14% (Source: Alacrita October 2018), so its importance in the overall company valuation is limited.

Molecular Partners has not yet decided on the commercial strategy for MP0250. A decision may be expected in 2020, based on clinical data and strategic considerations. We are assuming an outlicensing scenario with a royalty rate in the 10-15% range.

**Outlicensing scenario**

### 2.4.3  MP0274

**Therapeutic area**

MP0274 is a multi-DARPin product candidate in HER2-positive solid tumors. It binds an oncogenic protein to two different places on HER2, acting a bit like a microscopic handcuff and inhibiting HER2-mediated signaling. This in turn leads to apoptosis (programmed death) of the tumor cell. MP0274 may be applied in breast and gastric cancer as well as other solid tumors.

**Competitive landscape**

This is an area where all the large players are active and pipelines very well-filled. As a result, any new treatment will have to show compelling data to achieve a relevant market share.

**Clinical/regulatory status**

MP0274 is in Phase 1 clinical development for the treatment of HER2-positive solid tumors. Recruitment in the dose escalation phase is ongoing. Further updates on the safety profile of MP0274 are expected in H2 2019. Initial data indicate that MP0274 could become a potent tumor cell killer.

**Market exclusivity**

Based on current patent filings, MP0274 may enjoy market exclusivity until 2037.

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch



**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

**Financial forecasts**

As MP0274 is currently in Phase 1 its likelihood of approval is quite low – around 9% (Source: Alacrita October 2018). Moreover, a launch is at least five years away, even if all goes well. In line with our valuation approach, we do not attribute any value to this project. This will change if and when the product reaches Phase 2 and/or receives support by a large-pharma partner.

**Figure 14: Initial efficacy data on MP0274**



Source: Molecular Partners

**Market exclusivity**

Based on current patent filings, MP0274 may enjoy market exclusivity until 2037.

**Financial forecasts**

As MP0274 is currently in Phase 1 the likelihood of approval is quite low – around 9% (Source: Alacrita October 2018). Moreover, a launch is at least five years away, if all goes well. In line with our valuation approach, we do not attribute any value to this project. This will change if and when the product reaches Phase 2 and/or receives support from a large-pharma partner.

### 2.4.4 MP0310

**Therapeutic area**

MP0310 is a DARPin candidate testing a novel therapeutic design that locally activates immune cells in the tumor. MP0310 is a so-called multi-DARPin, consisting of three active components:

- One part that localizes the site to attack the tumor cell ("FAP")
- One part to cluster and activate T-cells (a type of white blood cell and an essential part of the immune system) primarily in the tumor ("4-1BB")
- One part to extend the duration of the attack ("HAS" – half-life extender)

MP0310 is designed to activate immune cells specifically in the tumor and not in the rest of the body, potentially delivering greater efficacy with fewer side effects. Preclinical studies of MP0310 have demonstrated immune T-cell activation restricted to solid tumor tissues, and strong T-cell activation and expansion. Additionally, preclinical data show MP0310 avoids strong systemic activation of T-cells and therefore has lower risk of systemic side effects and toxicities.

NOT FOR PUBLIC DISTRIBUTION/INTERNAL USE ONLY



**RESEARCH PARTNERS AG**

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

## Competitive landscape

MP0310 has only recently entered clinical development, hence the target indications have yet to be communicated. In general, most indication areas within oncology are quite crowded.

**Only recently entered clinical development**

## Clinical/regulatory status

Molecular Partners announced the first patient enrolment and dosing in October 2019. Even if all goes according to plan, the product is at least seven years away from launch.

## Market exclusivity

We estimate MP0310 will lose patent protection around 2039.

## Financial forecasts

In December 2018, Molecular Partners entered into a collaboration and license agreement with Amgen for the clinical development and commercialization of MP0310. The parties will jointly evaluate MP0310 in combination with Amgen's oncology pipeline products, including its investigational BiTE (bispecific T-cell engager) molecules.

The agreement includes an USD 50 million upfront payment to Molecular Partners, received in early 2019. As is typical with such structures, the cash impact is in 2019, but the revenue contribution is deferred over several years. In this case, we expect the upfront payment to contribute to the top line in 2019 and 2020.

Under the Amgen contract, Molecular Partners is additionally entitled to receive up to USD 497 million in development, regulatory and commercial milestone payments, as well as royalties in the 10-20% bracket.

We expect the development milestones to cover the clinical expenses incurred by Molecular Partners. Amgen will take over the funding after Phase 1.

As MP0310 has only just entered Phase 1 (October 2019), the likelihood of approval is very low – around 9% (Source: Alacrita October 2018). As a general rule, we do not attribute any value to projects in Phase 1 or earlier. However, as this project is partnered with Amgen, which has made a substantial upfront payment, we are making an exception. In addition, the fact that Amgen has agreed to pay royalties in the 10-20% range for an early-stage compound is a very strong signal. As the exact indications have yet to be established, the valuation of MP0310 in our model remains speculative.

## 2.4.5 Other preclinical projects

Apart from those described above, Molecular Partners have multiple early-stage projects that are ongoing. We will discuss this and other projects if and when they reach a more advanced development stage, and limit the description to bullet points at this stage.

**Multiple early-stage projects ongoing**

- ⮑ Oncology – Exploration of the potential of DARPin molecules to selectively bind to peptide-MHC complexes. Peptide-MHC complexes provide entry to access the vast intracellular target space. Molecular Partners is evaluating whether DARPin molecules provide a platform to selectively access this new therapeutic space in oncology. In March 2019, Molecular Partners announced a collaboration with Gilead, who is looking into its application in virology.
- ⮑ Immuno-oncology – FAP x CD40 project: targeted approach to selectively activate CD40 within the tumor, with the goal to increase efficacy while reducing systemic exposure.
- ⮑ Immuno-oncology – novel T-cell engager

NOT FOR PUBLIC DISTRIBUTION/INTERNAL USE ONLY

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch



**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

## 2.5 Strategy

Molecular Partners' goal is to leverage its proprietary DARPin product engine to develop and deliver innovative therapies to patients suffering from severe diseases with significant unmet medical need. The primary focus is oncology/immuno-oncology, where the company aims to develop product candidates that target known biological pathways in a novel way. Its long-term vision is to broaden the applicability of the DARPin product engine to use new mechanisms of action across additional therapeutic areas.

Starting from a basis in ophthalmology, the company's current R&D activities are clearly concentrated in oncology.

**The goal is to leverage**

## 2.6 Sector overview

Oncology is a huge area, with an estimated total value of therapeutics used of around USD 100 billion. In oncology, the medical need is above all apparent from the large number of annual new cases, which in 2018 amounted to 1.7 million in the US alone. Despite the fact that many drugs are available, mortality is high, which shows that there is still a need for innovative additions to the doctor's toolbox. Apart from the traditional chemo- and radiotherapies, the focus is shifting towards new approaches in targeted therapy and immunotherapy.

The barrier to entry into this large and growing market is high, as drug development is very expensive and time-consuming, and the risk of failure above average. But when a company manages to successfully develop an innovative and differentiated compound, the rewards can be very high. According to market intelligence company IQVIA, spending on cancer medicines is heavily concentrated among a handful of therapies, with the top 35 drugs accounting for 80% of total spending, while over half of cancer drugs generate less than USD 90 million in annual sales. List prices of new cancer drugs at launch have risen steadily over the 2007-2017 period, and the median annual cost of a new cancer drug launched in 2017 exceeded USD 150,000, compared to USD 79,000 for the new cancer drugs launched in 2013.

**Oncology: huge area**

## 2.7 Competitors

Practically all the large pharma players, as well as dozens of smaller companies, are active in oncology. Overall, it may be said that competition is fierce and few companies will produce new blockbuster drugs. As described above, this is a "winner takes all" market, where the rewards can be substantial.

The competitive situation in the target market for Abicipar is described in section 2.4 of this report.

**Few companies will produce new blockbuster drugs**

## 2.8 Trends

Biological drugs based on monoclonal antibodies (mAbs) have emerged as a preferred option to treat various cancer types, especially blood cancer (leukemia). The rise in the incidence of various cancer conditions, the increase in popularity of advanced therapies (biological and targeted drug therapies), and the surge in the geriatric population worldwide are the key factors driving the growth of the global oncology/cancer drugs market. Furthermore, the rise in cancer awareness and the availability of cancer drugs are expected to boost market growth.



PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

In the US, prices are under downward pressure from both the Republican president and Democratic lawmakers. One of the more significant plans would set the reimbursement level for certain drugs administered in doctors' practices and hospital outpatient centers based on their cost in other countries, where prices are typically lower: the so-called International Pricing Index model.

To date, this trend is limited to policy papers and media articles, but it has already impacted pharmaceutical pricing behavior.

The market for in- and out-licensing is quite lively, enabling companies to focus on their core competencies. Large pharma companies are always on the prowl for promising new compounds.

That puts much of the early attrition risk with the smaller R&D companies, such as Molecular Partners. On the other hand, these companies can demand a handsome price for their projects once they reach the stage where they become attractive to the bigger groups.

Apart from the underlying pipeline progress, the stock market value of young pharma companies will fluctuate with general stock market trends, such as risk-on/off behavior among investors. These are called "high beta" stocks for a reason.

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch



**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

## 3    SWOT ANALYSIS

### Strengths

- ➲ Truly innovative
- ➲ Strong partners
- ➲ Lead product advanced to registration phase
- ➲ Protected base technology
- ➲ Bill Burns (ex-Roche) as Chairman

### Weaknesses

- ➲ No marketed drug yet – unproven
- ➲ High Swiss cost base
- ➲ Short-term dependence on Abicipar – binary

### Opportunities

- ➲ Several out-licensing possibilities
- ➲ Platform to produce many more projects

### Threats

- ➲ Political price pressure in the US
- ➲ Unforeseen side-effects, product recalls
- ➲ Remaining VC investors (20%) may want an exit
- ➲ Abicipar's safety profile
- ➲ Allergan/AbbVie may deprioritize Abicipar

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

# 4    CORPORATE GOVERNANCE

## 4.1 Participations

| Company | Holding | Activity |
|---|---|---|
| Molecular Partners Inc. (Cambridge, Massachusetts, USA) | 100% | R&D |

## 4.2 Capital structure

| | | | |
|---|---|---|---|
| Share capital | CHF m | 2.14 | |
| Number of shares | # shares (m) | 21.4 | |
| Nominal value per share | CHF | 0.10 | |
| Treasury shares | | - | |
| Conditional capital | # shares (m) | 2.2 | Employee options |
| Conditional capital | # shares (m) | 4.0 | Financing, conversion of bonds |
| Authorized capital | # shares (m) | 5.7 | Financing, expiry April 2020 |
| Public purchase offer | | 33 1/3 | |
| Registration limit | Nominees only with agreement | | |

## 4.3 Main shareholders

| Name | Holding | Date |
|---|---|---|
| Hansjörg Wyss | 9.7% | 31 December 2018 |
| Index Ventures Associates | 8.1% | 31 December 2018 |
| Essex Woodlands Health Ventures | 7.7% | 31 December 2018 |
| UBS Fund Management | 5.2% | 18 September 2019 |
| Andreas Plückthun | 4.8% | 31 December 2018 |
| Johnson & Johnson | 4.2% | 31 December 2018 |
| Pictet Asset Management | 4.1% | 31 December 2018 |

## 4.4 Board of Directors

| Name | Function | Since | Compensation 2018 (CHF 1,000) |
|---|---|---|---|
| William M. Burns | Chairman + AFC member + NCC Chair | 2017 | 305 |
| Göran Ando | Vice Chairman + NCC member | 2010 | 98 |
| Gwen Fyfe | SC member | 2017 | 96 |
| Steven H. Holtzmann | AFC member | 2014 | 95 |
| William A. lee | SC Chair + NCC member | 2007 | 106 |
| Petri Vainio | AFC Chair | 2009 | 103 |
| Patrick Amstutz | Member | 2017 | 0 |

NCC = Nomination and Compensation Committee; AFC = Audit and Finance Committee; SC = Science Committee

## 4.5 Management Board

| Name | Function | Since | Previous posts |
|---|---|---|---|
| Patrick Amstutz, co-founder | Chief Executive Officer | 2016 | University of Zürich |
| Andreas Emmenegger | Chief Financial Officer | 2007 | Glycart, Roche |
| Nicolas Leupin | Chief Medical Officer | 2019 | Argenx, Celgene |
| Michael Tobias Stumpp, co-founder | Chief Operating Officer | 2018 | Academic |

Total compensation for the Management Board amounted to CHF 3.5 million in 2018, of which CHF 0.9 million was for the CEO.

NOT FOR PUBLIC DISTRIBUTION/INTERNAL USE ONLY

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

## 4.6 Compensation system

In line with Swiss practice, the Annual General Meeting of shareholders (AGM) determines the maximum compensation amounts to be paid to the Board of Directors and Management Board. Molecular Partners have chosen the following structure:

- Maximum compensation for the Board of Directors for the period between the current AGM and the next
- Maximum fixed compensation for the Management Board for the period of July 1 of the current year to June 30 of the year following the AGM
- The variable compensation elements for the Management Board for the current financial year

**Board of Directors**

The compensation of the members of the Board of Directors consists of fixed compensation only. It takes into account the position and level of responsibility of the respective member of the Board of Directors (including Board and Committee chairmanship and membership). Approximately 30% of directors' compensation is paid in cash and approximately 70% as Restricted Share Units (RSU) under the long-term incentive plan (1-year vesting and 3-year blocking period).

**Management Board**

The compensation of the executive team consists of several components:

- Base salary + pension contributions
- Cash bonus linked to annual company performance. The target bonus for CEO and other team members amounts to 50% and 30% of base salary respectively. The actual bonus can be between 0% and 120% of the target bonus.
- Long-term incentive (LTI): Performance Share Units (PSU). The value of the PSU granted to the CEO and the other team members amounts to 100% and 80% of base salary, respectively. The actual number of PSU to be allocated is determined one year after grant and can be between 0% and 120% of the initial grant. The percentage is linked to:
  - o Achievement of corporate goals (2/3)
  - o Achievement of value-driving milestones outside the corporate goals (1/6)
  - o Share price performance (1/6)

  After the actual allocation, the shares are subject to a two-year lock-up.

## 4.7 Participation rights of shareholders

Shareholders entered in the share register of the company are entitled to vote at the AGM. The shares are freely transferable, but an acquirer of shares will only be recorded upon request in the share register as a shareholder with voting rights, if such acquirer expressly declares to have acquired the shares in his own name and for his own account. Persons who do not declare that they hold the shares for their own account (nominees) may be recorded by the company as shareholders with voting rights in the share register, if the nominee in question has entered into an agreement regarding its position with the company and is subject to recognized banking or financial supervision.

One or more shareholders whose combined shareholdings represent an aggregate par value of at least CHF 1,000,000 or at least 10 percent of the share capital may request that an item be included on the agenda of a general meeting of shareholders. Such inclusion of an item on the agenda must be requested in writing at least 45 calendar days prior to the meeting, specifying the agenda items and proposals of such shareholders.

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch



**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

## 4.8 Change of control and defensive measures

The company does not have a provision on opting-out or opting-up in the Articles of Association. The threshold of 33⅓% of the voting rights of an offeree company specified in Article 32 of the Swiss Stock Exchange Act (SESTA) is thus applicable. Accelerated vesting applies in the event of a change of control, i.e. all outstanding equity instruments vest immediately and fully upon completion of a change of control.

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch





**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

## 5    FINANCIALS

### 5.1 Income statement

| IFRS, MCHF | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|
| Revenue from product sales | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 128.6 | 25.8 |
| Revenue from research & development | 26.6 | 29.1 | 23.0 | 20.0 | 10.4 | 27.8 | 20.9 | 0.0 |
| **Total revenue** | **26.6** | **29.1** | **23.0** | **20.0** | **10.4** | **27.8** | **149.5** | **25.8** |
| **Gross profit** | **26.6** | **29.1** | **23.0** | **20.0** | **10.4** | **27.8** | **149.5** | **25.8** |
| Depreciation of property, plant and equipment | 0.8 | 0.9 | 1.1 | 1.1 | 0.9 | 2.0 | 2.0 | 2.0 |
| Depreciation of intangible assets (amortization) | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.4 | 0.0 | 0.0 |
| **Total depreciation** | **0.8** | **0.9** | **1.1** | **1.1** | **0.9** | **2.4** | **2.0** | **2.0** |
| Commercial, general & administrative expenses | 5.0 | 6.3 | 7.3 | 8.4 | 9.6 | 15.5 | 16.8 | 20.0 |
| Research & development expenses | 19.8 | 25.0 | 35.2 | 37.4 | 38.2 | 46.0 | 45.5 | 49.5 |
| **Total operating expenses** | **24.8** | **31.3** | **42.5** | **45.8** | **47.8** | **61.5** | **62.3** | **69.5** |
| **Total operating expenses (excluding depreciation and amortization)** | **24.0** | **30.4** | **41.4** | **44.7** | **46.8** | **59.1** | **60.3** | **67.5** |
| **Operating result before depreciation and amortization (EBITDA)** | **2.6** | **-1.3** | **-18.4** | **-24.7** | **-36.4** | **-31.3** | **89.2** | **-41.7** |
| Depreciation of property, plant and equipment | 0.8 | 0.9 | 1.1 | 1.1 | 0.9 | 2.0 | 2.0 | 2.0 |
| Depreciation of intangible assets (amortization) | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.4 | 0.0 | 0.0 |
| **Total depreciation** | **0.8** | **0.9** | **1.1** | **1.1** | **0.9** | **2.4** | **2.0** | **2.0** |
| **Operating result (EBIT)** | **1.8** | **-2.2** | **-19.5** | **-25.8** | **-37.4** | **-33.7** | **87.2** | **-43.7** |
| Financial income | -4.1 | 2.2 | 1.0 | 0.6 | 0.8 | -0.5 | 0.0 | 0.0 |
| Interest expense | 0.0 | 0.2 | 0.1 | 0.2 | 0.4 | -0.2 | -0.5 | -0.8 |
| Financial expenses | 0.0 | 0.2 | 0.1 | 0.2 | 0.4 | -0.2 | -0.5 | -0.8 |
| Net financial result | -4.1 | 2.1 | 0.9 | 0.4 | 0.4 | -0.3 | 0.5 | 0.8 |
| Ordinary result | -2.3 | -0.1 | -18.6 | -25.4 | -37.0 | -34.0 | 87.7 | -42.9 |
| **Net loss before tax** | **-2.3** | **-0.1** | **-18.6** | **-25.4** | **-37.0** | **-34.0** | **87.7** | **-42.9** |
| Income tax (expense) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net loss for the period** | **-2.3** | **-0.1** | **-18.6** | **-25.4** | **-37.0** | **-34.0** | **87.7** | **-42.9** |
| **Shareholders of the parent** | **-2.3** | **-0.1** | **-18.6** | **-25.4** | **-37.0** | **-34.0** | **87.7** | **-42.9** |



**RESEARCH PARTNERS AG**

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

## 5.2 Balance sheet – Assets

| IFRS, MCHF | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 188.4 | 215.4 | 180.2 | 141.1 | 99.0 | 87.5 | 154.3 | 111.4 |
| Trade receivables | 3.2 | 1.3 | 0.8 | 1.1 | 51.6 | 1.6 | 1.6 | 1.6 |
| Other receivables | 0.4 | 0.2 | 0.5 | 0.4 | 2.7 | 2.7 | 2.7 | 2.7 |
| **Current assets** | **192.0** | **216.8** | **181.6** | **142.5** | **153.3** | **91.9** | **158.7** | **115.8** |
| Property, plant and equipment | 2.0 | 2.5 | 2.5 | 1.9 | 1.5 | 1.5 | 1.5 | 1.5 |
| Intangible assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 |
| **Total non-current assets** | **2.1** | **2.5** | **2.5** | **1.9** | **1.8** | **1.5** | **1.5** | **1.5** |
| **Total assets** | **194.0** | **219.4** | **184.1** | **144.4** | **155.2** | **93.3** | **160.1** | **117.2** |

## 5.3 Balance sheet – Liabilities

| IFRS, MCHF | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|
| Trade payables | 1.1 | 1.8 | 1.4 | 1.3 | 2.6 | 2.6 | 2.6 | 2.6 |
| Other current liabilities | 2.5 | 2.5 | 3.9 | 4.0 | 6.4 | 6.4 | 6.4 | 6.4 |
| Accrued expenses and deferred income | 18.5 | 22.2 | 10.5 | 8.9 | 27.8 | 20.9 | 0.0 | 0.0 |
| **Total current liabilities** | **22.1** | **26.4** | **15.8** | **14.1** | **36.9** | **29.9** | **9.0** | **9.0** |
| Pension liabilities | 3.1 | 4.2 | 5.7 | 4.0 | 5.7 | 5.7 | 5.7 | 5.7 |
| Other non-current financial liabilities | 3.1 | 4.2 | 5.7 | 4.0 | 5.7 | 5.7 | 5.7 | 5.7 |
| Provisions | 20.4 | 37.0 | 26.8 | 9.5 | 20.9 | 0.0 | 0.0 | 0.0 |
| **Total non-current liabilities** | **23.5** | **41.2** | **32.5** | **13.5** | **26.6** | **5.7** | **5.7** | **5.7** |
| **Total liabilities** | **45.6** | **67.6** | **48.3** | **27.7** | **63.5** | **35.6** | **14.7** | **14.7** |
| Share capital | 2.0 | 2.0 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 |
| Share premium | 167.0 | 169.1 | 171.1 | 175.4 | 179.4 | 179.4 | 179.4 | 179.4 |
| Treasury shares | -3.1 | -1.3 | -0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Retained earnings | -17.4 | -18.0 | -37.3 | -60.7 | -89.9 | -123.9 | -36.2 | -79.1 |
| Total equity attributable to equity holders of the parent before NCI | 148.5 | 151.8 | 135.8 | 116.7 | 91.7 | 57.7 | 145.4 | 102.5 |
| **Total equity** | **148.5** | **151.8** | **135.8** | **116.7** | **91.7** | **57.7** | **145.4** | **102.5** |
| **Total equity and liabilities** | **194.0** | **219.4** | **184.1** | **144.4** | **155.2** | **93.3** | **160.1** | **117.2** |

**RESEARCH PARTNERS AG**

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch



SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

## 5.4 Cash flow statement

| IFRS, MCHF | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|
| **Net loss for the period** | **-2.3** | **-0.1** | **-18.6** | **-25.4** | **-37.0** | **-34.0** | **87.7** | **-42.9** |
| Non-cash financial income (-)/financial expenses (+) | -3.0 | -1.6 | -0.9 | -0.4 | -0.4 | 0.0 | 0.0 | 0.0 |
| Total depreciation | 0.8 | 0.9 | 1.1 | 1.1 | 0.9 | 2.4 | 2.0 | 2.0 |
| Increase (+)/decrease (-) in pension provisions | 0.3 | 0.6 | 0.9 | 0.3 | 0.6 | 0.0 | 0.0 | 0.0 |
| Increase (+)/decrease (-) in provisions | -19.3 | -27.0 | -21.8 | -18.9 | -10.4 | -27.8 | -20.9 | 0.0 |
| Other non-cash (income) / expenses | 2.3 | 3.8 | 2.9 | 3.6 | 3.7 | 4.8 | 4.0 | 4.0 |
| **Cash flow from operating activities before changes in net current assets** | **-21.5** | **-24.1** | **-36.5** | **-39.7** | **-42.5** | **-54.6** | **72.8** | **-36.9** |
| Decrease/(increase) in trade receivables | 7.8 | 1.9 | 0.5 | -0.3 | -50.8 | 50.0 | 0.0 | 0.0 |
| Decrease/(increase) in other receivables | -0.1 | 0.7 | 1.4 | 0.1 | -0.2 | -4.8 | -4.0 | -4.0 |
| Increase/(decrease) Trade accounts payable | -0.6 | 0.9 | -0.4 | -0.1 | 1.4 | 0.0 | 0.0 | 0.0 |
| Increase/(decrease) of other current liabilities and deferred income | 3.1 | 47.2 | -0.4 | 0.0 | 49.6 | 0.0 | 0.0 | 0.0 |
| Increase/(decrease) in net working capital | 10.2 | 50.6 | 1.1 | -0.3 | 0.0 | 45.2 | -4.0 | -4.0 |
| **Net cash flow from operating activities** | **-11.3** | **26.5** | **-35.4** | **-40.0** | **-42.5** | **-9.4** | **68.8** | **-40.9** |
| Capital expenditure (purchase) of non-real-estate fixed assets | 0.0 | 0.0 | -0.1 | 0.0 | -0.4 | -2.0 | -2.0 | -2.0 |
| Investments (purchase) in property, plant and equipment | -0.5 | -1.4 | -1.0 | -0.5 | -0.5 | 0.0 | 0.0 | 0.0 |
| **Total capital expenditure** | **-0.5** | **-1.4** | **-1.1** | **-0.5** | **-0.9** | **-2.0** | **-2.0** | **-2.0** |
| Other cash inflows / (outflows) from investing activities | 0.3 | 0.7 | 0.3 | 0.6 | 0.7 | 0.0 | 0.0 | 0.0 |
| **Cash flow from investing activities** | **0.3** | **-0.7** | **-0.8** | **0.1** | **-0.1** | **-2.0** | **-2.0** | **-2.0** |
| **Betrieblicher freier Cash Flow (FCF)** | **-11.0** | **25.8** | **-36.1** | **-39.9** | **-42.6** | **-11.4** | **66.8** | **-42.9** |
| Proceeds from issuance of shares | 101.2 | 0.2 | 0.4 | 0.8 | 0.4 | 0.0 | 0.0 | 0.0 |
| Other cash inflows / (outflows) from financing activities | 2.1 | 1.0 | 0.6 | -0.1 | 0.1 | 0.0 | 0.0 | 0.0 |
| **Cash Flow from financing activities** | **103.3** | **1.2** | **1.0** | **0.7** | **0.5** | **0.0** | **0.0** | **0.0** |
| **Net increase/(decrease) in cash and cash equivalents** | **92.3** | **27.0** | **-35.1** | **-39.2** | **-42.1** | **-11.4** | **66.8** | **-42.9** |

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

# 6   VALUATION

## 6.1 Sales and profit forecast

Molecular Partners reports its financials twice per year, with interim management statements provided in between. The 2019 half-year report was published on August 27. The next interim statement is due on October 31.

**Figure 15: 2019 year-to-date, guidance and estimates**

| MCHF, IFRS | 2018A | H1 2019A | 2019E | 2019 (guidance) |
|---|---|---|---|---|
| Revenues | 10 | 14 | 28 | n.a. |
| Operating expenses | 48 | 26 | 62 | 60-70 |
| Net result | -37 | -13 | -34 | n.a. |
| Cash and investments | 99 | 123 | 88 | n.a. |

Source: Molecular Partners, Research Partners estimates

2020 will be a crucial year for Molecular Partners. There are basically two scenarios:

**2020: a crucial year**

1. Approval of Abicipar in the US and the EU, prompting milestone payments totalling an estimated USD 125 million → financing secured
2. Rejection of Abicipar → financing required either through equity or outlicensing deal to proactively ensure financing beyond the current cash-reach horizon of mid-2021

The top half of the chart below gives a long-term view of expected revenues. The numbers are not risk-adjusted, i.e. they assume none of the projects will fail. A second key assumption is that no additional drug candidates will be developed beyond those described above. Any failure or addition of clinical projects will lead to changes to the estimates.

**Key assumptions**

The bottom half provides an estimate of the period the various products will be on market. The dark blue area shows the exclusivity period for each product, the light blue part indicates possible extensions. The years correspond with the horizontal scale of the top half of Figure 16.

**Figure 16: Expected launch dates, exclusivity periods and long-term revenues forecast (not risk-adj.) in MCHF**



Source: Research Partners estimates

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

The following chart shows the expected development of operating expenses. In the 2019 – 2025 period, R&D will consume large amounts of cash for the funding of the clinical programs, after which expenses will gradually start declining. Just like the revenue forecast, the expense estimates assume that none of the clinical programs is terminated prematurely, and that no additional drug candidates will be developed beyond those currently in the pipeline. This is reflected in the flattening-out of the curve beyond 2027. By then, the company would be carrying out virtually no R&D and only collecting royalty income from its past inventions. This is obviously a hypothetical scenario, but provides the clearest representation of the company's current operations.

**R&D will consume large amounts of cash**

**Figure 17: Long-term forecast operating expenses (not risk-adjusted) in CHF million**



Source: Research Partners

The revenues and operating expenses are the key drivers for the bottom line. Financial items have only a limited P&L impact. As Swiss interest rates are very low, and even negative for larger sums, credit interest will remain negligible for the next few years. Taxes will not be an issue until accumulated losses have been offset against future earnings.

Combining both charts above results in the following outlook for net results.

**Figure 18: Development of net results (not risk-adjusted) in CHF million**



Source: Research Partners

NOT FOR PUBLIC DISTRIBUTION/INTERNAL USE ONLY



PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

Comparing the current market capitalization of CHF 372.1 million to the long-term profit outlook in Figure 18 makes the stock look very cheap. That said, a clear caveat needs to be inserted here: The chart above shows non-risk-adjusted numbers, reflecting a blue-sky scenario where all pipeline products end up being approved and launched. In other words, these estimates should not be seen as the end result of our valuation, but rather as an intermediate projection that serves as an input for the calculation of the risk-adjusted NPV.

For a company of Molecular Partners' age, the cash position is crucial. Until the company reaches break-even, funding will be an ongoing issue. As mentioned on page 26, the potential regulatory approval of Abicipar would trigger substantial milestone payments to Molecular Partners: We estimate a total of USD 125 million for the US and EU. With this money in the bank, Molecular Partners would be funded through to break-even. Without it, Molecular Partners would need to act quickly to plug the financial gap before year-end 2020. As the capital market would be a difficult route for a company in distress, an early outlicensing of MP0250 or MP0274 could be an option. While this would prevent shareholders from being diluted, it would also mean sacrificing some of the potential upside.

**Figure 19: Expected development of cash position in CHF million**



Source: Research Partners estimates

NOT FOR PUBLIC DISTRIBUTION/INTERNAL USE ONLY

**RESEARCH PARTNERS AG**

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch



SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

## 6.2 Multiples

| IFRS | | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|
| **Share** | | | | | | | | | |
| High | CHF | 25.50 | 38.75 | 36.00 | 25.70 | 30.70 | 19.56 | | |
| Low | CHF | 19.40 | 20.85 | 17.50 | 10.00 | 15.20 | 12.16 | | |
| End of year / current price | CHF | 25.15 | 35.00 | 24.80 | 25.45 | 16.22 | 17.46 | 17.46 | 17.46 |
| Number of shares Average annual value | #, ,000 | 9'833 | 19'600 | 20'724 | 21'044 | 21'136 | 21'314 | 21'561 | 21'884 |
| Number of shares year-end value | #, ,000 | 9'954 | 19'600 | 20'724 | 21'044 | 21'229 | 21'400 | 21'721 | 22'047 |
| **Enterprise value (EV)** | | | | | | | | | |
| Market capitalization | MCHF | 247.3 | 686.0 | 514.0 | 535.6 | 342.8 | 372.1 | 376.4 | 382.1 |
| Net debt (liquidity) | MCHF | 0.0 | -215.4 | -180.2 | -141.1 | -99.0 | -87.5 | -154.3 | -111.4 |
| Value of minority interests | MCHF | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Enterprise value (EV) | MCHF | 247.3 | 468.6 | 332.7 | 394.5 | 243.9 | 284.6 | 222.1 | 270.7 |
| **Data per share** | | | | | | | | | |
| EPS (reported) | CHF | -0.23 | -0.01 | -0.90 | -1.21 | -1.75 | -1.60 | 4.07 | -1.96 |
| EPS (adjusted) | CHF | -0.23 | -0.01 | -0.90 | -1.21 | -1.75 | -1.60 | 4.07 | -1.96 |
| FCF | CHF | -1.12 | 1.32 | -1.74 | -1.90 | -2.02 | -0.54 | 3.10 | -1.96 |
| Buchwert (reported) | CHF | 15.10 | 7.75 | 6.55 | 5.55 | 4.34 | 2.71 | 6.74 | 4.68 |
| Dividende | CHF | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payout ratio | % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Valuation** | | | | | | | | | |
| P/E | x | -107.5 | n.a. | -27.6 | -21.1 | -9.3 | -10.9 | 4.3 | -8.9 |
| P/E (adjusted) | x | -107.5 | n.a. | -27.6 | -21.1 | -9.3 | -10.9 | 4.3 | -8.9 |
| Price / Book value | x | 1.67 | 4.52 | 3.78 | 4.59 | 3.74 | 6.45 | 2.59 | 3.73 |
| EV/Sales | x | 9.29 | 23.43 | 31.99 | 19.73 | 23.45 | 10.24 | 1.49 | 10.50 |
| EV/EBITDA | x | 93.85 | -369.29 | -18.05 | -16.00 | -6.69 | -9.09 | 2.49 | -6.49 |
| EV/EBIT | x | 135.51 | -214.97 | -17.04 | -15.29 | -6.53 | -8.45 | 2.55 | -6.19 |
| FCF yield | % | -4.5% | 3.8% | -7.0% | -7.5% | -12.4% | -3.1% | 17.7% | -11.2% |
| Dividend yield | % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Return on equity (ROE) | % | -3.1% | -0.1% | -13.0% | -20.1% | -35.5% | -45.5% | 86.4% | -34.6% |

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch



**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

## 6.3 Sector comparison

**Figure 20: Selected peer companies**

|  |  | Clinical Pipeline *) | Marketed products | Revenues 1H19 (m) | Stock price Oct 2019 | Market cap (m) | Stock performance since Y/E 2017 | Y/E 2018 |
|---|---|---|---|---|---|---|---|---|
| Clovis (USD) | CLVS | 2 | 1 | 66 | 4.05 | 215 | -94% | -77% |
| Nucana (USD) | NCNA | 3 | - | - | 6.40 | 206 | -37% | -56% |
| Puma (USD) | PBYI | 1 | 1 | 99 | 9.82 | 380 | -90% | -52% |
| Basilea | BSLN | 3 | 2 | 63 | 41.42 | 493 | -45% | 4% |
| Idorsia | IDIA | 11 | - | 13 | 23.78 | 3,118 | -7% | 47% |
| Molecular Partners | MOLN | 4 | - | 14 | 17.18 | 368 | -35% | -10% |

*) Number of product candidates in clinical testing.

Source: Company reports, Bloomberg

## 6.4 Risk-adjusted net present value

The discounted cash flow (DCF) approach does not provide a meaningful valuation for emerging biopharma companies unless the future flows are risk-adjusted. For this reason, our estimate of fair value is based on a variation of the DCF approach, called risk-adjusted net present value (rNPV). This approach produces an estimate of the current fair value of the company. More information on this approach is contained in the annex "Introduction to risk-adjusted NPV" in the Basilea report of February 2019. The key inputs for this calculation are:

➲ the probability of a drug candidate making it to the market – based on reference tables for different therapeutic areas

➲ cash flow estimates for the lifetime of the products

➲ a discount rate of 9.6% for late-stage and 12.8% for early-stage projects

➲ commercialization: in-house or partner

**Figure 21: Risk-adjusted NPV**

|  |  | Stage | Indication | rNPV CHFm | per share CHF | Commercialization Confirmed | Assumed |
|---|---|---|---|---|---|---|---|
| Abicipar | MP0112 | Registration | AMD | 504 | 23.57 | Royalty |  |
| Abicipar | MP0112 | Ph2 | DME | 85 | 3.97 | Royalty |  |
|  | MP0250 | Ph2 | Multiple Myeloma | 29 | 1.34 |  | Royalty |
|  | MP0274 | Ph1 | Oncology | - | - |  | Royalty |
|  | MP0310 | Ph1 | Oncology | 77 | 3.58 | Royalty |  |
| **Total products** |  |  |  | **695** | **32.45** |  |  |
| Corporate (general R&D, overheads) |  |  |  | -233 | -10.91 |  |  |
| Net cash |  |  |  | 88 | 4.09 |  |  |
| **Total** |  |  |  | **549** | **25.64** |  |  |

Source: Research Partners estimates

Figure 21 makes it quite clear that Molecular Partners is essentially a one-product company – more than 85% of the company's estimated value hinges on Abicipar. If this product were to fail, the company would be in immediate distress and require fresh capital or a (premature) outlicensing deal.



PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch

**RESEARCH PARTNERS AG**

SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

**Near-term newsflow**

For clinical-stage pharma companies such as Molecular Partners, the stock price reacts quite strongly to newsflow on pipeline progress – both positive and negative.

**Figure 22: Overview of expected newsflow**

|  | Current phase | Expected |  |
|---|---|---|---|
| General | na | 31 Oct 2019 | Q3 interim statement |
| General | na | 12 Dec 2019 | R&D Day New York |
| MP0274 | 1 | 2H 2019 | Safety update |
| MP0250 | 2 | Q4 2019 | Start of second Phase 2 study (Pomalyst) |
| MP0250 | 2 | Y/E 2019 | Additional data to be presented at AHS Conference |
| Abicipar AMD | Registration | Mid-2020 | FDA decision |
| Abicipar AMD | Registration | 2H 2020 | EU decision |
| Abicipar DME | 2 | 2020 | Start of Phase 3 by Allergan/AbbVie |
| MP0250 | 2 | 2020 | Interim Phase 2 data |
| MP0310 | 1 | 2020 | Safety update |

Source: Molecular Partners, Research Partners

**Stock market liquidity**

Over the past four months, an average of 14,500 shares were traded per day, giving an average daily trading value of some CHF 250,000.

## 6.5 Conclusion

Based on our financial model, we foresee break-even in the 2023/24 timeframe. Our NPV model produces a fair value of CHF 25 per share. We are initiating coverage with a 12-month price target of 25.00 and a BUY recommendation. The rNPV is the final outcome of our financial model. The key input factors and considerations underlying these numbers are as follows:

- ➲ Truly innovative platform
- ➲ Strongly dependent on one product – Abicipar represents 85% of estimated company value
- ➲ If Abicipar gets approved in 2020, we believe the company will require no more financing rounds
- ➲ In-line with our valuation approach, we ignore early-stage projects unless they are partnered. Molecular Partners has several preclinical projects that may become valuable mid-term.
- ➲ High (Swiss) corporate cost base
- ➲ Potential of MP0310 confirmed by excellent deal metrics with Amgen



**RESEARCH PARTNERS AG**

PAUL VERBRAEKEN
T: +41 44 533 40 30
E: paul.verbraeken@researchpartners.ch



SWISS SMALL & MID CAP RESEARCH
Molecular Partners AG
ISIN CH0256379097| ICB Industry: Health Care | ICB Sector: Pharmaceuticals & Biotechnology

## 7  ANALYSTS/COVERAGE

**RONALD WILDMANN, Financial Analyst and Portfolio Manager, AZEK**
Coverage: Food, Consumer Services

**PATRICK APPENZELLER, Financial Analyst and Portfolio Manager, AZEK**
Coverage: Industry

**URS EMMINGER, Financial Analyst and Portfolio Manager, AZEK**
Coverage: Industry

**RETO HUBER, CFA**
Coverage: Technology

**MARKUS KRAMER**
Coverage: Real Estate

**EUGEN PERGER, Dr. oec. publ.**
Coverage: Energy, Utilities and Chemicals

**MANUEL PETER**
Coverage: OTC stocks

**ROBIN SEYDOUX, CFA**
Coverage: Industry

**RAINER SKIERKA**
Coverage: Banks and Insurers

**PAUL VERBRAEKEN**
Coverage: Healthcare

**MARTIN VOEGTLI, Dr. sc. nat. ETH**
Coverage: Healthcare

## 8  DISCLAIMER

Research Partners AG is a company independent of any third party. It represents independence from financial institutions, investors, companies, advisors, and all forms of self-interest. The content of publications is drawn up exclusively by Research Partners AG. Neither Research Partners AG nor the analysts involved in the relevant publications hold any securities positions in the companies in focus. Moreover, they have no business relationships with these companies, nor do they exercise any advisory or asset management mandates. The analysts involved are subject to the professional code of conduct of the Swiss Financial Analysts Association (SFAA). All publications of Research Partners AG are for information only, and are intended for the exclusive use of the recipients determined by Research Partners AG, either in Switzerland or abroad. They may only be circulated abroad in accordance with the applicable statutory provisions that apply locally. Persons coming into possession of this information and material must obtain information on, and comply with, the legal guidelines that apply. All the information and data contained in the publications of Research Partners AG has been taken from sources that Research Partners AG considers to be reliable. However, no guarantee can be provided with respect to its accuracy. Moreover, information may be incomplete as well as subject to change. The entire content of these publications is protected by copyright and belongs to Research Partners AG. Any reproduction or further dissemination of any publication by the recipient, either in part or as a whole, is forbidden in any form. The publications of Research Partners AG do not constitute an offer or an invitation to subscribe to or purchase any security, nor do these publications or any of their content give rise to any agreement or obligation. Any investment decision regarding the securities of the issuer should be taken on the basis of the sales prospectus, which is approved by the issuer and deposited with the relevant supervisory authority, rather than on the basis of these research publications. The investments discussed in publications may not be suitable for the individual investor, depending on his or her investment objectives and financial situation. Prior to issuing an order, investors should always make contact with their bank, their broker, or their investment advisor. The value of the investments to which the publications of Research Partners AG relate may rise or fall, either directly or indirectly, counter to the interests of the investor. If an investment is made in a currency (or based on a currency) that is different from the currency to which these publications refer, exchange rate fluctuations may have a negative impact on the value, price, and return of the investment. Price developments in the past are not indicative of the future performance of an investment. No guarantee is made nor any responsibility assumed by Research Partners AG with regard to the attainment of the expected return indicated or any specified price target. Changes to the relevant assumptions on which publications are based may have a material influence on anticipated returns. The performance of an investment is subject to market risks. The publications of Research Partners AG may not be taken into, sent to, or distributed within the United States of America or any of its territories or dependencies. The dissemination of publications in Canada, Japan, or other jurisdictions may be restricted by law, and persons coming into possession of this information should obtain information on, and comply with, any restrictions that may apply. Any failure to respect these restrictions may constitute a violation of US, Canadian, or Japanese securities law or a violation the laws of another jurisdiction.

Research Partners AG, Binzstrasse 24, CH-8045 Zurich, E-Mail: info@researchpartners.ch