# EXHIBIT 10

 **This is the classic website, which will be retired eventually. Please visit the modernized ClinicalTrials.gov instead.**

**Notice to API users**: Read about imminent changes impacting usage of the ClinicalTrials.gov API.

 U.S. National Library of Medicine

*ClinicalTrials.gov*



# A Study to Evaluate Safety, Pharmacokinetics and Anti-Tumor Activity of RO7300490, as Single Agent or in Combination With Atezolizumab in Participants With Advanced Solid Tumors

 The safety and scientific validity of this study is the responsibility of the study sponsor and investigators. Listing a study does not mean it has been evaluated by the U.S. Federal Government. Know the risks and potential benefits of clinical studies and talk to your health care provider before participating. Read our disclaimer for details.

ClinicalTrials.gov Identifier: NCT04857138

Recruitment Status ⓘ : Recruiting
First Posted ⓘ : April 23, 2021
Last Update Posted ⓘ : June 22, 2023

See **Contacts and Locations**

View this study on the modernized ClinicalTrials.gov

**Sponsor:**
  Hoffmann-La Roche

**Information provided by (Responsible Party):**
  Hoffmann-La Roche

| Study Details | Tabular View | No Results Posted | Disclaimer | How to Read a Study Record |

## Study Description

Go to ⌄

Brief Summary:

A study to evaluate the safety, pharmacokinetics and anti-tumor activity of RO7300490 as a single agent or in combination with atezolizumab. The study will consist of 3 parts: [Part 1] Dose-Escalation of RO7300490 as a single agent; [Part 2] Dose-Escalation of RO7300490 in combination with atezolizumab and [Part 3] Dose-Expansion of RO7300490 in combination with atezolizumab in selected cancer types.

| Condition or disease  | Intervention/treatment  | Phase ⓘ |
|---|---|---|
| Solid Tumors | Drug: RO7300490<br><br>Drug: Atezolizumab | Phase 1 |

## Study Design

Go to ⌄

**Study Type ⓘ :**

Interventional  (Clinical Trial)

**Estimated Enrollment ⓘ :**

280 participants

**Allocation:**

Non-Randomized

**Intervention Model:**

Sequential Assignment

**Masking:**

None (Open Label)

**Primary Purpose:**

Treatment

**Official Title:**

An Open-Label, Multicenter, Dose-Escalation and Expansion, Phase I Study to Evaluate Safety, Pharmacokinetics, And Anti-Tumor Activity of RO7300490, A Fibroblast Activation Protein-α (FAP) Targeted CD40 Agonist, as Single Agent or in Combination With Atezolizumab in Participants With Advanced and/or Metastatic Solid Tumors

**Actual Study Start Date ⓘ :**

May 18, 2021

**Estimated Primary Completion Date ⓘ :**

August 17, 2026

**Estimated Study Completion Date 🛈 :**

August 17, 2026

---

**Resource links provided by the National Library of Medicine**

[Drug Information](#) available for:  [Atezolizumab](#)

[U.S. FDA Resources](#)

---

## Arms and Interventions

Go to  ▼

| Arm 🛈 | Intervention/treatment 🛈 |
|---|---|
| Experimental: Part 1: Dose Escalation (RO7300490 Monotherapy)<br>Participants will receive escalating doses of RO7300490 intravenously (IV) as a single agent for up to 24 months maximum or until progressive disease, unacceptable toxicities, death, or withdrawal of consent. | Drug: RO7300490<br>Participants will receive RO7300490, as described in the Arm Descriptions. |
| Experimental: Part 2: Dose Escalation (RO7300490/atezolizumab combination therapy)<br>Participants will receive escalating doses of RO7300490 in combination with a fixed dose of atezolizumab IV (as per label) for up to 24 months maximum or until progressive disease, unacceptable toxicities, death, or withdrawal of consent. | Drug: RO7300490<br>Participants will receive RO7300490, as described in the Arm Descriptions.<br><br>Drug: Atezolizumab<br>Participants will receive Atezolizumab, as described in the Arm Descriptions. |
| Experimental: Part 3: Dose Expansion (Disease-specific Expansion(s))<br>Participants with selected types of advanced and/or metastatic tumors will receive the maximum tolerated dose (MTD) or recommended dose for expansion (RDE) (determined from Parts 1 and 2) of RO7300490 in combination with a fixed dose of atezolizumab IV (as per label). Treatment will be administered for up to 24 | Drug: RO7300490<br>Participants will receive RO7300490, as described in the Arm Descriptions.<br><br>Drug: Atezolizumab<br>Participants will receive Atezolizumab, as described in the Arm Descriptions. |

| Arm  | Intervention/treatment  |
|---|---|
| months maximum or until progressive disease, unacceptable toxicities, death, or withdrawal of consent. | |

## Outcome Measures                                        Go to  ▼

Primary Outcome Measures  :

1. Percentage of Participants with Adverse Events (AEs) (Parts 1 and 2) [ Time Frame: Up to 36 months ]

2. Percentage of Participants with Dose-Limiting Toxicities (DLTs) (Parts 1 and 2) [ Time Frame: Up to 36 months ]

3. Objective Response Rate (ORR) (Part 3) [ Time Frame: Up to 48 months ]

Secondary Outcome Measures  :

1. Area Under The Curve (AUC) of RO7300490 (Parts 1, 2 and 3) [ Time Frame: Up to 48 months ]

2. Minimum Concentration (Cmin) of RO7300490 (Parts 1, 2 and 3) [ Time Frame: Up to 48 months ]

3. Maximum Concentration (Cmax) of RO7300490 (Parts 1, 2 and 3) [ Time Frame: Up to 48 months ]

4. Clearance (CL) of RO7300490 (Parts 1, 2 and 3) [ Time Frame: Up to 48 months ]

5. Volume of Distribution at Steady State (Vss) of RO7300490 (Parts 1, 2 and 3) [ Time Frame: Up to 48 months ]

6. Percentage of Participants with Anti-RO7300490 Antibodies (Parts 1, 2 and 3) [ Time Frame: Up to 48 months ]

7. Objective Response Rate (ORR) (Parts 1 and 2) [ Time Frame: Up to 48 months ]

8. Disease Control Rate (DCR) (Parts 1, 2 and 3) [ Time Frame: Up to 48 months ]

9. Duration of Response (DOR) (Parts 1, 2 and 3) [ Time Frame: Up to 48 months ]

10. Progression-Free Survival (PFS) On-Treatment (Parts 1, 2 and 3) [ Time Frame: Up to 48 months ]

11. Percentage of Participants With Adverse Events (AEs) (Part 3) [ Time Frame: Up to 48 months ]

## Eligibility Criteria                                        Go to  ▼

**Information from the National Library of Medicine**

*Choosing to participate in a study is an important personal decision. Talk with your doctor and family members or friends about deciding to join a study. To learn more about this study, you or your doctor may contact the study research staff using the contacts provided below. For general information, Learn About Clinical Studies.*

**Ages Eligible for Study:**

18 Years and older   (Adult, Older Adult)

**Sexes Eligible for Study:**

All

**Accepts Healthy Volunteers:**

No

**Criteria**

Inclusion Criteria:

- Life expectancy of >= 12 weeks.

- Histologically confirmed diagnosis of locally advanced and/or metastatic solid tumors that are not amenable to standard therapy.

- Radiologically measurable disease as defined by Response Evaluation Criteria in Solid Tumors (RECIST) v1.1.

- Agreement to provide protocol-specific biopsy material.

- Adverse Events (AEs) from prior anti-cancer therapy resolved to Grade =<1.

- Adequate performance status and cardiovascular, hematological, liver, renal and coagulation function.

- For female participants of childbearing potential: agreement to remain abstinent (refrain from heterosexual intercourse), use contraceptive measures and refrain from donating eggs.

- For male participants: agreement to remain abstinent (refrain from heterosexual intercourse), use contraceptive measures and refrain from donating sperm.

Exclusion Criteria:

- Known central nervous system (CNS) primary tumors or metastases, including leptomeningeal metastases, unless protocol-specific conditions are met.

- Active second invasive malignancy within two years prior to screening.

- Significant cardiovascular/cerebrovascular disease within 6 months prior to study treatment start.

- Any other diseases, metabolic dysfunction, physical examination finding or clinical laboratory finding that gives reasonable suspicion of a disease or condition that would contraindicate the use of an investigational drug.

- Prior allogeneic bone marrow transplantation or prior solid organ transplantation.

- Active or history of autoimmune disease.

- Known hypersensitivity to any of the components of RO7300490 formulation or to components of atezolizumab formulation.

- Pregnancy, lactation or breastfeeding.

- Dementia or altered mental status that would prohibit informed consent.

- Major surgery or significant traumatic injury within 28 days prior to the first study drug administration (excluding biopsies) or anticipation of the need for major surgery during study treatment.

- Treatment with radiotherapy, chemotherapy, hormonal therapy, targeted therapy, immunotherapy or investigational drug concurrent or within 28 days or 5 half-lives of the drug (whichever is shorter) before the first study drug administration.

## Contacts and Locations

Go to ⌄

**Information from the National Library of Medicine**

*To learn more about this study, you or your doctor may contact the study research staff using the contact information provided by the sponsor.*

*Please refer to this study by its ClinicalTrials.gov identifier (NCT number):* **NCT04857138**

**Contacts**

Contact: Reference Study ID Number: WP42627 https://forpatients.roche.com/    888-662-6728 (U.S. and Cana

◄ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ►

**Locations**

**Denmark**

Rigshospitalet; Fase 1 Enhed - Onkologi                                      **Recruiting**
København Ø, Denmark, 2100

**France**

Gustave Roussy                                                               **Recruiting**
Villejuif, France, 94805

**Korea, Republic of**

Seoul National University Hospital                                           **Recruiting**
Seoul, Korea, Republic of, 03080

Asan Medical Center                                                    **Recruiting**
    Seoul, Korea, Republic of, 05505

**Spain**

Clinica Universitaria de Navarra; Servicio de Oncologia              **Recruiting**
    Pamplona, Navarra, Spain, 31008

Vall d?Hebron Institute of Oncology (VHIO), Barcelona               **Recruiting**
    Barcelona, Spain, 08035

Clinica Universidad de Navarra Madrid; Servicio de Oncología        **Active, not recruiting**
    Madrid, Spain, 28027

START Madrid-FJD, Hospital Fundacion Jimenez Diaz                  **Recruiting**
    Madrid, Spain, 28040

**United Kingdom**

Western General Hospital; Edinburgh Cancer Center                  **Recruiting**
    Edinburgh, United Kingdom, EH4 2XU

Guys and St Thomas Hospital; OHCT Clinical Trials                  **Recruiting**
    London, United Kingdom, SE1 9RT

Christie Hospital NHS Trust; Experimental Cancer Medicine Team     **Recruiting**
    Manchester, United Kingdom, M20 4BX


**Sponsors and Collaborators**

Hoffmann-La Roche

**Investigators**

Study Director:   Clinical Trials   Hoffmann-La Roche


# More Information                                    Go to  ▼

**Responsible Party:**
  Hoffmann-La Roche

**ClinicalTrials.gov Identifier:**
  NCT04857138    History of Changes

**Other Study ID Numbers:**
  WP42627
  2020-004489-21 ( EudraCT Number )

**First Posted:**
  April 23, 2021   Key Record Dates

**Last Update Posted:**

June 22, 2023

**Last Verified:**

June 2023


**Studies a U.S. FDA-regulated Drug Product:**

No

**Studies a U.S. FDA-regulated Device Product:**

No


**Additional relevant MeSH terms:**

Neoplasms

Atezolizumab

Immune Checkpoint Inhibitors

Molecular Mechanisms of Pharmacological Action

Antineoplastic Agents, Immunological

Antineoplastic Agents