UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES MERRITT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOLECULAR PARTNERS AG, PATRICK AMSTUTZ, ANDREAS EMMENEGGER, WILLIAM M. BURNS, AGNETE FREDRIKSEN, STEVEN H. HOLTZMAN, SANDIP KAPADIA, VITO J. PALOMBELLA, MICHAEL VASCONCELLES, and DOMINIK HOCHLI,<br><br>　　　　　　　　Defendants. | Case No. 1:22-cv-05925-AS |

**DECLARATION OF ZACHARY SISKO IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, Zachary Sisko, declare as follows:

1.　　I am an attorney with the law firm Cooley LLP, counsel for Defendants Molecular Partners AG, Patrick Amstutz, Andreas Emmenegger, William M. Burns, Agnete Fredriksen, Steven H. Holtzman, Sandip Kapadia, Vito J. Palombella, Michael Vasconcelles, and Dominik Höchli (collectively, the "Defendants") in the above-captioned matter. I submit this declaration in support of the Reply in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint. I have personal knowledge of the following and, if called as a witness, would testify competently thereto.

2.　　**Exhibit A** is a true and correct copy of an H.C. Wainwright analyst report titled, *Where Less Is More, Abicipar Might Reign; Initiating With a Buy*, published on April 2, 2020.

3.　　**Exhibit B** is a true and correct copy of an H.C. Wainwright analyst report titled, *Closing in on 52-Week Highs With an Agile Research Platform*, published on May 8, 2020.

4.      **Exhibit C** is a true and correct copy of an H.C. Wainwright analyst report titled,

*No First Pass Approval for Abicipar; Target Lowered to CHF18*, published on June 30, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

Executed on October 5, 2023 in Boston, Massachusetts.

*/s/ Zachary Sisko*
Zachary Sisko