# EXHIBIT A

# ⚔ H.C.WAINWRIGHT&CO.

**Molecular Partners AG (MOLN.SW)**
**Rating: Buy**

Debjit Chattopadhyay
646-975-6991
dchattopadhyay@hcwresearch.com

Earl DeSouza
646-975-6990
edesouza@hcwresearch.com

## Where Less Is More, Abicipar Might Reign; Initiating With a Buy

| Stock Data | 04/01/2020 |
|---|---|
| Price | CHF17.54 |
| Exchange | SWX |
| Price Target | CHF29.00 |
| 52-Week High | CHF24.60 |
| 52-Week Low | CHF11.08 |
| Enterprise Value (M) | CHF284 |
| Market Cap (M) | CHF379 |
| Shares Outstanding (M) | 21.7 |
| 3 Month Avg Volume | 54,230 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | CHF95.1 |
| Total Debt (M) | CHF0.0 |
| Total Cash/Share | CHF4.39 |

**EPS Diluted**

| Full Year - Dec | 2019A | 2020E | 2021E |
|---|---|---|---|
| 1Q | NA | (0.39) | 0.06 |
| 2Q | (0.60) | 0.28 | 0.82 |
| 3Q | NA | (0.43) | 0.84 |
| 4Q | (1.09) | 0.71 | 0.85 |
| FY | (1.69) | 0.18 | 2.57 |

**Revenue ($M)**

| Full Year - Dec | 2019A | 2020E | 2021E |
|---|---|---|---|
| 1Q | NA | 7.0 | 19.6 |
| 2Q | 13.6 | 22.1 | 36.6 |
| 3Q | NA | 7.1 | 37.3 |
| 4Q | 0.7 | 32.3 | 37.9 |
| FY | 20.4 | 68.4 | 131.5 |

*2Q19, and 4Q19 represent semi-annual, 6-months EPS and revenue as described in the half-year and annual reports. We anticipate Molecular Partners to make a debut on the Nasdaq exchange in 2021, hence our quarterly EPS and revenue estimates for quarters beginning 1Q20. CHF and USD trade close to parity with CHF1 = $1.03 per April 1, 2020 data.*



**DARPins come of age.** Molecular Partners is developing targeted therapies that leverage its proprietary designed ankyrin repeat proteins (DARPins) technology. The platform offers modularity, flexibility, tunable half-life, high-affinity binding, and has demonstrated therapeutic relevance. For example, abicipar, its Allergan-partnered (AGN; not rated) wet AMD intervention has a mid-2020 PDUFA. As elaborated upon subsequently, abicipar with its differentiated Q12W dosing schedule has the makings of a blockbuster, in our view. Importantly, going forward, the company's primary focus is likely to be in oncology, where DARPins are being geared towards known biological pathways to: (1) modulate the tumor microenvironment (TME); (2) direct tumor cell killing; and (3) enhance localized immune activation. While the DARPins have preliminary POC in direct tumor cell killing, e.g., MP0250 in combination with Velcade and dexamethasone in multiple myeloma and an ongoing program with MP0274 in HER2-positive malignancies, the hurdle in these indications remains exceptionally high. However, we believe the ability to positively modulate the TME is likely to remain the key focus in oncology for the foreseeable future and that is where the promise of the platform resides with its engineered site specificity, which is exemplified by its Amgen (AMGN; not rated) partnered solid tumor program MP0310, currently in Phase 1. Given our cautiously optimistic stance on the commercial potential of abicipar and the emerging relevance of targeted T cell therapies, we initiate with a Buy rating and a 12-month target of CHF29.

**Abicipar with its Q12W schedule and mid-2020 PDUFA has the makings of a compelling wet-AMD therapy.** The wet-AMD commercial opportunity has been a duopoly between Lucentis, from Roche; (RHHBY; not rated) and Eylea, by Regeneron (REGN: not rated). Importantly, differentiation is based on dosing schedule, which is a key consideration for market share. All else equal, especially safety, we think: (1) treatments are evaluated by non-inferiority studies; (2) intravitreal injections are unpleasant, which weighs on compliance and contributes to unrecoverable drops in visual acuity; (3) four-plus hour time commitments necessitate family member intervention; and (4) case burden for ophthalmology surgeons makes it impossible to service wet-AMD caseload, which we estimate exceeds 8M annually on a Q4W schedule. Hence, the move towards newer options, which reduces treatment burden by increasing the intervals between procedures. In line with these, abicipar is poised to join Beovu, Novartis (NVS; not rated), and Eylea with a Q12W schedule that is non-inferior to standard-of-care administered on a Q4W basis. While Beovu approved on October 8, 2019, has a Q12W label, its: (1) TEAE of occlusive retinal vasculitis; and (2) clinical data indicating about 50% patient migration to Q8W schedule, cloud its commercial outlook, in our view. Furthermore, Eylea's label indicates a preference for the eight and not the 12-week schedule for optimal efficacy. Hence, we anticipate abicipar's U.S., adoption to approach approximately 54K patients by 2025, representing between 6% to 7.5% of the wet-AMD market, which translates into peak U.S. sales of about $850M. Globally, we anticipate abicipar to exceed $1.2B by 2026, which could be conservative if historic trends favoring frequency-dependent adoption hold. This implies Molecular Partners nets about $168M during 2026, by our estimates.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 74 - 76 of this report.

**What are the outstanding questions on abicipar?** The Phase 3 SEQUOIA and CEDAR studies demonstrated non-inferiority compared to Lucentis, with the clinical effect subsequently confirmed in the BAMBOO, CYPRESS, and REACH programs. However, the relatively high rate of intraocular inflammation (IOI), including uveitis or vitritis in abicipar treated patients might become an emergent concern. For example, rates of IOI were 10.4% in REACH, 15.3% in CEDAR and SEQUOIA and 7.5% in BAMBOO and CYPRESS, which are significantly higher than the near-zero rates with Lucentis and other anti-VEGF agents. While, most cases of IOI were mild, and severe IOI, i.e., incapacitating from regular activities and work, only occurred in 3.5% of abicipar treated patients in CEDAR and SEQUOIA, efforts to address these concerns culminated in a modified manufacturing process to achieve a more purified product. In the MAPLE study, which used the purified product, 123 wet-AMD patients were randomized to treatment with abicipar 2mg or sham. Overall rates of IOI were 8.9, with a single case of severe IOI, i.e., 1.6%. Our U.S., peak sales of about $850M reflects these concerns and is significantly below the multi-billion revenue from Eylea and Lucentis. Note, the BLA was accepted for review after the MAPLE study disclosures, and hence rates of IOI are unlikely to be a showstopper, from our perch. However, given the COVID-19 associated challenges, we would not be surprised by a three-month extension to the mid-20 PDUFA, which represents a near-term risk to our Buy thesis.

**MP0310 a step towards tumor targeted agonism.** The Amgen-partnered MP0310, is an extended half-life DARPin bispecific, which simultaneously engages a tumor specific antigen, i.e., fibroblast activation protein (FAP) coupled to a potent T cell co-stimulator 4-1BB. The advantages of this strategy are twofold: (1) systemic toxicities should be limited because activation would be confined to tissue expressing the target antigen; and (2) tumor-mediated 4-1BB clustering should drive potent agonism. Interestingly: (1) the premise of a FAP-targeted T cell activation strategy has generated early clinical success in RO6874281 (Roche), which is a FAP-targeted interleukin-2 variant (IL-2v); (2) in the solid tumor setting 4-1BB co-stimulation has demonstrated early promise in the form of PRS-343, from Pieris Pharmaceuticals (PIRS; Buy; Pantginis), which is a 4-1BB x HER2 bispecific; and (3) 4-1BB is the preferred co-stimulatory agent in most CAR T constructs for hematologic malignancies. Hence, the concept of bringing together the FAP targeted, tumor localized potent immunomodulation, with 4-1BB receptor being widely expressed on T cells, NK cells, myeloid cells, and neutrophils, holds promise, in our view. The implications were not missed by Roche, which is advancing a similar bispecific RG7827, albeit a high molecular weight construct with a relatively complicated architecture compared to the simplicity of the MP0310. Our comparison of the available preclinical data for these RG7827 vs. MP0310, while derived from different experimental conditions suggest comparable potency. Note, neither of these two constructs are likely to experience hepatic tox due to Fc mediated crosslinking of FcγRIIb-expressing liver-resident cells such as hepatic myeloid and sinusoidal endothelial cells, a problem with first generation 4-1BB-based mAbs. MP0310 is currently in a 54 patient dose escalation study with preliminary insights into RP2D and activity during 2021, by our estimates. Molecular Partners is entitled tiered double-digit royalties up to the high teens on net worldwide sales along with $497M in future milestones. Given its Phase 1 status, we associate a 6% POS for the asset, which translates into a rNPV of CHF1.37/share.

**MP0250 and MP0274—could have been interesting assets, but competitive dynamics call for reevaluation.** MP0250 and MP0274 are the company's first-gen incursions into oncology, and we do not expect continued investments into these assets unless management can find a suitable partner. MP0250 is a multiple DARPin with HGF and VEGF binding domains, which have shown minimal activity when inhibited individually in prior non-DARPin clinical programs, but when dually inhibited via the DARPin architecture, has evidence of clinical activity and a clean safety profile. However, the MM party has moved on to much higher ground with BCMA-targeted CAR Ts and bispecifics delivering 90% OR rates, in patients with up to seven prior lines of therapy, leaving little room for MP0250, in our view. MP0250 targets pathways distinct from BCMA, and has shown promise in combination with Velcade and dexamethasone; hence, there might be synergies if deployed in combination with BCMA-directed therapies. Similarly, MP0274 is trying to play catch up with the likes of ZW25, from ZymeWorks (ZYME; Buy) and Enhertu, from AstraZeneca (AZN; not rated) and Daiichi Sankyo (DSNKY; not rated)]. Dose escalation data from MP0274 are anticipated during 2021, but we envision a tough road ahead for this biparatopic HER2 asset targeting the same domains on HER2 as trastuzumab and pertuzumab. Our model does not currently incorporate MP0274 or MP0250, leaving room for a surprise upside should the clinical activity of MP0274 surpass expectations or management find a partner for MP0250.

**Valuation and risks to our investment thesis.** Our 12-month, CHF29 price target on shares of Molecular Partners is derived from a 13-year DCF-based, sum-of-the-parts analysis. Our DCF is driven by: beta of 1.77, terminal growth rate of 0.5%, risk premium of 4.93%, calculated WACC of 10.0%, and tax rate of 21% beginning in FY2028. Our CHF29 price target is primarily leveraged on the outcomes of abicipar's approval and, probability-adjusted, milestones and royalties from Allergan. Note, Molecular Partners is eligible to receive up to $210M in near-term milestones upon the regulatory approval of abicipar, the first of which could hit during mid-20. Additionally, our model incorporates $427M in milestone payments from Amgen, but is probability adjusted at 6% to reflect the stage of development. Together, abicipar and MP0310 (also, AMG 506) represent approximately 95% of our rNPV, i.e., CHF27.63 per share. Our estimated probabilities for the pipeline are: (1) 80% for abicipar in wet AMD; (2) 6% each for MP0310 (AMG 506) in TNBC, OC, and PC; and (5) 80% and 6% for future milestones associated with Allergan, and Amgen's collaborations, respectively. Molecular Partners is a clinical-stage company developing a novel platform of Designed Ankyrin Repeat proteins (DARPins) with no approved medicines. Hence, risks to our target include: (1) clinical failure either due to untoward safety incidence or outright inability to demonstrate clinical benefit; (2) manufacturing challenges; (3) regulatory challenges; (4) reimbursement headwind; (5) commercial uptake; along with (6) general market and financing risks.

Molecular Partners AG                                                                                        April 2, 2020

# Table of Contents

| Content | Page |
|---|---|
| **I. Company Overview and Drug Pipeline** | 4 |
| **II. Catalyst Calendar** | 5-6 |
| **III. Our Thesis on Abicipar Mid-2020 PDUFA Action Date** | 7-13 |
| **IV. Our Thesis on MP0310/AMG 506, Dose Escalation Underway** | 14-25 |
| **V. Valuation Analysis and Financial Outlook** | 26 |
| Assigned POS and rNPV and Weighted Contributions | 27-30 |
| DCF Encompassing Abicipar and MP0310 Key Assets Values Molecular Partners at CHF29/Share | 31 |
| Near-to-Intermediate Term Financial Outlook | 32 |
| Collaborative Deals | 33-34 |
| Patient Models | 35-38 |
| **VI. Abicipar, Allergan Partnered PDUFA Mid-2020, Potential Commercial Launch During 2H20** | 39-43 |
| **VII. Additional Thoughts on FAP-4-IBB and Competition** | 44-52 |
| **VIII. MP0250 in Multiple MyelomaIn; Search of a Partner to Further Clinical Development; Timelines Uncertain, and Hence Not Reflected in Our Outlook** | 53-59 |
| **IX. MPO274 for HER2+ Tumors Another Program Where Competitive Landscape Is Unfavorable and Unlikely to Justify Significant Investment on Part of Molecular Partners** | 60-69 |
| **X. Commercial and Financial Models** | 70-73 |

Molecular Partners AG                                                                                                            April 2, 2020

# I. Company Overview

**DARPins come of age.** Molecular Partners AG is a clinical-stage biotech company that is developing a new class of therapies known as DARPin® therapies. Molecular Partners has been listed on the SIX Swiss Exchange (ticker symbol: MOLN) since November 2014. With the likely approval of abicipar for the treatment of wet-AMD during mid-2020, the company's primary focus going forward is likely to be in oncology, where the plan calls for leveraging the modularity of the DARPin platform to target known biological pathways in a novel manner. In oncology, drug discovery efforts are focused on specific functional areas with product candidates that: (1) modulate the tumor microenvironment (TME); (2) directly affect tumor cell killing; and (3) result in tumor-localized immune activation. Given the competitive matrix, the unmet clinical need rests in TME modulation and localized immune activation, in our view. Along these lines, our rNPV does not reflect MP0250 and MP0274, which were designed to directly kill tumor cells. Note, at Molecular Partners the focus has shifted to the development of multi-specific DARPins that bind to a tumor-associated antigen and to targets on immune cells to produce localized, antigen-specific T cell-mediated killing of tumor cells, which has resulted in the partnership with Amgen on MP0301, aka AMG 506. AMG 506 is being developed to locally activate immune cells in the tumor by binding to FAP on tumor stromal cells and co-stimulating T cells via 4-1BB for the treatment of FAP-positive cancers. The first in-human trial AMG 506 was initiated in H2 2019. On the heels of AMG 506, the company plans to advance MP0317, its second multi-specific immuno-oncology DARPin designed for localized activation, focusing on FAP x CD40. CD40 is a potent immunostimulatory molecule, which can be employed to activate an anti-tumor T cell response via activation of dendritic cells, macrophages, and B cells. IND submission for MP0317 is planned for year-end 2020

*Source: Molecular Partners 6K, 2019, and H.C. Wainwright & Co.*

Molecular Partners AG                                                                                                       April 2, 2020

# II. Catalyst Calendar

| Program | Status | Next Catalyst | Timing | Expectations |
|---|---|---|---|---|
| Abicipar | BLA and MAA for wet AMD under review | 80% probability for a first pass approval | PDUFA mid-20 | High first pass POS based on: (1) manageable safety profile; and (2) non-inferiority to SOC |
| Abicipar | Pending regulatory clearance | Commercial launch | 4Q20 | Potential for rapid commercial adoption especially if historic trends favoring less frequent intravitreal injections hold. Note, partner Allergan has a significant presence in ophthalmology, the basis for its acquisition by AbbVie (ABBV; not rated) |
| MP0310 (FAP x 4-1BB) | Phase 1 dose escalation in third cohort | Identification of minimum active dose | YE20 | If an active monotherapy dose is identified, Amgen is expected to commence a combination program in multiple solid tumors. Monotherapy activity is likely to be very well received for an agonist, which is a co-stimulator of T cells, emerging peer experience has been positive |
| MP0274 (HER2) | Phase 1 ongoing at 8 mg/kg | Re-evaluate Program | 2020 and beyond | Considering the heightened competition in this space, we think a partnership or discontinuation are the most likely outcomes |
| MP0250 (HGF, VEGF) | Phase 2 in combination with bor/dex in MM ongoing | Re-evaluate Program | 2020 and beyond | Considering the heightened competition in this space, we think a partnership or discontinuation are the most likely outcomes |
| MP0317 (FAP x CD40) | Pre-IND | IND | 4Q20 | - |

*Source: Molecular Partners 6K, 2019, and H.C. Wainwright & Co.*

Molecular Partners AG                                                                                                                                                                  April 2, 2020

# Clinical-Stage Pipeline

Source: Molecular Partners 6K, 2019, and H.C. Wainwright & Co.

Molecular Partners AG

April 2, 2020

# III. Our Thesis on Abicipar Mid-2020 PDUFA Action Date

| Standard-of-Care: Differentiation Primarily on Convenience | 8 |
|---|---|
| Aiming for Beovu's Achilles Heel | 9 |
| Commercial History Suggests Q12W Schedule Could Prompt Patient Switch | 10-11 |
| Project Adoption in the Untapped Segment & Modest Share Gains From Existing Players | 12 |
| Less Than 25% Adoption in Untreated Patients Would Meet Our 2025 U.S. Projection | 13 |

Molecular Partners AG                                                                                          April 2, 2020

# Standard-of-Care: Differentiation Primarily on Convenience

Eylea [aflibercept, Regeneron (REGN; not rated)], maintenance dosing is 0.05 mL via intravitreal injection once every 8 weeks. Eylea at Q4 or Q8W schedule was non-inferior to Lucentis at Q4W schedule. The additional four-week spread in dosing frequency, has translated into 2.5x higher sales

A recent label change has allowed patients to be dosed once every 12 weeks after one year of effective therapy. However, the jury is still out on the effectiveness of the Q12W schedule compared with the Q8W



*Source: Eyelea prescribing information.*

Beovu [rolucizumab, Novartis (NVS; not rated)], is the most recent entry, and much like its predecessors the frequency of administration is the primary differentiator. Beovu is administered on a Q8 or Q12W schedule, is expected to take market share from Lucentis. Additionally, the Q12W schedule was noninferior to Eylea's Q8W schedule, which could have important commercial implications. Note, the emergence of ocular infections with Beovu could be a major impediment and opens an avenue for abicipar, in our view



*Source: Ophthalmology, Volume 127, Issue 1, January 2020, Pages 72-84, DOI: 10.1016/j.ophtha.2019.04.017.*

Molecular Partners AG                                                                                           April 2, 2020

# Abicipar Aiming for Beovu's Achilles Heel

• On February 23, the American Society of Retinal Specialists (ASRS) shared a note with its members citing reports of 14 cases of vasculitis, of which 11 were designated by the reporting provider as occlusive retinal vasculitis, a vision-threatening inflammatory eye condition

• Our search of the FDA FAERS database for serious reactions to Beovu since its launch identified 31 reports pointing to vision impairment and vasculitis

• Using sales over the same period to derive an estimate on units sold, we calculated a rate of 0.095% serious cases per unit for Beovu, which is higher than the rate for Eylea and Lucentis, see Serious Cases/Unit. Note, about 50K units were shipped as of March 2, 2020, based on Novartis filings. The actual incidence rate could be higher considering the shipments reflect a combination of stocking and utilization

| | Beovu | Eylea | Lucentis |
|---|---|---|---|
| Units sold Oct '19 to Jan '20 (Estimate) | 32,719 | 815,789 | 328,947 |
| Serious cases | 31 | 265 | 162 |
| Serious Cases/Unit | 0.095% | 0.032% | 0.049% |
| Retinal Occlusion Rate | 1% | <1% | - |
| Intraocular Inflammation | 4% | 1%[a], 2%[b] | 3%[b], 13%[c] |
| SAE Endophthalmitis | 1% | <0.1% | <0.1% |
| SAE Retinal Detachment | 1% | <0.1% | <0.1% |

Source: H.C. Wainwright & Co. proprietary analyses of data from FDA Adverse Events Reporting System, [a]Beovu prescribing information, [b]Eylea prescribing information, and [c]Lucentis prescribing information.

Case 1:22-cv-05925-AS    Document 36-1    Filed 10/05/23    Page 11 of 77

Molecular Partners AG                                                                                               April 2, 2020

# Allure of Q12W Dosing Schedule:
# Three-Fold Procedure Volume Reduction Implies Untreated Patients Get Access

• The number of physicians performing anti-VEGF injections is limited, in 2016 there were 3,002 retina providers, including 2,025 retina specialists, and 977 comprehensive ophthalmologists performing anti-VEGF injections (*Source: 37th ASRS Annual Meeting; July 26-30, 2019; Chicago, IL*), could treat around

• In addition to wet AMD patients, retinal/ophthalmology surgeons
  o Are expected to perform about 718K LASIK procedures in 2020 (*Source: Statista.com accessed 3/24/2020*)
  o Manage an estimated caseload of 250K to 300K glaucoma surgeries in 2020. Note, 282,178 glaucoma operations were performed in 2012 (*Source: Ophthalmology. 2015;doi:10.1016/j.ophtha.2015.04.015*)
  o At least 3 million cataract correction procedures. Available estimates indicate 3.2 million cataract surgeries in 2015

• Hence, the burden on procedure is high, which implies, any new wet-AMD therapy must at least be delivered less frequently.

• For example, a switch from Q4W to Q12W reduces procedures load from 8.5M to <3M. This implies, a 3-fold increase in patient volume



*Source: H.C. Wainwright & Co. research.*

H.C. WAINWRIGHT & CO. EQUITY RESEARCH                                                              10

Molecular Partners AG

April 2, 2020

# Commercial History Suggests Q12W Schedule Could Prompt Patient Switch

• How attractive is reduced dosing? Compare Eylea (Q8W) to Lucentis (Q4W): its convenience not efficacy that drives adoption

• Abicipar BLA is under regulatory review at both the FDA and EMA with a U.S., PDUFA action date of mid-2020, subject to COVID-19-related unknowns. No ADCOMM has been indicated and pending any out of the left field black box, abicipar could be a meaningful entry

• Additionally, Allergan plans to expand abicipar's label to include DME, with a planned Phase 3 initiation during 2020



*Source: FactSet (FDS; not rated) as of March 18, 2020.*

# Adoption by 56K Patients Likely by 2025



Source: H.C. Wainwright & Co. research.

Molecular Partners AG

April 2, 2020

# Sensitivity Analysis: Less Than 25% Adoption in Untreated Patients Would Meet Our 2025 U.S. Projections



$0 -$500 ■ $500 -$1,000 ■ $1,000 -$1,500 ■ $1,500 -$2,000 ■ $2,000 -$2,500

*Source: H.C. Wainwright & Co. research.*

| Untreated Patient's Adoption Rate | Annual Price (thousands) | | | | |
|---|---|---|---|---|---|
| | **$8** | **$12** | **$16** | **$20** | **$24** |
| **5%** | $160 | $240 | $320 | $400 | $480 |
| **15%** | $304 | $456 | $608 | $760 | $912 |
| **25%** | $448 | $672 | $896 | $1,120 | $1,344 |
| **35%** | $592 | $888 | $1,184 | $1,480 | $1,776 |
| **45%** | $736 | $1,104 | $1,472 | $1,840 | $2,208 |

Molecular Partners AG                                                                                                          April 2, 2020

# IV. Our Thesis on MP0310/AMG 506; Dose Escalation Underway

| | |
|---|---|
| Rationale for Targeting FAP | 15 |
| Targeting FAP Could Be Clinically Relevant—The Roche Experience | 16 |
| 4-1BB and It's Role as an Immunostimulatory Agent | 17 |
| Targeting 4-IBB in Solid Tumors—The Pieris Experience | 18 |
| Bringing FAP and 4-IBB Into a Single Construct; MP0310 | 19 |
| MP0310—Simplicity Could Be a Virtue | 20 |
| Compelling Preclinical Profile | 21-25 |

Molecular Partners AG                                                                                    April 2, 2020

# Rationale for Targeting FAP

• **The fibroblast desmoplastic response is frequently characterized by the induction of the cell surface protein Fibroblast Activating Protein α (FAPα).**
  o Solid tumors frequently exhibit a significant stromal reaction i.e., desmoplasia, formed by a variety of stromal cells and dense extracellular matrix
  o This component may represent up to 20% to 60% of the total tumor mass
  o In particular, cancer-associated fibroblasts (CAFs) are frequently observed within the stroma of various cancers, including breast, lung, colon, and pancreatic carcinomas

• No FAP gene expression has been reported in healthy tissues with the exception of low-level expression in adipocytes, smooth muscle, bone marrow and uterus:
  o FAP-expressing CAFs are a non-redundant, immunosuppressive component of the tumor microenvironment
  o Ablation of FAP-expressing cells in PDAC allowed TNF-α and IFN-γ mediated immunological control of tumor growth
  o Depletion of FAP-expressing CAFs synergizes with anti-PD-L1 immunotherapy in PDAC suggesting that it may represent a relevant target to complement immune checkpoint inhibitor

• **The challenge is to maximize efficacy while avoiding liver toxicity, hence, investments into alternative architectures.**
  o Roche (RHHBY; not rated) is advancing RG7826, a bispecific construct, that includes a trimeric form of the 4-1BB (CD137) ligand and an antigen-targeting portion against fibroblast activation protein (FAP):
  o The construct, FAP-4-1BBL, is designed to bring T cells in contact with FAP-expressing cancer-associated fibroblasts and activate the 4-1BB receptor on the T cells
  o Importantly, the 4-1BB–related liver inflammation induced by 4-1BB mAbs is highly dependent on FcR-mediated cross-linking, which is mutated in RG7826 to abrogate this deficiency

• **Molecular Partners in collaboration with Amgen (AMGN; not rated) is advancing an alternative construct MP0310.** This is a FAP-targeted 4-1BB DARPin with the same underlying premise, i.e.,
  o Avoidance of FcR-mediated cross-linking, in this case by lacking an Fc region altogether
  o Tumor-localized co-stimulation of T cells by hyper-clustering of the immune receptor 4-1BB by means of binding to FAP:

• The advantages of this strategy are twofold: (1) systemic toxicities should be limited because activation will be confined to tissue expressing the target antigen; and (2) tumor-mediated 4-1BB clustering should drive potent agonism

• Bottom line, high activity of MP0310 in the tumor, but reduced systemic activity and toxicity risk due to large differences in FAP expression in tumor versus healthy tissues

Molecular Partners AG

April 2, 2020

# Monotherapy Activity of a FAP x IL-2v Bispecific; Targeting FAP Could Be Clinically Relevant

- **RO6874281 [Roche (RHHBY; not rated)], is a fibroblast activation protein (FAP) targeted interleukin-2 variant (IL-2v)**
  - High affinity, bivalent binding to tumor stroma antigen FAP
  - Monomeric IL2v with abolished CD25 binding, resulting in IL-2Rbg binding only, featuring:
    - Fully retained activity on NK and CD8 T cells,
    - Reduced activity on CD4 and Treg cells, and
    - Reduced endothelial toxicity

- In a Phase 1 study, RO6874281 has demonstrated monotherapy activity:
  - Objective responses were observed across the explored dose levels and were long-lasting (>35 weeks)
  - One CR was achieved in a recurrent and heavily pretreated HNSCC patient, who discontinued from study treatment after 2 years on study
  - A penile squamous cell carcinoma (1L) displayed minor tumor shrinkage (SD)
  - Two partial responses in melanoma were have been achieved, 1 cutaneous and 1 mucosal (post CPI) subtype

- Consistent with the MoA, RO6874281 leads to a robust and sustained peripheral expansion of NK and CD8 T cells:
  - The effect on CD4 T cells, including Tregs, is weaker
  - Importantly, the relative fraction of Tregs within the CD4 T cell compartment was not altered highlighting the reduced effect on Tregs due to abolished CD25 binding

*Source: Roche ESMO 2018 presentation.*





Molecular Partners AG                                                                                                      April 2, 2020

# 4-1BB and It's Role as an Immunostimulatory Agent

- **4-1BB (CD137) is an inducible costimulatory molecule in the TNFR super-family**
  - The operative word is inducible i.e., works on those T cells that have recently engaged in antigen recognition
  - Expressed by T cells that have recognized cognate antigen, as well as other leukocytes
  - 4-1BB has a single known ligand, 4-1BBL (TNFSF-9), normally only expressed on "professional" antigen-presenting cells (APCs) i.e., activated macrophages, B cells, and dendritic cells
  - Cell-cell contact causes 4-1BBL trimers to cluster 4-1BB into signaling trimers upon ligation
  - 4-1BB costimulation results in enhanced IL-2 and IFN-$\gamma$ production upon TCR-CD3 ligation and favors memory T cell differentiation

- A fully human IgG4 anti-4-1BB mAb urelumab [Bristol Myer Squibb (BMY; not rated)], has been tested clinically, but activity has been limited stemming from limited therapeutic window:
  - Phase 2 had to be stopped because of liver inflammation
  - Urelumab dose reduced to 0.1 and 0.3 mg/kg, conferring a better safety profile but limits monotherapy activity
  - Phase 1b single arm combination with nivolumab had promising ORR in melanoma, with some responders low PD-L1 expressors. However, melanoma is a crowded segment

- In contrast, utomilumab [Pfizer (PFE; not rated)], a fully human IgG2 mAb, was safe at doses up to 10 mg/kg but demonstrated limited clinical efficacy

- The differing activity profiles of these two mAbs are likely related to: targeted epitope, 4-1BB ligand blocking capacity, IgG subclass, and the level of intrinsic agonistic activity

Molecular Partners AG                                                                                       April 2, 2020

# Monotherapy Activity of a 4-1BB x TAA Bispecific

• PRS-343 from Pieris Pharmaceuticals (PIRS; Buy; Pantginis) is a 4-1BB x HER2 bispecific for the treatment of HER2-positive solid tumors

• As of data cutoff of October 23, 2019 at the 8 mg/kg Q2W dose level, one patient with stage 4 gastric adenocarcinoma and one patient with stage 4 gynecological carcinoma achieved confirmed partial responses; the remaining three patients experienced stable disease, for an ORR of 40%

• Beyond demonstrating clinical benefit, PRS-343 demonstrated a potent increase in CD8+ T cell numbers and proliferative index in the tumor microenvironment of responders, see histographs, with CD8 T cell increases of 5.7 and 4-fold in the tumor and stroma, respectively

• No patient experienced a DLT and dose-escalation is ongoing, there were very few Grade 3 events and no Grade 4 or 5 events

• These POC data demonstrate activity of a 4-1BB targeted bispecific without the assistance of a CD3 targeted bispecific or other T cell stimulator

*Source: Pieris Pharmaceuticals SITC presentation November 6, 2019.*



Pre-Treatment (CD8: Teal | Ki67: Red)

Post-Treatment (CD8: Teal | Ki67: Red)

H.C. WAINWRIGHT & CO. EQUITY RESEARCH                                                           18

Molecular Partners AG

April 2, 2020

# MP0310 Has a Simple Molecular Structure



**MP0310 (AMG 506) DARPin® modules**

Immune modulator — 4-1BB  +  Localizer — FAP  +  Half-life extender — HSA

Illustrative graphic

• The exact orientation of the DARPin modules have not been disclosed, however a graphic of MP0310 points to three components i.e., 4-1BB, FAP, and HAS, each with distinct roles. Suffice to say, these modules are likely to be connected via peptide linkers into a single peptide, possibly with the HSA domain in between the 4-1BB and FAP domains to achieve optimal distance

• MP0310 construct is approximately 50 kD in size, whereas Roche's RG7827 (FAP 4-1BBL FP) is likely to be well over 150 kD, making it less able to deeply penetrate tumors, more difficult to manufacture, and less stable



*Source: Sci. Transl. Med. 11, eaav5989 (2019) 12 June 2019, DOI: 10.1126/scitranslmed.aav5989, Molecular Partners SITC 2018 poster P408.*

Molecular Partners AG                                                                                                    April 2, 2020

# The DARPin Molecule Also Mimics the 4-1BB Ligand Without the Complexity

• MP0310 is a single peptide composed of Ankyrin repeats, thus it is unlike the trimeric 4-1BB ligand, but that particular architecture may not be necessary for binding or stimulation of the 4-1BB receptor



anti-4-1BB
DARPin® module

• MP0310 was inoculated with cells expressing the 4-1BB receptor, and at concentrations of 1.6 mg/kg or greater, the 4-1BB receptor was completely occupied, see figure below left

• To determine if 4-1BB receptor occupation was sufficient for 4-1BB receptor activation, MP0310 was incubated with cell expressing differing amounts of the 4-1BB receptor, in order from highest (CHO-FAP 1.7) to lowest (CHO wt no FAP), and measured for activation of the 4-1BB downstream signal NFkB, see bottom right

• Clearly 4-1BB receptor occupancy was sufficient for 4-1BB activation, and this occurred in a predictable, receptor density-dependent manner. Furthermore, as subsequently shown, NFkB activation levels produced by cell lines expressing FAP at least as much as W138 were sufficient for anti-tumor activity





*Source: Molecular Partners SITC 2018 poster P408.*

Molecular Partners AG                                                                                                          April 2, 2020

# Low FAP Expression Is Sufficient for MP0310 Anti-Tumor Activity



• FAP expression was measured in breast, pancreatic, ovarian cancer, and hepatocellular carcinoma samples, and these were compared with FAP expression levels from several malignant cell lines

• The HT-29 cell line, which expressed lower levels of FAP than the human tumor samples, was engrafted in mice, allowed to form tumors, and subsequently treated with either a CD3 directed bispecific alone or in combination with MP0310

• The addition of MP0310 to a TAA-CD3 bispecific, resulted in greater anti-tumor activity than the bispecific alone



*Source: Molecular Partners SITC 2018, poster P408.*

Molecular Partners AG                                                                                                                                        April 2, 2020

# MP0310 Potently Induces IFNɣ Secretion of CD8 T Cells



**Source:** *Sci. Transl. Med. 11, eaav5989 (2019) 12 June 2019, DOI: 10.1126/scitranslmed.aav5989, Molecular Partners SITC 2018, poster P408.*



• To measure MP0310's capacity to enhance activation of CD8 T cells, MP0310 was incubated at increasing concentrations with antigen-presented CD8 T cells, above right

• Because T cells were already antigen activated, a low-level of cytokine release was observed, 7% of CD8 T cells secreting IFNɣ; however, addition of 30 pM MP0310 increased activated CD8 T cells by nearly 80%

• In a similar experiment, patient tumors were presented to PBMC, and activated with a CEA-TCB bispecific. To further enhance T cell activation, as measured by IFNɣ secretion, the FAP-4-1BBL was added at 10 nM or 2 nM, resulted in a 100% or 300% increase in secretion

• Despite the numerous differences in experimental setup, we note the concentrations of bispecifics and similar increase in secretion are suggestive of MP0310 being a more potent protein

Molecular Partners AG                                                                                                April 2, 2020

# Accumulation of MP0310 and T Cells at Tumor Site

- MP0310 delivered IV into mice and its accumulation in blood, muscle, and tumor was followed over 168 hours

- As expected, the concentration of MP0310 was highest in blood initially, with a slow accumulation in the tumor peaking three to four days later, see top panel

- When MP0310 was administered in combination with a CD3xTAA bispecific, accumulation of T cells at the tumor site coincident with loss of FAP expressing cells was observed, see bottom left

- A naturally occurring CRC-bearing rhesus monkey was injected with Roche's FAP–4-1BBL (0.5 mg/kg) and the location of bispecific was tracked upon autopsy. Roche's FAP-4-1BBL bispecifc followed a similar trend of accumulation in the tumor, though peaked after five days, which could reflect slower metabolism in primates compared with mice, or a longer half-life due to the Fc region, compared with HSA region borne by MP0310







*Source: Molecular Partners presentation March 3, 2020, Molecular Partners poster 3029 AACR 2018, Sci. Transl. Med. 11, eaav5989 (2019) 12 June 2019, DOI: 10.1126/scitranslmed.aav5989.*

Molecular Partners AG

April 2, 2020

# MP0310 Plus Bispecific Induces Tumor Suppression

• In mouse tumor models, both the FAP-4-1BBL bispecifc and MP0310 greatly enhance anti-tumor activity of a CD3-TAA bispecific

• When MP0310 was added at 8 mg/kg to CD3-TAA, compared with CD3-TAA alone, there was >70% reduction in tumor volume.
   o Note, pretreatment tumor burden appears to be considerably larger than that used in the FAP-4-1BB experiments

• Similarly, the FAP-4-1BBL bispecific enhances a T cell activating bispecific, CEA-TAA, and results in complete, durable tumor suppression, whereas the bispecific alone only slightly slowed tumor growth. Pretreatment tumor burden was at least 50% smaller than those in MP0310 experiments

• Interestingly, the DP47-4-1BBL bispecific can serve as a proxy for a non-targeted 4-1BB agonist, such as a systemically delivered utomilumab, and this provides modest tumor suppression

• Importantly, this experiment demonstrates a limitation of 4-1BB conjugated bispecifics, namely that alone they have minimal if any activity

*Source: Molecular Partners presentation March 3, 2020, Molecular Partners poster 3029 AACR 2018, Sci. Transl. Med. 11, eaav5989 (2019) 12 June 2019, DOI: 10.1126/scitranslmed.aav5989.*





Molecular Partners AG                                                                                        April 2, 2020

## Degree of Enhancement Can Be Low if CD3-TAA Bispecific Is Effective and T Cell Activation Is Already High

• A 4-1BB-TAA bispecific would enhance sub-optimal T cell anti-tumor activity; therefore, if T cell activity is nearly optimal based on a high number of activated T cells, or a highly effective bispecific, the additional benefit from a 4-1BB-TAA bispecific could be modest, as exemplified in three scenarios shown

• In mice, MP0310 + TAA-CD3 bispecific, top panel, produced an additional 50% reduction in tumor volume at as little as 12.8 ng/kg, with the difference in efficacy vs. prior models due to the tumor model

• Similarly, in mice treated with Roche's FAP-4-1BBL in addition to a CEA-TCB, see bottom left, the modest improvement from the FAP-4-1BBL is likely explained by a different tumor cell line

• In the same tumor model, a similar control of tumor growth was achieved with a PD-L1 mAb alone, though the FAB-4-1BBL did enhance the response







*Source: Molecular Partners presentation March 3, 2020, Molecular Partners poster 3029 AACR 2018, Sci. Transl. Med. 11, eaav5989 (2019) 12 June 2019, DOI: 10.1126/scitranslmed.aav5989.*

Molecular Partners AG                                                                                                             April 2, 2020

# V. Valuation Analysis and Financial Outlook

| | |
|---|---|
| Assigned Probability of Success (POS), rNPV, Market Size, Risk Adjusted NPV, Weighted Contributions | 27-30 |
| 13-Year DCF Encompassing Abicipar and MP0310 Key Assets Values Molecular Partners at CHF29/Share | 31 |
| Near-to-Intermediate Term Financial Outlook | 32 |
| Licensing Deals for DARPin Platform | 33-34 |

Molecular Partners AG

April 2, 2020

## Assigned Probability of Success and rNPV; Abicipar and MP0310 Together Represents Our rNPV of CHF29/share

| Program, indication | Stage | Probability of Success (POS) | Justification | NPV/share (CHF) |
|---|---|---|---|---|
| abicipar Wet AMD | Phase 3 ongoing | 80% | BLA accepted for review with no ADCOMM scheduled and no immediate red flags in the data which spans to positive Phase 3 studies demonstrating non-inferiority to standard-of-care | 21.70 |
| MP0310 Solid tumors | Preparing IND filing by YE20 | 6% | In line with Phase 1 assets. However, we note heightened interest in the target both in form of bispecifics as well a naked mAb based approach from Compass Therapeutics (private). Furthermore, data on the individual components of MP0310, i.e., FAP and 4-1BB points to monotherapy activity in different constructs in solid tumors. Hence, our 6% POS might prove to be conservative | 1.37 |
| Research collaboration and Licensing deals | NA | 6% and 80% | Our 6% POS reflects developmental and regulatory milestones, but does not include future commercial milestones for MP0310/AMG 506. On the other hand, our 80% POS for Allergan's collaboration incorporates up to $360M in developmental, regulatory and commercial milestones, as well as tiered royalties. Overall, both collaborations represents about 20.5% of our rNPV | 5.93 |

*Source: H.C. Wainwright & Co. research.*

Molecular Partners AG                                                                                      April 2, 2020

## HCW Estimates for Launch, Peak Market Penetration, Market Size, and Peak Sales Estimates

| | US Launch Year est. | Launch Price in US (Monthly) | Peak Market Penetration (US) | Peak Market Size for MOLN (US) | US Sales, (MM) at Peak, pre-royalty |
|---|---|---|---|---|---|
| abicipar | 4Q20 | ~$4K/dose at 4 doses/yr | < 10% | 56,000 | $850 |
| MP0310, TNBC | 2025 | CHF13,275 | 15% | 823 | CHF117 |
| MP0310, OC | 2025 | CHF13,275 | 15% | 3,142 | CHF63 |
| MP0310, PC | 2025 | CHF13,275 | 15% | 7,514 | CHF100 |
| Research Collaborations, POS adjusted | - | - | NA | NA | CHF423 |

Molecular Partners AG                                                                                                April 2, 2020

# Risk-Adjusted NPV of CHF29 Captures Abicipar and MP0310



*Source: H.C. Wainwright & Co., estimates.*

Molecular Partners AG

April 2, 2020

# Weighted Contribution of Abicipar and MP0310 Across Geographies



*Source: H.C. Wainwright & Co., estimates.*

Molecular Partners AG

April 2, 2020

# A 13-Year Discounted Cash Flow Analysis:
# Encompasses Abicipar and MP0310,
# and Values Molecular Partners at CHF29/Share

| MOLECULAR partners | | |
|---|---|---|
| Ticker | | MOLN-SWX |
| Period | | 2020E |
| Beta est | | 1.77 |
| Risk-free rate (R$_F$)(10 yr yield) | | 1.25% |
| Risk premium (R$_p$) | | 4.93% |
| Cost of equity (KE) | | 10.0% |
| Cost of debt (K$_D$) | | 0.0% |
| Terminal growth rate | | 0.5% |
| Terminal value (% of total value) | | 30.9% |
| Shareholder equity | | 61,280 |
| Debt outstanding | | 0 |
| Total capital | | 61,280 |
| Equity/cap | | 100.0% |
| Debt/cap | | 0.0% |
| WACC (calculated) | | 10.0% |
| WACC (applied) | | 10.0% |
| Shares outstanding | | 21,753 |

| Discounted Cash Flow Analysis | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | TV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EBIT (000s CHF) | 3,666 | 56,277 | 28,085 | 27,271 | 59,547 | 71,816 | 69,706 | 70,930 | 73,546 | 53,030 | 57,154 | 60,474 | 60,803 | |
| Tax rate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | |
| EBIT*(1-t) | 3,666 | 56,277 | 28,085 | 27,271 | 59,547 | 71,816 | 69,706 | 70,930 | 58,101 | 41,894 | 45,151 | 47,774 | 48,035 | |
| Capital expenditures | (3,000) | (4,000) | (4,200) | (4,410) | (4,631) | (4,862) | (5,105) | (5,360) | (5,628) | (5,910) | (6,205) | (6,516) | (6,841) | |
| % growth | 191.0% | 33.3% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| Depreciation | 1,800 | 1,900 | 1,957 | 2,016 | 2,076 | 2,138 | 2,203 | 2,269 | 2,337 | 2,407 | 2,479 | 2,553 | 2,630 | |
| % growth | -27.1% | 5.6% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | |
| Change in non-cash working capital | (700) | (15,800) | 14,160 | (3,382) | (3,551) | (53,729) | 46,085 | (4,111) | (4,316) | (104,532) | (4,759) | 95,003 | (5,247) | |
| % growth | -101.4% | 2157.1% | -189.6% | -123.9% | 5.0% | 1413.0% | -185.8% | -108.9% | 5.0% | 2321.8% | -95.4% | -2096.4% | -105.5% | |
| Free cash flow to the firm | 9,166 | 77,977 | 20,082 | 37,078 | 69,805 | 132,545 | 30,929 | 82,669 | 70,383 | 154,743 | 58,595 | (38,160) | 62,753 | 665,530 |
| Discount factor | 0.98 | 0.91 | 0.83 | 0.75 | 0.68 | 0.62 | 0.57 | 0.51 | 0.47 | 0.42 | 0.39 | 0.35 | 0.32 | |
| Present value of cash flows | 8,951 | 70,903 | 16,604 | 27,876 | 47,719 | 82,390 | 17,482 | 42,487 | 32,891 | 65,754 | 22,640 | (13,407) | 20,047 | 197,977 |

| | |
|---|---|
| Value of firm | 640,313 |
| Debt | 0 |
| Value of equity | 640,313 |
| Value per share | CHF 29.00 |

Source: H.C. Wainwright & Co., estimates.

Molecular Partners AG                                                                                                                    April 2, 2020

# Near-to-Intermediate Term Financial Outlook

- For FY20 and FY21, we anticipate a GAAP operating loss of CHF0.17 and 2.57, respectively

- Molecular Partners, exited FY19 with approximately CHF95.1M in cash and equivalents, which should be sufficient to fund operations into 2H21, assuming no collaboration related milestones in 2020

- Note, Molecular Partners is eligible to receive up to $210M in near-term milestones from Allergan upon the regulatory approval of abicipar, the first tranche of which could hit during mid-2020, around the FDA approval timing

- Although Molecular Partners is financially well-positioned over the near-term, we anticipate a debut on the US Nasdaq exchange during the 2021

| CASH QUICK LOOK : | 2018A | 1Q19E | 2Q19A | 3Q19E | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash burn in period (cash from operations) | 47,765 | NA | 25,952 | NA | 31,091 | 57,043 | 15,500 | 15,925 | 16,362 | 16,811 | 64,598 |
| Total cash and cash equivalents | 98,958 | NA | 123,251 | NA | 95,080 | 95,080 | 80,130 | 119,730 | 103,893 | 140,071 | 140,071 |
| Periods of cash remaining | 2.0 yrs | NA | 4.5 qs | NA | 3.0 qs | 1.5 yrs | 5.0 qs | 7.5 qs | 6.5 qs | 8.5 qs | 2.0 yrs |

Source: H.C. Wainwright & Co., estimates.

Molecular Partners AG                                                                                                            April 2, 2020

# Discovery Alliance With Allergan Includes Implications for Abicipar

Allergan

A broad discovery research collaboration and license agreement was entered into between Molecular Partners and Allergan in ophthalmology in 2012, aiming to develop multiple multi-specific DARPin molecules. This strategic collaboration was broadened from the original May 2011. Three options to develop and commercialize DARPin product candidates were exercised in late 2017, and February 2018. Molecular Partners is responsible for generating the DARPin product candidates and Allergan would lead the development and bear all related development costs.

I.    For abicipar, Molecular Partners is entitled to receive:

- Up to $360M in development, regulatory and commercial milestones for wet AMD and DME indications, in which the majority of these milestone payments are due upon market launch of abicipar in different territories
    - o    $210M upon the achievement of certain development and regulatory milestone events
    - o    $150M upon the achievement of certain sales milestones
- Double-digit royalties up to the mid-teens on future worldwide annual abicipar revenues

*Source: Molecular Partners Annual Filing, 2019.*

Molecular Partners AG                                                                                                                    April 2, 2020

# Collaboration Deal With Amgen
# Could Unlock the Full Potential of MP0310/AMG 506

Amgen

In December 2018, Molecular Partners and Amgen announced a collaboration and license agreement for the clinical development and commercialization of MP0310 (FAP x 4-1BB). Under the terms, Amgen obtains exclusive global development and commercial rights for MP0310/AMG 506, where both parties would also evaluate MP0310 in combination with Amgen's oncology pipeline products, including bispecific T cell engagers.

I.   For MP0310/AMG 506, Molecular Partners is entitled to:
- Certain rights to develop and commercialize proprietary DARPin pipeline products in combination with MP0310
- Test multiple combinations of MP0310/AMG 506 with other agents, to leverage the full potential of MP0310/AMG 506
- An upfront $50M payment (received in January 2019)
- An aggregate potential development, regulatory and commercial milestone payments amount of up to $497M:
- Shared clinical development costs in defined percentages for the first three indications subject to certain conditions
  - For all additional clinical trials, Amgen is responsible for all development costs
- Receive double-digit, tiered royalties up to the high teens on net sales worldwide

*Source: Molecular Partners Annual Filing, 2019.*

Molecular Partners AG

April 2, 2020

# Patient Models

| | |
|---|---|
| MP0310/AMG 506 in TNBC | 36 |
| MP0310/AMG 506 in Ovarian Cancer (OC) | 37 |
| MP0310/AMG 506 in Pancreatic Cancer (PC) | 38 |

Molecular Partners AG                                                                                                              April 2, 2020

# MP0310/AMG 506 TNBC Patient Model

| MP0310 / AMG 506 TNBC | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 |
|---|---|---|---|---|---|---|---|---|---|
| **United States** | | | | | | | | | |
| Breast Cancer deaths per year (000's) | 43,242 | 43,545 | 43,850 | 44,157 | 44,466 | 44,777 | 45,090 | 45,406 | 45,724 |
| *US annual growth (%)* | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% |
| *Percent TNBC* | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| **Addressable TNBC Market** | 8,648 | 8,709 | 8,770 | 8,831 | 8,893 | 8,955 | 9,018 | 9,081 | 9,145 |
| *PD-L1 < 1% expressors* | 42.0% | 42.0% | 42.0% | 42.0% | 42.0% | 42.0% | 42.0% | 42.0% | 42.0% |
| *MOLN Penetration (%)* | 0% | 2.0% | 4.5% | 7.5% | 12.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| **Patients on MP0310** | 0 | 73 | 166 | 278 | 448 | 564 | 568 | 572 | 576 |
| Cost per treatment | 12,764 | 13,275 | 13,806 | 14,358 | 14,932 | 15,530 | 16,151 | 16,797 | 17,469 |
| Duration of therapy (mts) | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| *Annual price growth rate (%)* | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| **Gross revenue (000s)** | 0 | 7,769 | 18,307 | 31,954 | 53,543 | 70,093 | 73,407 | 76,878 | 80,513 |
| *Royalties received* | 12% | 12% | 13% | 14% | 15% | 16% | 17% | 18% | 19% |
| **Net revenue (000s)** | 0 | 932 | 2,380 | 4,474 | 8,031 | 11,215 | 12,479 | 13,838 | 15,297 |
| **Probability adjusted revenue (000s)** | 0 | 56 | 143 | 268 | 482 | 673 | 749 | 830 | 918 |
| | | | | | | | | | |
| **Addressable TNBC Market** | 8,648 | 8,709 | 8,770 | 8,831 | 8,893 | 8,955 | 9,018 | 9,081 | 9,145 |
| *PD-L1 ≥ 1% expressors* | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% |
| *MOLN Penetration (%)* | 0% | 1.5% | 2.5% | 4.5% | 7.5% | 10.0% | 12.5% | 15.0% | 15.0% |
| **Patients on MP0310** | 0 | 24 | 39 | 72 | 120 | 161 | 203 | 245 | 247 |
| Cost per treatment | 12,764 | 13,275 | 13,806 | 14,358 | 14,932 | 15,530 | 16,151 | 16,797 | 17,469 |
| Duration of therapy (mts) | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| *Annual price growth rate (%)* | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| **Gross revenue (000s)** | 0 | 2,497 | 4,359 | 8,217 | 14,342 | 20,027 | 26,217 | 32,948 | 34,505 |
| *Royalties received* | 12% | 12% | 13% | 14% | 15% | 16% | 17% | 18% | 19% |
| **Net revenue (000s)** | 0 | 300 | 567 | 1,150 | 2,151 | 3,204 | 4,457 | 5,931 | 6,556 |
| **Probability adjusted revenue (000s)** | 0 | 18 | 34 | 69 | 129 | 192 | 267 | 356 | 393 |
| | | | | | | | | | |
| **Probability adjusted revenue - US (000s)** | 0 | 74 | 177 | 337 | 611 | 865 | 1,016 | 1,186 | 1,311 |
| | | | | | | | | | |
| **ex-US, EU** | | | | | | | | | |
| Breast Cancer deaths per year (000's) | 53,842 | 53,949 | 54,057 | 54,165 | 54,274 | 54,382 | 54,491 | 54,600 | 54,709 |
| *EU annual growth (%)* | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| *Percent TNBC* | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| **Addressable TNBC Market** | 10,768 | 10,790 | 10,811 | 10,833 | 10,855 | 10,876 | 10,898 | 10,920 | 10,942 |
| *PD-L1 < 1% expressors* | 42.0% | 42.0% | 42.0% | 42.0% | 42.0% | 42.0% | 42.0% | 42.0% | 42.0% |
| *MOLN Penetration (%)* | 0% | 0% | 2.0% | 4.5% | 7.5% | 12.0% | 15.0% | 15.0% | 15.0% |
| **Patients on MP0310** | 0 | 0 | 91 | 205 | 342 | 548 | 687 | 688 | 689 |
| Cost per treatment | 8,935 | 9,292 | 9,664 | 10,051 | 10,453 | 10,871 | 11,306 | 11,758 | 12,228 |
| Duration of therapy (mts) | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| *Annual price growth rate (%)* | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| **Gross revenue (000s)** | 0 | 0 | 7,021 | 16,462 | 28,592 | 47,672 | 62,098 | 64,711 | 67,434 |
| *Royalties received* | 12% | 12% | 13% | 14% | 15% | 16% | 17% | 18% | 19% |
| **Net revenue (000s)** | 0 | 0 | 913 | 2,305 | 4,289 | 7,628 | 10,557 | 11,648 | 12,812 |
| **Probability adjusted revenue (000s)** | 0 | 0 | 55 | 138 | 257 | 458 | 633 | 699 | 769 |
| | | | | | | | | | |
| **Addressable TNBC Market** | 10,768 | 10,790 | 10,811 | 10,833 | 10,855 | 10,876 | 10,898 | 10,920 | 10,942 |
| *PD-L1 ≥ 1% expressors* | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% |
| *MOLN Penetration (%)* | 0% | 0% | 1.5% | 2.5% | 4.5% | 7.5% | 10.0% | 12.5% | 15.0% |
| **Patients on MP0310** | 0 | 0 | 29 | 49 | 88 | 147 | 196 | 246 | 295 |
| Cost per treatment | 8,935 | 9,292 | 9,664 | 10,051 | 10,453 | 10,871 | 11,306 | 11,758 | 12,228 |
| Duration of therapy (mts) | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| *Annual price growth rate (%)* | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| **Gross revenue (000s)** | 0 | 0 | 2,257 | 3,920 | 7,352 | 12,769 | 17,742 | 23,111 | 28,900 |
| *Royalties received* | 12% | 12% | 13% | 14% | 15% | 16% | 17% | 18% | 19% |
| **Net revenue (000s)** | 0 | 0 | 293 | 549 | 1,103 | 2,043 | 3,016 | 4,160 | 5,491 |
| **Probability adjusted revenue (000s)** | 0 | 0 | 18 | 33 | 66 | 123 | 181 | 250 | 329 |
| | | | | | | | | | |
| **Probability adjusted revenue (000s CHF)** | 0 | 0 | 72 | 171 | 323 | 580 | 814 | 948 | 1,098 |
| | | | | | | | | | |
| **Probability adjusted MP0310 TNBC net revenue (000s CHF)** | 0 | 74 | 249 | 509 | 934 | 1,445 | 1,831 | 2,135 | 2,409 |

*Source: H.C. Wainwright & Co., estimates.*

Molecular Partners AG                                                                                                April 2, 2020

# MP0310/AMG 506 Ovarian Cancer (OC) Patient Model

| MP0310 / AMG 506 Ovarian Cancer | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 |
|---|---|---|---|---|---|---|---|---|---|
| **United Sates** | | | | | | | | | |
| Ovarian cancer deaths per year | 19,812 | 19,951 | 20,090 | 20,231 | 20,373 | 20,515 | 20,659 | 20,804 | 20,949 |
| *% annual growth* | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% |
| *% amenable to treatment* | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Target population (000s) | 19,812 | 19,951 | 20,090 | 20,231 | 20,373 | 20,515 | 20,659 | 20,804 | 20,949 |
| *Penetration (%)* | 0% | 2.0% | 4.5% | 7.5% | 12.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| Patients (000s) | 0 | 399 | 904 | 1,517 | 2,445 | 3,077 | 3,099 | 3,121 | 3,142 |
| Average treatment months | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Monthly cost (CHF) | 12,764 | 13,275 | 13,806 | 14,358 | 14,932 | 15,530 | 16,151 | 16,797 | 17,469 |
| *Price growth rate (%)* | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% |
| Sales (000s CHF) | 0 | 31,781 | 74,888 | 130,715 | 219,033 | 286,736 | 300,292 | 314,490 | 329,359 |
| Royalties received | 12% | 12% | 13% | 14% | 15% | 16% | 17% | 18% | 19% |
| US Revenue (000s CHF) | 0 | 3,814 | 9,735 | 18,300 | 32,855 | 45,878 | 51,050 | 56,608 | 62,578 |
| Probability Adjusted US Revenue (000s CHF) | 0 | 229 | 584 | 1,098 | 1,971 | 2,753 | 3,063 | 3,396 | 3,755 |
| | | | | | | | | | |
| **ex-US, EU** | | | | | | | | | |
| Ovarian cancer deaths per year | 24,289 | 24,338 | 24,387 | 24,435 | 24,484 | 24,533 | 24,582 | 24,632 | 24,681 |
| *% annual growth* | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| *% amenable to treatment* | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Target population (000s) | 24,289 | 24,338 | 24,387 | 24,435 | 24,484 | 24,533 | 24,582 | 24,632 | 24,681 |
| *Penetration (%)* | 0% | 0% | 2.0% | 4.5% | 7.5% | 12.0% | 15.0% | 15.0% | 15.0% |
| Patients (000s) | 0 | 0 | 488 | 1,100 | 1,836 | 2,944 | 3,687 | 3,695 | 3,702 |
| Average treatment months | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Monthly cost ($) | 8,935 | 9,292 | 9,664 | 10,051 | 10,453 | 10,871 | 11,306 | 11,758 | 12,228 |
| *Price growth rate (%)* | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% |
| Sales (000s CHF) | 0 | 0 | 28,281 | 66,310 | 115,167 | 192,021 | 250,126 | 260,651 | 271,620 |
| Royalties received | 12% | 12% | 13% | 14% | 15% | 16% | 17% | 18% | 19% |
| Revenue (000s CHF) | 0 | 0 | 3,677 | 9,283 | 17,275 | 30,723 | 42,521 | 46,917 | 51,608 |
| Probability Adjusted Revenue (000s CHF) | 0 | 0 | 221 | 557 | 1,037 | 1,843 | 2,551 | 2,815 | 3,096 |
| | | | | | | | | | |
| **Total MP0310 OC Revenue (000s CHF)** | - | 3,814 | 13,412 | 27,583 | 50,130 | 76,601 | 93,571 | 103,526 | 114,186 |
| **Probabilty adjusted MP0310 OC Revenue (000s CHF)** | - | 229 | 805 | 1,655 | 3,008 | 4,596 | 5,614 | 6,212 | 6,851 |

*Source: H.C. Wainwright & Co., estimates.*

Molecular Partners AG                                                                                      April 2, 2020

# MP0310/AMG 506 Pancreatic Cancer (PC) Patient Model

| MP0310 / AMG 506 Pancreatic Cancer | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 |
|---|---|---|---|---|---|---|---|---|---|
| **United Sates** | | | | | | | | | |
| Pancreatic cancer deaths per year | 47,374 | 47,705 | 48,039 | 48,376 | 48,714 | 49,055 | 49,399 | 49,744 | 50,093 |
| *% annual growth* | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% |
| *% amenable to treatment* | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Target population (000s) | 47,374 | 47,705 | 48,039 | 48,376 | 48,714 | 49,055 | 49,399 | 49,744 | 50,093 |
| *Penetration (%)* | 0% | 2.0% | 4.5% | 7.5% | 12.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| Patients (000s) | 0 | 954 | 2,162 | 3,628 | 5,846 | 7,358 | 7,410 | 7,462 | 7,514 |
| Average treatment months | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Monthly cost (CHF) | 12,764 | 13,275 | 13,806 | 14,358 | 14,932 | 15,530 | 16,151 | 16,797 | 17,469 |
| *Price growth rate (%)* | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% |
| Sales (000s CHF) | 0 | 50,662 | 119,380 | 208,374 | 349,161 | 457,086 | 478,697 | 501,330 | 525,033 |
| Royalties received | 12% | 12% | 13% | 14% | 15% | 16% | 17% | 18% | 19% |
| US Revenue (000s CHF) | 0 | 6,079 | 15,519 | 29,172 | 52,374 | 73,134 | 81,379 | 90,239 | 99,756 |
| Probability Adjusted US Revenue (000s CHF) | 0 | 365 | 931 | 1,750 | 3,142 | 4,388 | 4,883 | 5,414 | 5,985 |
| | | | | | | | | | |
| **ex-US, EU** | | | | | | | | | |
| Pancreatic cancer deaths per year | 96,523 | 96,716 | 96,910 | 97,104 | 97,298 | 97,492 | 97,687 | 97,883 | 98,078 |
| *% annual growth* | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| *% amenable to treatment* | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Target population (000s) | 96,523 | 96,716 | 96,910 | 97,104 | 97,298 | 97,492 | 97,687 | 97,883 | 98,078 |
| *Penetration (%)* | 0% | 0% | 2.0% | 4.5% | 7.5% | 12.0% | 15.0% | 15.0% | 15.0% |
| Patients (000s) | 0 | 0 | 1,938 | 4,370 | 7,297 | 11,699 | 14,653 | 14,682 | 14,712 |
| Average treatment months | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Monthly cost ($) | 8,935 | 9,292 | 9,664 | 10,051 | 10,453 | 10,871 | 11,306 | 11,758 | 12,228 |
| *Price growth rate (%)* | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% |
| Sales (000s CHF) | 0 | 0 | 74,923 | 175,671 | 305,105 | 508,711 | 662,647 | 690,531 | 719,588 |
| Royalties received | 12% | 12% | 13% | 14% | 15% | 16% | 17% | 18% | 19% |
| Revenue (000s $) | 0 | 0 | 9,740 | 24,594 | 45,766 | 81,394 | 112,650 | 124,296 | 136,722 |
| Probability Adjusted Revenue (000s $) | 0 | 0 | 584 | 1,476 | 2,746 | 4,884 | 6,759 | 7,458 | 8,203 |
| | | | | | | | | | |
| **Total MP0310 PC Revenue (000s CHF)** | - | 6,079 | 25,259 | 53,766 | 98,140 | 154,528 | 194,029 | 214,535 | 236,478 |
| **Probabilty adjusted MP0310 PC Revenue (000s CHF)** | - | 365 | 1,516 | 3,226 | 5,888 | 9,272 | 11,642 | 12,872 | 14,189 |

*Source: H.C. Wainwright & Co., estimates.*

Molecular Partners AG                                                                                                                April 2, 2020

# VI. Abicipar, Allergan Partnered
# PDUFA Mid-2020, Potential Commercial Launch During 2H20

Molecular Partners AG                                                                                                                April 2, 2020

# Wet AMD Background





*Source: UpToDate adapted from JAMA 2006; 295;2394.*

• Age-related macular degeneration (AMD) is the leading cause of legal adult blindness and severe visual impairment

• Neovascular (wet) AMD is characterized by the intrusion of blood vessels from the choroid space into the subretinal space. Sometimes this leads to fluid exudation into the subretinal space that can cause degermation of photoreceptors and the retinal pigment epithelium

• Neovascularization is driven by increased VEGF, a potent mitogen and vascular permeability factor and hence anti-VEGF therapies for wet AMD have been developed that bind to VEGF and prevent its interaction with VEGF receptors on the surface of endothelial cells, reducing endothelial cell proliferation, vascular leakage, and new blood vessel formation, which in turn can limit progression of exudative AMD and stabilize, or reverse, visual loss

• While anti-VEGF treatments have greatly improved patient outcomes, they involve frequent intravitreal injections, once every one, two or three months

• Patient dissatisfaction with frequency of visits compounded by a gradual loss of efficacy have resulted in low compliance in the real-world setting, which might imply limited brand loyalty and room for a new product abicipar, which could differentiate on convenience

Molecular Partners AG                                                                                                April 2, 2020

# Wet AMD Commercial Landscape

|  | **Beovu** | **Eylea** | **Lucentis** |
|---|---|---|---|
| Drug Name | brolucizumab | aflibercept | ranibizumab |
| Launched | Oct-19 | Dec-11 | Jul-06 |
| Manufacturer | Novartis | Regeneron | Roche/Genentech |
| 2020 Estimated Sales (Millions) | $326 | $ 4,800 | $ 1,830 |
| Jan 2020 WAC Price/Dose | $1,850 | $ 1,850 | $ 1,777 |
| Dosing Schedule | 8 - 12 weeks | 8 weeks | 4 weeks |
| Approved Indication 1 | Wet AMD | Wet AMD | Wet AMD |
| Approved Indication 2 | | Macular Edema Post-RVO | Macular Edema Post-RVO |
| Approved Indication 3 | | Diabetic Macular Edema | Diabetic Macular Edema |
| Approved Indication 4 | | Diabetic Retinopathy | |

*Note: Publicly traded companies listed include Novartis (NVS; not rated), Regeneron (REGN; not rated), and Roche (RHHBY; not rated).*
*Source: FactSet (FDS; not rated) as of March 15, 2020, and IQVIA (IQV; not rated) March 14, 2020.*

Molecular Partners AG                                                                                                        April 2, 2020

# Abicipar on the Cusp of Approval

• Abicipar is the first DARPin molecule developed and is an anti-VEGF antibody fragment

• DARPin molecules are small engineered proteins derived from natural ankyrin repeat proteins that are selected to bind to specific targets with high affinity

• Partner Allergan (AGN; not rated) conducted dual Phase 3 studies, CEDAR and SEQUOIA, evaluating abicipar in 1,643 patients with neovascular AMD naïve to treatment, with Lucentis as the active comparator



**DARPin          PEG**

• The primary endpoint was stable vision, i.e., loss of less than 15 letters

• Bottomline abicipar administered on the Q12W schedule is non-inferior to Lucentis at its Q4W schedule

• The 8-week spread could have significant commercial ramifications
  ○ Prescribers and patients likely to switch to the Q12W schedule, in our view

SEQUOIA — Week 52: 94.8, 91.3, 96.0

Patients with stable vision (%)

Week: 4 8 12 16 20 24 28 32 36 40 44 48 52

- Abicipar 2q8 (n=267)
- Abicipar 2q12 (n=265)
- Ranibizumab q4 (n=299)

CEDAR — Week 52: 91.7, 91.2, 95.5

Patients with stable vision (%)

Week: 4 8 12 16 20 24 28 32 36 40 44 48 52

- Abicipar 2q8 (n=265)
- Abicipar 2q12 (n=262)
- Ranibizumab q4 (n=290)

*Source: Molecular Partners 2018, R&D Day Presentation.*

Molecular Partners AG                                                                                            April 2, 2020

# Abicipar; Not Without PItfalls

- Rates of intraocular inflammation (IOI) associated with abicipar are higher than for Beovu or Eylea

- However, severe IOI is usually resolved with prolonged topical steroid treatment
  - o A five patient experience with bevacizumab treatment, used off-label, only one patient had a reduction in visual acuity while the other four had no change or improvement (*Source: Br J Ophthalmol 2009; 93:457–462 DOI: 10.1136/bjo.2008.138479*). Furthermore, rates of IOI drop considerably in the second year

- Importantly, TEAE's of occlusive retinal vasculitis, were not observed in the abicipar clinical program, which is differentiator vs. Beovu

| | Beovu | Eylea | Lucentis | Abicipar |
|---|---|---|---|---|
| **Patient N** | 730 | 729[a], 1817[b] | 595[b], 879[c], 625[d] | 626[d] |
| **Retinal Occlusion Rate** | 1% | <1% | - | - |
| **Intraocular Inflammation** | 4% | 1%[a], 2%[b] | 3%[b], 13%[c], 0.3%[d] | 15.3%[d] |
| **SAE Endophthalmitis** | 1% | <0.1% | 0.2%[d] | 1.3%[d] |
| **SAE Retinal Detachment** | 1% | <0.1% | <0.1% | - |

| IOI AE Severity, n (%) | Abicipar 2q8 n=625 | Abicipar 2q12 n=626 | Ranibizumab q4 n=625 |
|---|---|---|---|
| Overall IOI rate | 96 (15.4) | 96 (15.3) | 2 (0.3) |
| Mild | 21 (3.4) | 23 (3.7) | 2 (0.3) |
| Moderate | 52 (8.3) | 53 (8.5) | 0 |
| Severe | 23 (3.7) | 20 (3.2) | 0 |

*Source: H.C. Wainwright & Co. research, and Molecular Partners 2018 R&D Day Presentation.*

Molecular Partners AG

April 2, 2020

# VII. Additional Thoughts on FAP-4-IBB and Competition

Molecular Partners AG                                                                                          April 2, 2020

# Clinical Stage 4-1BB X TAA Bispecifics

| Antibody name | Organization | Targets | Highest phase | Biological function | Type of mechanism | Format | Clinical studies |
|---|---|---|---|---|---|---|---|
| NBRX-105-1, INBRX-105, ES-101 | Inhibrx, Elpiscience BioPharma | PD-L1 × 4-1BB | Phase 1 | Enhance tumor immunity | Tumor or tissue localization | SDA + SDA with Fc, 2 + 2 | NCT03809624 |
| MCLA-145 | Merus, Incyte | PD-L1 × 4-1BB | Phase 1 | Enhance tumor immunity | Tumor or tissue localization | Fab + Fab with Fc, 1 + 1 | NCT03922204 |
| PRS-343 | Pieris | HER2 × 4-1BB | Phase 1 | Enhance tumor immunity | Tumor or tissue localization | Fab + SCAFFOLD with Fc, 2 + 2 | NCT03330561, NCT03650348 |
| RG-7827 | Roche | FAP × 4-1BB | Phase 1 | Enhance tumor immunity | Tumor or tissue localization | Fab + LIGAND with Fc, 1 + 3 | Company development pipeline |

*Note, publicly traded companies mentioned above include Merus (MRUS; not rated), Incyte (INCY; not rated), and Pieris (PIRS; Buy; Pantginis).*
*Source: Antibody Therapeutics, Volume 3, Issue 1, January 2020, Pages 18–62, DOI: 10.1093/abt/tbaa003.*

Molecular Partners AG                                                                        April 2, 2020

# RG7827 Mimics the 4-1BB Ligand More Closely

• One arm of RG7827 assembles to form a 4-1BB ligand approximating its native state

• The 4-1BB ligand (4-1BBL) is three separate peptides that assembles into a 20kd homo-trimer in three blade propeller architecture

• Binding of the 41BBL to the 41BB receptor acts as a co-stimulatory signal on activated T cells to signal for survival, proliferation, and differentiation

• **MP0310 does not express the trimer 41BBL but instead expresses a simpler DARPin molecule**

*Source: J Biol Chem. 2010 Mar 19;285(12):9202-10. doi: 10.1074/jbc.M109.084442.*





Molecular Partners AG

April 2, 2020

# CTX-471, a Fully Human IgG4 Agonist of 4-1BB; Engages a Unique Epitope

- **CTX-471 from Compass Therapeutics (private) binds to a unique epitope within 4-1BB that is conserved in human, cynomolgus monkey, and mouse**

- CTX-471 is a fully human antibody that binds with moderate monovalent affinity to recombinant human or cynomolgus macaque 4-1BB with $K_D$ = 50 nM for human, 61 nM for cyno

- CTX-471 binds to the membrane proximal cysteine rich domains 3-4 (CRD3-4), similar to utomilumab and in contrast to urelumab, which binds to CRD1-2:
  - CTX-471 binding is significantly reduced by mutations at amino acid K114 with additional contributions from E111, T113, N126, I132, and P135, consistent with an epitope in CRD3-4 on a face of 4-1BB directed away from the ligand binding site

- Has a human IgG4 backbone based on the ability of this isotype to engage the Fc receptors FcγRI (CD64) and FcγRIIb (CD32b) to drive receptor cross-linking, while avoiding binding to FcγRIIIa (CD16a) and ADCC-mediated depletion of immune effector cells expressing 4-1BB



*Source: Compass Therapeutics (private) SITC 2019, poster.*

Molecular Partners AG                                                                                                    April 2, 2020

# Robust Activity in Both Small and Large Tumor Models:
# Driven by FcγR Engagement and Requires the Coordinated Involvement of Both T cells and NK cells

Outcomes from individual mice with established (50–75 mm3) CT-26 tumors following i.p. administration of CTX-471-AF on days 0, 3, 6, and 9

(A) Outcomes from individual mice with established large CT-26 tumors of ~500 mm3, following i.p. administration of 150 μg/mouse CTX-471, CTX-471-AF, and CTX-471-AF2 on days 0, 3, 6, and 9

(B) Tumor growth rates following i.p. administration of 4-1BB agonists (CTX-471-AF or 3H3; 25 μg/mouse on days 0, 7, and 14), check- point inhibitors (Avelumab, RMP1-14, or 9H10; 200 μg/mouse on days 0, 3, and 6), or an OX40 agonist (OX-86; 200 μg/mouse on days 0, 3, and 6)





*Source: Compass Therapeutics (private) SITC 2019, poster.*

Molecular Partners AG

April 2, 2020

# Tumor Microenvironment Remodeling Following Treatment With CTX-471

- **4-1BB delivers potent costimulatory signals to CD8+ cytotoxic T cells:**
  - ○ Requires the presence of FcγR-expressing accessory cells to promote receptor clustering

  - ○ IgG4 backbone enables coengagement of CD64 (FcγRI) and CD32b (FcγRIIb) to drive 4-1BB cross-linking, while limiting the risk of deleterious depletion of 4-1BB+ immune effector cells through binding CD16a (FcγRIIIa)
    - ▪ Codependency provides a good explanation for the tumor-selective activity of CTX-471, as the frequency of both 4-1BB+ TILs and macrophages that constitutively express FcγRs have been shown to be higher within tumors as compared with normal tissues

  - ○ Upon interaction with its cognate ligand, 4-1BBL, 4-1BB forms stable homotrimers that recruit the TRAF-1/2 signaling adaptors to stimulate downstream activation of the NF-κB transcriptional pathway
  - ○ Promotes cell proliferation, facilitating differentiation into memory cells, and delivering important survival signals
  - ○ The frequency of intratumoral PD-1+TIGIT+ T cells decreased but numbers increased in the spleen and liver,

  - ○ Overall points to altered effector T cell differentiation trajectory, which is unlike strong agonists like 3H3, that potentially overstimulate effector CD8+ T cells and promote terminal effector differentiation and exhaustion/dysfunction, vs. the desired well- tuned agonism

Mice with established CT-26 tumors ($n$ = 4/group) were treated with CTX-471-AF on days 0, 3, 6, and 9. Tissues were harvested on day 11; **A**); fraction of CD8+ T cells (**B**), CD4+ T cells (**C**), and Tregs (**D**) within TILs; TIGIT+PD-1+ double-positive cells within CD8+ T cells (**E**), and CD4+ T cells (**F**); tumor associated macrophages (TAM; **G**) and M1 polarized TAMs (**H**) are shown



*Source: Compass Therapeutics (private) SITC 2019, poster.*

Molecular Partners AG                                                                                                          April 2, 2020

# MP0310 a Multi-domain DARPin: Currently in Phase 1 Dose-Escalation

- **MP0310 a multi-domain DARPin.** MP0310 has three binding domains:
  - One binding to 4-1BB
  - The second to FAP, and
  - The third, for half-life extension to human serum albumin

- Mechanism of action. FAP binding targets MP0310 activity to tumors as FAP is highly expressed in stroma many solid tumors:
  - Activation of 4-1BB by MP0310 is dependent on FAP-mediated clustering of 4-1BB
  - Tumor-localized co-stimulation of T cells by hyper-clustering of the immune receptor 4-1BB by means of binding to FAP
  - High activity of MP0310 in the tumor but reduced systemic activity and toxicity risk due to large differences in FAP expression in tumor versus healthy tissues

- *In vitro* and *in vivo*, data indicate that MP0310 is at least as potent as the agonistic 4-1BB mAb but does not induce hepatotoxicity or exacerbate graft versus host disease in humanized mouse models:
  - No systemic T cell activation has been observed in cynomolgus monkeys



Schematic representation of a 4-1BB/FAP bi-specific DARPin® drug candidate:

anti-4-1BB DARPin® module                    anti-FAP DARPin® module



*Source: Molecular Partners AACr 2019, poster P408.*

Molecular Partners AG                                                                                April 2, 2020

## MP0310 Enhances Anti-Tumor Activity in Conjunction With Increased Tumor CD8 T Cell Expansion

•**Immunodeficient mice implanted with HT-29 xenograft tumors and human PBMCs treated with 4- 1BB/FAP DARPin:**
  o Combination of the 4-1BB/FAP DARPin with a bispecific T cell engager against a tumor-associated antigen (TAA)
  o Designed to induce T cell receptor triggering in tumor resident T cells
  o **Leads to about a four-fold increase of intra-tumoral CD8 T cells.** This is over anti-TAA-CD3 stimulation alone, which is probably causally related to enhanced tumor regression

•Activation of 4-1BB by MP0310 results in strong CD8 T cell activation and expansion *in vivo*, and enhances the anti-tumor efficacy of bispecific T cell engagers



*Source: Molecular Partners AACR 2019, P408.*

Molecular Partners AG

April 2, 2020

# MP0310 Anti-Tumor Activity Does Not Lead to Systemic T cell Activation Risking T cell Exhaustion

- **MP0301 is devoid of the Fc region and hence, no hepatic tox due to 4-IBB crosslinking, with FcγRIIb- expressing liver-resident cells such as hepatic myeloid and sinusoidal endothelial cells**

- Additionally, MP0310 does not induce systemic CD8 memory T cell proliferation in cynomolgus monkeys:
  - Different doses of MP0310-(HIS) or the control clinical anti-4-1BB antibody utomilumab were administered intravenously
  - Ki-67+ CD8+ central memory T cells (Tcm, CD95+/CD28+) were measured by FACS 6 and 13 days following administration
  - Fold changes were calculated relative to baseline pre-dose samples collected prior to the start of dosing. In contrast to utomilumab, MP0310 showed no systemic expansion of CD8 memory T cells



*Source: Molecular Partners AACR 2019, P3752.*

Molecular Partners AG

April 2, 2020

# VIII. MP0250 in Multiple Myeloma;
# In Search of a Partner to Further Clinical Development;
# Timelines Uncertain, Hence not Reflected in Our Outlook

Molecular Partners AG

April 2, 2020

# Primer on r/r MM

• Multiple myeloma (MM) is the second most common hematological malignancy with an estimated number of 30,770 new cases in the US in 2018

• Despite many treatment options, MM remains an incurable disease for most patients, with a poor prognosis for relapsed/refractory patients

• Long-term remissions have been achieved in a subset of patients undergoing allogeneic stem cell transplant (alloSCT) or donor lymphocyte infusions (DLI), however these treatment options are only selectively used due to concerns regarding acute GvHD

• Angiogenesis appears to be important in the pathogenesis of MM. Microvessel density, a surrogate marker for angiogenesis within the bone marrow, is increased in patients with myeloma versus normal controls and has been correlated with increased disease activity and decreased survival

• Vascular endothelial growth factor (VEGF), an important regulator of angiogenesis, has been implicated in pathologic angiogenesis associated with tumor growth.

• Considering the incurable nature of MM as of now, an alternative tact, such as a non-BCMA approach to be used in combination would be welcome



*Source: Front. Immunol., 10 August 2018  DOI: 10.3389/fimmu.2018.01821.*

BCMA-targeted therapies currently dominate the r/r MM treatment horizon, see next page, but we see a need for additional optionalities due to problems with current approaches and the BCMA target

Molecular Partners AG                                                                                                                April 2, 2020

# CAR-T and Bispecific Therapeutic Landscape in R/R Multiple Myeloma; Note the Low Level of CRs

| | DREAMM-2 | DREAMM-2 | NCT02514239 | CRB-402 | CRB-401 | CARTITUDE-1 | CC-93269-MM-001 |
|---|---|---|---|---|---|---|---|
| Drug name | GSK2857916 (belantamab mafodotin) | GSK2857916 (belantamab mafodotin) | AMG420 | bb21217 | bb2121 | LCAR-B38M (JNJ-4528) | CC-93269 |
| Cellular target | BCMA | BCMA | BCMA, CD3 | BCMA | BCMA | BCMA | BCMAxCD3 |
| Drug type | ADC | ADC | BiTE | auto CAR T | auto CAR T | auto CAR T | BiTE |
| Study phase | 2 | 2 | 1 | 1 | 1 | 1b | 1 |
| **Patient Demographics** | | | | | | | |
| med Age (Range) | 56(6-70) | 67(61-72) | 65 (39-79) | 62 (33-74) | 60 (37-75) | 61 (50-75) | |
| Prior treatment lines | 7 med | 6 med | 5 (2-14) | 6 (3,17) | 7 (3,23) | 5 (3-16) | 5 (3-13) |
| Prior anti-CD38 (daratumumab) | 100% | 97% | 29% | 95% | | | 97% |
| Received SCT | | | 86% | 82% | 97% | | 77% |
| **Activity** | | | | | | | |
| All Doses Evaluated | 2.5 mg/kg | 3.4 mg/kg | 6.5 to 800 µg/day | 150, 300, 450e6 cells/kg | 50-800e6 cells/kg | | .15 - 10 mg |
| Active Dose | 2.5 mg/kg | 3.4 mg/kg | 400 µg/day | 450e6 cells/kg | >150M | .75e6 cells/kg | >6 mg |
| Patients on active dose | 97 | 99 | 10 | 7 | 30 | 25 | 9 |
| Median follow-up (months) | 6.3 | 6.8 | | 3.3 | | 3 | |
| ORR, active dose patients | 31% | 34% | 70% | 57% | 90% | 90% | 89% |
| CR, active dose patients | | | 50% | 14% | 50% | 29% | 44% |
| mDoR months, active dose patients | NR (likely 4+) | NR (likely 4+) | 9.1 | NR | 10.9 | NR | |
| mPFS months, active dose patients | 2.9 | 4.9 | | NR | 11.8 | NR | |
| **Safety** | | | | | | | |
| AE Grade ≥ 3 | | | | | 97% | | 73% |
| CRS Grade ≥ 3 | | | 2% | 3% | 6% (Lee criteria) | 8% | 3% |
| Any CRS | | | 38% | 66% | 76% (Lee criteria) | 80% | 77% |
| Neuro Tox Grade ≥ 3 | | | 7% | 8% | 3% | | |
| TEAE Thrombocytopenia Grade ≥ 3 | 20% | 33% | | 55% | 45% | 60% | 17% |
| TEAE Anemia Grade ≥ 3 | 20% | 25% | | 50% | 45% | 48% | 37% |
| TEAE Neutropenia Grade ≥ 3 | 9% | 15% | | 82% | 85% | 76% | 43% |
| Gr 5 TRAE | 1% | 1% | 0% | 13% | 0% | 4% | 3% |

*Source: The Lancet Oncology (2019) doi: 10.1016/S1470-2045(19)30788-0, J Clin Oncol. 2020 Jan 2:JCO1902657. doi: 10.1200/JCO.19.02657, N Engl J Med 380;18 May 2, 2019, ASH 2019, bluebird bio (BLUE; not rated) presentation, N Engl J Med 380;18 May 2, 2019, ASH Clinical News Jan 15, 2020.*

• BCMA-directed treatments are clearly going to become the next SOC option in r/r MM, but we highlight that they are not ultimate therapy, in that approximately half of patients relapse after one year, and the number of patients achieving a CR is less than half to start with
• The combination with GSIs is likely to push BCMA-targeted therapies to their limit, which small clinical studies indicate still do not result in cures
• Thus, we think the need for additional, non-BCMA targeted therapies is the next need in r/r MM

Molecular Partners AG

April 2, 2020

# MP0250, a VEGF and HGF-Targeted DARPin Bispecific



- MP0250, is a mult-DARPin that binds simultaneously to VEGF and HGF (hepatocyte growth factor), thereby inhibiting signaling through VEGFR2 and cMet pathways

- Rationale: in MM disease progression correlates with increased microvessel density, and angiogenesis in the bone marrow

- VEGF and HGF are potent angiogenic factors, and MP0250 has been shown to decrease microvessel density, especially in combination with bortezomib in MM mouse models

- The RP2D for MP0250 is 8 mg/kg at a Q3W dosing schedule, which was evaluated in a Phase 2 study in combination with bortezomib and dexamethasone NCT03136653, in patients previously treated with an IMiD and PI



*Source: Oncotarget. 2018 Mar 2; 9(17): 13366–13381 DOI: 10.18632/oncotarget.24351.*

Molecular Partners AG                                                                                    April 2, 2020

# Clinical Rationale for MP0250:
## High Plasma Cell VEGF Expression Is Detrimental

• A 2011 Phase 2 trial evaluated the combination of bevacizumab (anti-VEGF) with or without thalidomide as an option for patients with relapsed/refractory MM

• However, response to the combination was muted with two PRs and five SD in 12 patients. Note, VEGF expression in plasma cells was observed in 7/9 MM patients examined by IHC, appearing as a diffuse, cytoplasmic pattern varying in intensity from moderate (++) to strong (++++)

• Interestingly, among six patients treated with bevacizumab alone, all patients had PD except for the patient with the highest VEGF expression on plasma cells. This patient achieved stable disease that lasted for 7.8 months

• This suggests that plasma cells with high VEGF expression could be susceptible to anti-VEGF treatment and produce durable responses



*Source: Br J Haematol. 2011 Aug; 154(4): 533–535 DOI: 10.1111/j.1365-2141.2011.08623.x.*

Molecular Partners AG                                                                                                            April 2, 2020

# HGF-Targeted Therapy Has Modest Activity in MM

• A 2017 study describes patients with relapsed or refractory MM, previously treated with a median of 2.5 prior lines of therapy, treated with tivantinib, a small-molecule, non-ATP-competitive c-MET inhibitor which binds to and stabilizes inactive c-MET. C-MET is a receptor tyrosine kinase ligated by HGF

• Stable disease was the best responses in four patients, the remainder were not evaluable or had PD

• Plasma samples from MM patients and healthy donors were collected. The median HGF level of MM patients, 450 pg/ml, was within the range of healthy patients, 60 to 1400 pg/ml range

• The median HGF level in patients with SD was actually lower than in patients with PD, 337 pg/ml vs. 419 pg/ml, respectively



*Source: Ann Hematol (2017) 96:977–985 DOI: 10.1007/s00277-017-2980-3.*

• Baseline HGF was not predictive of response to tivantinib, in fact, the evaluable patient with the highest HGF level had progressive disease, while some patients with the lowest HGF had SD

• While response did not correlate with baseline HGF levels, the drug was active, and caused a reduction in circulating HGF in 3/4 patients with SD, but did not reduce HGF in 4/7 patients that had PD

• The only common severe AEs were neutropenia and hypertension

• Hence, HGF-targeted drugs are unlikely to effective in MM, in our view

H.C. WAINWRIGHT & CO. EQUITY RESEARCH                                                                                      58

Molecular Partners AG                                                                                                                    April 2, 2020

# Our Take on MP0250;
# Differentiation From Bor/Dex Combination Is Questionable



*Source: Molecular Partners ASH 2019, presentation.*

• MP0250 was administered in combination with bortezomib and dexamethasone in 20 r/r MM patients with a median of 4 (range 2-9) prior lines

• The overall ORR was 45%, with CR rate 5%, and median DOR 5 months, with one ongoing response at 3+ years

• Six patients had progressive disease on anti-CD38 treatment previously:
  o Interestingly, four of these had clinical benefit and all were refractory to anti-CD-38

• However, it is impossible to tease out and attribute the clinical benefit to MP-0250 given that the study evaluated a triplet:
  o For example, in the large Phase 3, CASTOR study, the control group was Bor/Dex at the same doses used with MP-0250 (*Source: N Engl J Med 2016; 375:754-766 DOI: 10.1056/NEJMoa1606038*)
  o The median lines of prior treatment was 2, and in these patients the ORR was 63%, with 9% CR
  o The median PFS was 7.2 months with DOR of 7.9 months

• Outcomes with the doublet are superior than the MP0250 triplet, but were in less heavily pretreated patients i.e., 2 vs. 4

• In a subgroup of patients with >3 lines of therapy (n=28), the median PFS was 5.4 months, which seems superior to the MP0250 combination

• Hence, we are not including MP0250 in our model and look forward to BD efforts and engaging an appropriate MM partner to advance the program, in a highly competitive segment dominated by CAR T cells and bispecifics with compelling data in patients with 5 to 7 prior lines of therapy

# IX. MPO274 For HER2+ Tumors;
# Another Program Where Competitive Landscape Is Unfavorable and Unlikely to Justify Significant Investment on Part of Molecular Partners

Molecular Partners AG

April 2, 2020

# HER2 Basics and its Relevance to MP0274



- HER2 (ErbB2) is a receptor tyrosine kinase (RTK) that belongs to the epidermal growth factor receptor family of receptor tyrosine kinases:
  - HER2 (185 kDa) is located at chromosome 17a

  - HER2 amplification and hyperactivation drive the growth and survival of breast cancers through the aberrant activation of proto-oncogenic signaling systems, particularly the Ras/MAP kinase and PI3K/AKT pathways; top right

- The activation of HER2 likely occurs following its heterodimerization with ligand-bound EGFR, HER3, or HER4; however, amplification of the HER2 locus is sufficient to stimulate the activation of HER2 in a ligand-independent manner:
  - Once dimerized, members of the EGFR family undergo transphosphorylation on tyrosine residues, resulting in an "open" protein kinase conformation that enables the recruitment and stimulation of downstream signaling effectors

- HER2-targeted mAbs like trastuzumab and pertuzumab prevent HER2 from dimerizing with itself or other epidermal growth factor receptor family members, resulting in the inactivation of oncogenic signaling system

- Schematic, bottom right, highlights trastuzumab-and pertuzumab-mediated inhibition of HER2 receptor activation

- MP0274, a biparatopic DARPin, binds to both the trastuzumab-and pertuzumab domains, which should induce clustering, resulting in greater internalization followed by enhanced lysosomal trafficking



*Source: dx.doi.org/10.2147/CMAR.S55279.*

Molecular Partners AG

April 2, 2020

# The Rationale of Targeting Domains II and IV:
# Alleviates Dimer, Ligand-Dependent and -Independent Signaling

- The extracellular domains of EGFR family members can be further subdivided into four distinct regions:
  - Domains I and III function to bind bivalent ligands and growth factors
  - In the absence of ligand, EGFR, HER3, and HER4 adopt a "closed" and inactive conformation through the interaction of Domain II with Domain IV
  - Ligand binding to Domain I of these RTKs relieves the interaction between Domains II and IV, thereby eliciting an "open" and active conformation that exposes the dimerization motif in Domain II to homo- or heterodimerize with its corresponding partner

- Trastuzumab targets Domain IV and serves to inhibit the formation of ligand-independent HER2 homodimers and heterodimers:
  - However, trastuzumab is unable to alleviate the readiness of HER2 to form highly active heterodimers with ligand-bound EGFR family members, thereby contributing to diminished clinical response in a subset of patients

- Pertuzumab targets Domain II and prevents its ability to heterodimerize with ligand-bound EGFR family members

- Given the promiscuity of HER2 to form homodimers and heterodimeric complexes in the absence and presence of ligand, it stands to reason that the co-administration of pertuzumab with trastuzumab would greatly enhance the clinical effectiveness of either agent administered as a monotherapy



*Source: doi.org/10.2147/IJWH.S47357.*

Molecular Partners AG

April 2, 2020

# MP0274, a HER2-Targeted Biparatopic

• MP0274 is a biparatopic DARPin® candidate that binds two separate domains on HER2 and has HSA binding domains to enhance serum half-life

• MP0274 locks HER2 into an inactive conformation that inhibits HER2 and HER3 signaling, see graphic

• M0274 binds to domains II and IV of HER2

• In studies of mice bearing patient derived tumors cells, MP0274 was superior to co-administration of trastuzumab and pertuzumab in suppressing tumor growth in high HER2 expressing tumors. Furthermore NHP administration indicated a 5 day half-life at doses of 5 and 10 mg/kg (*Source: Cancer Research, Februrary 2017, DOI: 10.1158/1538-7445.SABCS16-P4-21-18*)

• MP0274 is being evaluated in a dose escalation Phase 1 trial in HER2 positive tumor patients that have progressed on SOC at sites in Europe:
  o MP0274 was first administered to a patient with a HER2+ solid tumor in October 2017, by November 2018 six patients were enrolled
  o Latest update is dose escalation is ongoing with no DLTs and escalation ongoing at 8 mg/kg
  o We expect initial clinical data in 2H20





*Source: R&D Day December 6, 2018 Molecular Partners, Cancer Research, February 2018 Volume 78, Issue 4 Supplement DOI: 10.1158/1538-7445.SABCS17-OT1-03-02*

Molecular Partners AG                                                                                    April 2, 2020

# MP0274 Efficiently Inhibits HER2-Addicted Cells *In Vitro*



*Source: San Antonio Breast Cancer Conference Poster P4-21-18 DOI: 10.1158/1538-7445.SABCS16-P4-21-18.*

- HER2 addicted cells were more efficiently inhibited by MP0274 than by trastuzumab or pertuzumab, alone or in combination, *in vitro*

- MP074 inhibition of HER2 in malignant HER2-addicted cells induced apoptosis, whereas trastuzumab or pertuzumab, alone or in combination, did not

---

H.C. WAINWRIGHT & CO. EQUITY RESEARCH                                                              64

Molecular Partners AG                                                                                                    April 2, 2020

# MP0274 Inhibits Tumor Growth in Three PDX Mouse Models



*Source: Molecular Partners SABC Conference Poster P4-21-18 DOI: 10.1158/1538-7445.SABCS16-P4-21-18.*

• Mice engrafted with three different patient derived xenografts were evaluated for response to trastuzumab, trastuzumab plus pertuzumab, or MP0274 as measured by tumor volume

• In all three tumor treatments MP0274 suppressed tumor growth as well or better than the combination, trastuzumab plus pertuzumab, and was much more effective than trastuzumab alone

• While MP0274 was equivalent to trastuzumab plus pertuzumab in lower expressing HER2 tumors, IHC2 and IHC2/3, in the high HER2 expressing tumor IHC3+, MP0274 was more effective at suppressing tumor growth, perhaps indicating a lower antigen density requirement for activity

• MP0274 is clearly more potent than pertuzumab plus trastuzumab combination; however, this is no longer the relevant comparator in advanced HER2+ solid tumors

Molecular Partners AG                                                                                                   April 2, 2020

# A HER2 Biparatopic Demonstrates Enhanced Internalization

• To determine internalization, pHAb, a highly fluorescent dye at acidic pH (pink), was coupled to amines of a αHuFc (binds to the Fc region of human antibodies). αHuFc-pHAb and ADCs were incubated with HER2-expressing cell lines and fluorescence measured using a CellInsight

• In three different cell lines, the internalization of a HER2-targeting biparatopic, Zymeworks' (ZYME; Buy) ZW49, was more rapid than a monospecific ADC, i.e., trastuzumab linked with an auristatin using Zymelink, see graphs of internalization

• The only difference between these ADCs was that ZW49 was biparatopic rather than monospecific and hence, the prime driver of enhanced internalization, in our view



*Source: Zymeworks (ZYME; Buy) poster presentation San Antonio Breast Cancer Symposium Dec. 8, 2018.*



*Source: H.C. Wainwright & Co. research, and Zymeworks (ZYME; Buy) poster presentation San Antonio Breast Cancer Symposium Dec. 8, 2018.*

Molecular Partners AG                                                                    April 2, 2020

## Not All Biparatopics Are Created Alike;
## Now Discontinued MEDI4276 Had Binding Domains Distinct From MP0274

• MEDI4276 was a biparatopic ADC composed of a HER2-bispecific antibody targeting two different epitopes on HER2; Domains III and IV. MEDI4276 was site-specifically conjugated via a maleimidocaproyl linker to the potent tubulysin-based microtubule inhibitor AZ13599185

• Antibody interaction with the unique HER2 epitopes, distinct from the trastuzumab and pertuzumab binding epitopes, can completely interfere with HER2-HER3 receptor dimerization induced by heregulin-1

• Therefore, this bispecific antibody blocks both ligand-independent and ligand-dependent receptor activation

• The small-molecule toxin AZ13599185 inhibits microtubule polymerization during mitosis and thereby induces cell death
  o The DAR of MEDI4276 is 4

• The bispecific antibody contains four antigen-binding units, two on each arm that are capable of interacting with two different epitopes on HER2

• However, the clinical failure of MEDI4276 suggests binding to Domains III and IV may not sufficiently inhibit HER2 activity or induce internalization

• Preliminary safety and activity profile from Phase 1/2 program:
  o MEDI4276 was investigated in patients with advanced pretreated HER2 expressing (IHC 2+) breast or gastric cancer; NCT02564900

  o As of November 2017, 43 patients had been enrolled and treated in several dose cohorts (0.05, 0.1, 0.2, 0.3, 0.4, 0.5, 0.6, 0.75, or 0.9 mg/kg every 3 weeks), following a 3+3 design

• MTD was determined as 0.9 mg/kg

• Drug-related AEs of any grade were reported in 88% of patients and AEs of grade ≥ 3 were reported in 12% of patients
  o The most common AEs were nausea (all grade: 58%), fatigue (all grade: 42%), elevated AST (all grade: 37%, grade ≥ 3: 19%), vomiting (all grade: 37%), and elevated ALT (all grade: 35%, grade ≥ 3: 12%)

  o Drug-related peripheral neuropathy grade 3 was observed in 1 patient (2%) at 0.6 mg/kg and in 2 patients (5%) at 0.75 mg/kg

• In evaluable patients 1 CR (0.5 mg/kg; breast cancer), 1 PR (0.6 mg/kg; breast cancer), and 12 SD (28%) were reported. Based on this low efficacy, MEDI4276 was discontinued

Molecular Partners AG                                                                                                April 2, 2020

# Pertuzumab + Trastuzumab Experience From MyPathway:
# Activity in Multiple Tumor Types Adds Credence to MP074



- HER2 amplification occurs in in several tumor types including biliary (9% to 20%), salivary (3.9%), vaginal (3.6%), bladder (3.6%), endometrial (3.4%), cervical (2.2%), and colorectal cancer (CRC; 1.3%)
- The efficacy of pertuzumab and trastuzumab was tested for HER2-positive tumors in the MyPathway basket trial
- Thirty of 114 patients with HER2 amplification or overexpression had objective responses, which included two CRs, and 28 PRs. Responses were noted in nine tumor types:
  - CRC 38% [14/37]
  - Bladder 33% [3/9]
  - Biliary or gallbladder 29% [2/7]
  - Salivary gland 80% [4/5]
  - NSCLC 13% [2/16]
  - Pancreas 22% [2/9]
  - Ovary 13% [1/8]

*Source: DOI: 10.1158/1078-0432.CCR-18-2275 .*

H.C. WAINWRIGHT & CO. EQUITY RESEARCH                                                                          68

Molecular Partners AG

April 2, 2020

# Enhertu Setting a High Bar for Dose Escalation Studies

| | ZW25 | Trast + Ribociclin | MEDI4276 | Margetuximab | Enhertu |
|---|---|---|---|---|---|
| Phase | 1 | 1b/2 | 1a | 1 | 1 |
| Dose | 10-20 mg/kg | 6 mg/kg Tras + 400 mg Rib | .05-.9 mg/kg Q3W | .1-18 mg/kg | ≥5.4 mg/kg |
| Patient | 18 | 12 | 43 | 24 Br | 15 |
| Median age (range) | | 51 (42-72) | 60 (36-76) | 59 Br+GEA | |
| ECOG % 0-1 | | 100% | | 100% | |
| Median prior lines | 5 | 5 (0-14) | | 3 Br+GEA | ≥3 |
| HER2+ (IHC3+ or IHC2+/FISH+) | 100% | | | 65% Br+GEA | 73% |
| Median Prior HER2 Therapies | 5 | ≥3 | | ≥1 | |
| Prior Trastuzumab | 100% | 100% | | 61% Br+GEA | 87% |
| Prior T-DM1 | 95% | 100% | | | 80% |
| Prior pertuzumab | 85% | 100% | | | 27% |
| Prior Lapatinib | 50% | | | 42% Br+GEA | 13% |
| % with Grade ≥3 AE | 0% | 33% | 28% | | 13% |
| % AE causing Discontinuation | 0% | | 9% | | 0% |
| ORR | 28% | 0% | 5% BC+GC | | 60% |
| CR | 0% | 0% | 2% BC+GC | | 0% |
| PR | 28% | 0% | 2% BC+GC | 17% | 60% |
| SD | 17% | 8% | 28% BC+GC | | 40% |
| DOR months | | | | | |
| mPFS months | | 1.3 | | 4.2 | |

Source: Zymeworks (ZYME; Buy) 2018 R&D Briefing, Clinical Breast Cancer. 2019 May 30, Annals of Oncology 29.suppl_3 (2018): mdy048-005, Annals of Oncology 28: 855–861, 2017, The Lancet Oncology, Volume 18, Issue 11, November 2017, Pages 1512-1523.

Molecular Partners AG

April 2, 2020

**Income Statement**

| FY end Dec. 31 | 2018A | 1Q19E | 2Q19A (6 mts end) | 3Q19E | 4Q19A (6 mts end) | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income statement** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| (CHF in thousands, except per share data) | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Product revenues | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,464 | 2,464 | 4,637 | 6,624 | 7,286 | 7,949 | 26,496 | 58,739 | 98,000 | 128,470 | 154,718 | 156,619 | 159,440 | 163,881 | 169,363 | 173,137 | 175,268 | 177,499 |
| abicipar, US | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,464 | 2,464 | 4,108 | 5,868 | 6,455 | 7,042 | 23,472 | 41,423 | 62,720 | 84,100 | 100,050 | 100,050 | 100,050 | 100,050 | 100,050 | 100,050 | 100,050 | 100,050 |
| abicipar, ex-US | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 529 | 756 | 832 | 907 | 3,024 | 17,316 | 35,280 | 44,370 | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 |
| MP0310, TNBC, US | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 74 | 177 | 337 | 611 | 865 | 1,016 | 1,186 | 1,311 |
| MP0310, TNBC, ex-US | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 72 | 171 | 323 | 580 | 814 | 948 | 1,098 |
| MP0310, OC, US | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 229 | 584 | 1,098 | 1,971 | 2,753 | 3,063 | 3,396 | 3,755 |
| MP0310, OC, ex-US | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 221 | 557 | 1,037 | 1,843 | 2,551 | 2,815 | 3,096 |
| MP0310, PC, US | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 365 | 931 | 1,750 | 3,142 | 4,388 | 4,883 | 5,414 | 5,985 |
| MP0310, PC, ex-US | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 584 | 1,476 | 2,746 | 4,884 | 6,759 | 7,458 | 8,203 |
| Net revenues from research collaborations | 10,355 | | 13,551 | | 6,832 | 20,383 | 7,000 | 22,050 | 7,100 | 29,650 | 65,800 | 15,000 | 30,000 | 30,000 | 30,000 | 105,000 | 54,200 | 22,000 | 31,000 | 24,000 | 24,750 | 24,750 | 24,750 | 750 | 3,000 | 6,000 | 6,000 |
| **Total Revenues** | 10,355 | 0 | 13,551 | 0 | 6,832 | 20,383 | 7,000 | 22,050 | 7,100 | 32,114 | 68,264 | 19,637 | 36,624 | 37,286 | 37,949 | 131,496 | 112,939 | 120,000 | 159,470 | 178,718 | 181,369 | 184,190 | 188,631 | 170,113 | 176,137 | 181,268 | 183,499 |
| Cost of goods sold | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,874 | 9,800 | 12,847 | 15,472 | 15,662 | 15,944 | 16,388 | 16,936 | 17,314 | 17,527 | 17,750 |
| **Gross profit** | 10,355 | 0 | 13,551 | 0 | 6,832 | 20,383 | 7,000 | 22,050 | 7,100 | 32,114 | 68,264 | 19,637 | 36,624 | 37,286 | 37,949 | 131,496 | 107,065 | 110,200 | 146,623 | 163,246 | 165,707 | 168,246 | 172,243 | 153,177 | 158,823 | 163,741 | 165,749 |
| Research and development | 38,203 | | 18,992 | | 24,506 | 43,498 | 11,500 | 11,845 | 12,200 | 12,566 | 48,112 | 13,250 | 13,515 | 13,785 | 14,061 | 54,611 | 57,342 | 60,209 | 63,219 | 66,380 | 69,699 | 69,699 | 69,699 | 69,699 | 69,699 | 69,699 | 69,699 |
| General and administrative | 9,562 | | 6,960 | | 6,585 | 13,545 | 4,000 | 4,080 | 4,162 | 4,245 | 16,486 | 5,000 | 5,100 | 5,202 | 5,306 | 20,608 | 21,638 | 22,720 | 23,856 | 25,049 | 26,302 | 27,617 | 28,998 | 30,447 | 31,970 | 33,568 | 35,247 |
| Other | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total operating expenses** | 47,765 | 0 | 25,952 | 0 | 31,091 | 57,043 | 15,500 | 15,925 | 16,362 | 16,811 | 64,598 | 18,250 | 18,615 | 18,987 | 19,367 | 75,219 | 78,980 | 82,929 | 87,076 | 91,430 | 96,001 | 97,316 | 98,697 | 100,147 | 101,669 | 103,268 | 104,946 |
| **Operating gains (losses)** | (37,410) | 0 | (12,401) | 0 | (24,259) | (36,660) | (8,500) | 6,125 | (9,262) | 15,303 | 3,666 | 1,387 | 18,009 | 18,299 | 18,582 | 56,277 | 28,085 | 27,271 | 59,547 | 71,816 | 69,706 | 70,930 | 73,546 | 53,030 | 57,154 | 60,474 | 60,803 |
| Financial income | 804 | | 1,685 | | (86) | 1,599 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Financial expense | (430) | | (2,022) | | 812 | (1,210) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total other income (expense)** | 374 | 0 | (337) | 0 | 726 | 389 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Gain (loss) before income taxes** | (37,036) | 0 | (12,738) | 0 | (23,533) | (36,271) | (8,500) | 6,125 | (9,262) | 15,303 | 3,666 | 1,387 | 18,009 | 18,299 | 18,582 | 56,277 | 28,085 | 27,271 | 59,547 | 71,816 | 69,706 | 70,930 | 73,546 | 53,030 | 57,154 | 60,474 | 60,803 |
| Income tax benefit (expense) | 0 | | (6) | | (11) | (17) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (15,445) | (11,136) | (12,002) | (12,699) | (12,769) |
| **Net income (loss)** | (37,036) | 0 | (12,744) | 0 | (23,544) | (36,288) | (8,500) | 6,125 | (9,262) | 15,303 | 3,666 | 1,387 | 18,009 | 18,299 | 18,582 | 56,277 | 28,085 | 27,271 | 59,547 | 71,816 | 69,706 | 70,930 | 58,101 | 41,894 | 45,151 | 47,774 | 48,035 |
| Remeasurement of net pension liabilities; and exchange differ. | (1,075) | | (2,615) | | (2,110) | (4,725) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Earnings (loss) per share - diluted** | (1.75) | NA | (0.60) | NA | (1.09) | (1.69) | (0.39) | 0.28 | (0.43) | 0.70 | 0.17 | 0.06 | 0.82 | 0.84 | 0.85 | 2.57 | 1.28 | 1.24 | 2.70 | 3.25 | 3.15 | 3.20 | 2.61 | 1.88 | 2.02 | 2.14 | 2.14 |
| Shares outstanding - diluted | 21,168 | | 21,323 | | 21,601 | 21,413 | 21,644 | 21,688 | 21,731 | 21,775 | 21,753 | 21,818 | 21,862 | 21,905 | 21,949 | 21,927 | 21,971 | 22,015 | 22,059 | 22,103 | 22,148 | 22,192 | 22,236 | 22,281 | 22,325 | 22,370 | 22,415 |

*Source: H.C. Wainwright & Co. estimates.*

Molecular Partners AG

April 2, 2020

**Cash Flow Statement**

| Cash flows statement | 2018A | 1Q19E | 2Q19A | 3Q19E | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (CHF in thousands, except per share data) | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Cash flows from Operating activities:** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Net gain (loss) | (37,036) | 0 | (12,744) | 0 | (23,544) | (36,288) | (8,500) | 6,125 | (9,262) | 15,303 | 3,666 | 1,387 | 18,009 | 18,299 | 18,582 | 56,277 | 28,085 | 27,271 | 59,547 | 71,816 | 69,706 | 70,930 | 58,101 | 41,894 | 45,151 | 47,774 | 48,035 |
| Depreciation & Amortization | 924 | | 1,157 | | 1,312 | 2,469 | 450 | 450 | 450 | 450 | 1,800 | 475 | 475 | 475 | 475 | 1,900 | 1,957 | 2,016 | 2,076 | 2,138 | 2,203 | 2,269 | 2,337 | 2,407 | 2,479 | 2,553 | 2,630 |
| Share-based compensation costs | 3,716 | | 1,427 | | 1,011 | 2,438 | 850 | 850 | 875 | 900 | 3,475 | 925 | 950 | 975 | 1,000 | 3,850 | 4,043 | 4,245 | 4,457 | 4,680 | 4,914 | 5,159 | 5,417 | 5,688 | 5,973 | 6,271 | 6,585 |
| Change in employee benefits | 622 | | 334 | | 139 | 473 | 175 | 175 | 175 | 175 | 700 | 200 | 200 | 200 | 200 | 800 | 840 | 882 | 926 | 972 | 1,021 | 1,072 | 1,126 | 1,182 | 1,241 | 1,303 | 1,368 |
| Income tax | 0 | | 0 | | 17 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contract liability recognized in profit or loss | 0 | | 0 | | 0 | 0 | (7,000) | (22,050) | (7,100) | (29,650) | (65,800) | (15,000) | (30,000) | (30,000) | (30,000) | (105,000) | (54,200) | (15,000) | 0 | (24,000) | (24,750) | (24,750) | (24,750) | (750) | (3,000) | (6,000) | (6,000) |
| Financial income | (804) | | (1,685) | | 86 | (1,599) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Financial expense | 430 | | 2,022 | | (812) | 1,210 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in prepaid expenses and accrued income | (2,435) | | (966) | | 1,419 | 453 | (500) | (525) | (550) | (575) | (2,150) | (650) | (650) | (650) | (650) | (2,600) | (2,730) | (2,867) | (3,010) | (3,160) | (3,318) | (3,484) | (3,658) | (3,841) | (4,033) | (4,235) | (4,447) |
| Change in trade and other receivables | (50,830) | | 49,690 | | (120) | 49,570 | (55,000) | 55,000 | (50,000) | 50,000 | (35,000) | 35,000 | (35,000) | 20,000 | (15,000) | 15,000 | 0 | 0 | (50,000) | 50,000 | 0 | 0 | (100,000) | 0 | 100,000 | 0 | |
| Change in inventory | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (2,500) | (2,625) | (2,756) | (2,894) | (3,039) | (3,191) | (3,350) | (3,518) | (3,694) | (3,878) |
| Change in trade and other payables | 1,389 | | 310 | | (580) | (270) | 175 | 175 | 175 | 175 | 700 | 200 | 200 | 200 | 200 | 800 | 840 | 882 | 926 | 972 | 1,021 | 1,072 | 1,126 | 1,182 | 1,241 | 1,303 | 1,368 |
| Change in contract liability | 39,270 | | (13,551) | | (6,832) | (20,383) | 55,000 | 0 | 50,000 | 0 | 105,000 | 35,000 | 0 | 35,000 | 15,000 | 85,000 | 35,000 | 120,000 | 0 | 50,000 | 0 | 0 | 100,000 | 100,000 | 0 | 0 | 0 |
| Change in accrued expenses | 2,415 | | 481 | | (264) | 217 | 250 | 250 | 250 | 250 | 1,000 | 300 | 300 | 300 | 300 | 1,200 | 1,260 | 1,323 | 1,389 | 1,459 | 1,532 | 1,608 | 1,689 | 1,773 | 1,862 | 1,955 | 2,052 |
| Exchange gain/(loss) on working capital positions | (33) | | 589 | | 15 | 604 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest paid; and Other financial expense | (102) | | (26) | | (74) | (100) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net cash provided (used) by Operating activities** | (42,474) | 0 | 27,038 | 0 | (28,227) | (1,189) | (14,100) | 40,450 | (14,987) | 37,028 | 48,391 | (12,163) | 24,484 | (10,201) | 25,107 | 27,227 | 30,094 | 136,252 | 63,687 | 52,121 | 99,434 | 50,837 | 38,196 | 46,184 | 147,396 | 147,231 | 47,713 |
| **Cash flows from Investing activities:** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proceeds from/investments in short term time deposits | 9,745 | | (55,626) | | 36,258 | (19,368) | (5,000) | (5,000) | (5,000) | (5,000) | (20,000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisition/disposal of property, plant and equipment | (452) | | (544) | | (487) | (1,031) | (750) | (750) | (750) | (750) | (3,000) | (1,000) | (1,000) | (1,000) | (1,000) | (4,000) | (4,200) | (4,410) | (4,631) | (4,862) | (5,105) | (5,360) | (5,628) | (5,910) | (6,205) | (6,516) | (6,841) |
| Acquisition of intangible assets | (411) | | (405) | | (428) | (833) | (100) | (100) | (100) | (100) | (400) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest received | 731 | | 419 | | 977 | 1,396 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net cash provided (used) by Investing activities** | 9,613 | 0 | (56,156) | 0 | 36,320 | (19,836) | (5,850) | (5,850) | (5,850) | (5,850) | (23,400) | (1,000) | (1,000) | (1,000) | (1,000) | (4,000) | (4,200) | (4,410) | (4,631) | (4,862) | (5,105) | (5,360) | (5,628) | (5,910) | (6,205) | (6,516) | (6,841) |
| **Cash flows from Financing activities:** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proceeds from exercise of stock options, net of transaction cos | 392 | | 293 | | 717 | 1,010 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payment of lease liabilities | 0 | | (608) | | (629) | (1,237) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net cash provided (used) by Financing activities** | 392 | 0 | (315) | 0 | 88 | (227) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Exchange gain/(loss) on cash positions | 111 | | (1,900) | | (94) | (1,994) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net increase (decrease) in Cash/Cash Equivalents** | (32,358) | 0 | (31,333) | 0 | 8,087 | (23,246) | (19,950) | 34,600 | (20,837) | 31,178 | 24,991 | (13,163) | 23,484 | (11,201) | 24,107 | 23,227 | 25,894 | 131,842 | 59,056 | 47,259 | 94,329 | 45,476 | 32,567 | 40,274 | 141,190 | 140,715 | 40,872 |
| **Cash & Cash Equivalents at Beginning of Period** | 131,316 | 98,958 | 98,958 | 67,625 | 67,625 | 98,958 | 75,712 | 55,762 | 90,362 | 69,525 | 75,712 | 100,703 | 87,540 | 111,024 | 99,823 | 100,703 | 123,930 | 149,824 | 281,665 | 340,722 | 387,981 | 482,310 | 527,786 | 560,354 | 600,628 | 741,818 | 882,533 |
| **Cash & Cash Equivalents at End of Period** | 98,958 | 98,958 | 67,625 | 67,625 | 75,712 | 75,712 | 55,762 | 90,362 | 69,525 | 100,703 | 100,703 | 87,540 | 111,024 | 99,823 | 123,930 | 123,930 | 149,824 | 281,665 | 340,722 | 387,981 | 482,310 | 527,786 | 560,354 | 600,628 | 741,818 | 882,533 | 923,405 |

*Source: H.C. Wainwright & Co. estimates.*

H.C. WAINWRIGHT & CO. EQUITY RESEARCH

Molecular Partners AG

April 2, 2020

**Balance Sheet**

| Balance sheet (CHF in thousands, except per share data) | 2018A | 1Q19E | 2Q19A | 3Q19E | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Current assets:** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 98,958 | 98,958 | 67,625 | 67,625 | 75,712 | 75,712 | 55,762 | 90,362 | 69,525 | 100,703 | 100,703 | 87,540 | 111,024 | 99,823 | 123,930 | 123,930 | 149,824 | 281,665 | 340,722 | 387,981 | 482,310 | 527,786 | 560,354 | 600,628 | 741,818 | 882,533 | 923,405 |
| Trade and other receivables | 51,615 | | 2,187 | | 2,344 | 2,344 | 57,344 | 2,344 | 52,344 | 2,344 | 2,344 | 37,344 | 2,344 | 37,344 | 17,344 | 17,344 | 2,344 | 2,344 | 2,344 | 52,344 | 2,344 | 2,344 | 2,344 | 102,344 | 102,344 | 2,344 | 2,344 |
| Inventory | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,500 | 5,125 | 7,881 | 10,775 | 13,814 | 17,005 | 20,355 | 23,873 | 27,566 | 31,445 | |
| Prepaid expenses and accrued income | 2,746 | | 4,049 | | 2,497 | 2,497 | 2,997 | 3,522 | 4,072 | 4,647 | 4,647 | 5,297 | 5,947 | 6,597 | 7,247 | 7,247 | 9,977 | 12,844 | 15,853 | 19,014 | 22,332 | 25,816 | 29,475 | 33,316 | 37,350 | 41,585 | 46,032 |
| Short-term time deposits | 0 | | 55,626 | | 19,368 | 19,368 | 24,368 | 29,368 | 34,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 |
| **Total current assets** | 153,319 | 98,958 | 129,487 | 67,625 | 99,921 | 99,921 | 140,471 | 125,596 | 160,309 | 147,062 | 147,062 | 169,549 | 158,683 | 183,132 | 187,889 | 187,889 | 201,513 | 338,721 | 403,412 | 506,588 | 557,129 | 609,128 | 648,545 | 796,011 | 944,752 | 993,397 | 1,042,593 |
| Property, plant and equipment | 1,455 | | 4,770 | | 4,242 | 4,242 | 4,542 | 4,842 | 5,142 | 5,442 | 5,442 | 5,967 | 6,492 | 7,017 | 7,542 | 7,542 | 9,785 | 12,179 | 14,734 | 17,457 | 20,360 | 23,451 | 26,743 | 30,246 | 33,972 | 37,934 | 42,146 |
| Intangible assets | 382 | | 625 | | 772 | 772 | 872 | 972 | 1,072 | 1,172 | 1,172 | 1,172 | 1,172 | 1,172 | 1,172 | 1,172 | 1,172 | 1,172 | 1,172 | 1,172 | 1,172 | 1,172 | 1,172 | 1,172 | 1,172 | 1,172 | 1,172 |
| **Total assets** | 155,156 | 98,958 | 134,882 | 67,625 | 104,935 | 104,935 | 145,885 | 131,410 | 166,523 | 153,676 | 153,676 | 176,688 | 166,347 | 191,321 | 196,603 | 196,603 | 212,470 | 352,072 | 419,318 | 525,217 | 578,661 | 633,752 | 676,460 | 827,429 | 979,896 | 1,032,503 | 1,085,911 |
| **Liabilities and stockholders' equity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Trade and other payables | 2,645 | | 2,949 | | 2,410 | 2,410 | 2,585 | 2,760 | 2,935 | 3,110 | 3,110 | 3,310 | 3,510 | 3,710 | 3,910 | 3,910 | 4,750 | 5,632 | 6,558 | 7,531 | 8,552 | 9,624 | 10,749 | 11,931 | 13,172 | 14,475 | 15,844 |
| Accrued expenses | 6,386 | | 6,900 | | 6,618 | 6,618 | 6,868 | 7,118 | 7,368 | 7,618 | 7,618 | 7,918 | 8,218 | 8,518 | 8,818 | 8,818 | 10,078 | 11,401 | 12,790 | 14,249 | 15,780 | 17,388 | 19,077 | 20,850 | 22,711 | 24,666 | 26,719 |
| Contract liability | 27,834 | | 23,440 | | 18,310 | 18,310 | 42,310 | 31,285 | 52,735 | 37,910 | 37,910 | 47,910 | 32,910 | 35,410 | 27,910 | 27,910 | 18,310 | 70,810 | 70,810 | 83,810 | 71,435 | 59,060 | 46,685 | 96,310 | 144,810 | 141,810 | 138,810 |
| Lease liability | 0 | | 1,255 | | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 | 1,267 |
| **Total current liabilities** | 36,865 | 0 | 34,544 | 0 | 28,605 | 28,605 | 53,030 | 42,430 | 64,305 | 49,905 | 49,905 | 60,405 | 45,905 | 48,905 | 41,905 | 41,905 | 34,405 | 89,110 | 91,425 | 106,856 | 97,034 | 87,339 | 77,778 | 130,358 | 181,961 | 182,219 | 182,639 |
| Contract liability, non-current | 20,876 | | 11,720 | | 10,017 | 10,017 | 34,017 | 22,992 | 44,442 | 29,617 | 29,617 | 39,617 | 24,617 | 27,117 | 19,617 | 19,617 | 10,017 | 62,517 | 62,517 | 75,517 | 63,142 | 50,767 | 38,392 | 88,017 | 136,517 | 133,517 | 130,517 |
| Lease liability, non-current | 0 | | 1,903 | | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 | 1,278 |
| Employee benefits | 5,711 | | 8,650 | | 10,896 | 10,896 | 11,071 | 11,246 | 11,421 | 11,596 | 11,596 | 11,796 | 11,996 | 12,196 | 12,396 | 12,396 | 13,236 | 14,118 | 15,044 | 16,017 | 17,038 | 18,110 | 19,235 | 20,417 | 21,658 | 22,961 | 24,330 |
| **Total liabilities** | 63,452 | 0 | 56,817 | 0 | 50,796 | 50,796 | 99,396 | 77,946 | 121,446 | 92,396 | 92,396 | 113,096 | 83,796 | 89,496 | 75,196 | 75,196 | 58,936 | 167,023 | 170,264 | 199,668 | 178,491 | 157,494 | 136,684 | 240,070 | 341,414 | 339,975 | 338,764 |
| Share capital | 2,123 | | 2,138 | | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 |
| Additional paid-in capital | 179,438 | | 181,143 | | 182,849 | 182,849 | 183,699 | 184,549 | 185,424 | 186,324 | 186,324 | 187,249 | 188,199 | 189,174 | 190,174 | 190,174 | 194,217 | 198,461 | 202,918 | 207,598 | 212,511 | 217,671 | 223,088 | 228,776 | 234,749 | 241,020 | 247,605 |
| Cumulative losses | (89,857) | | (105,216) | | (130,870) | (130,870) | (139,370) | (133,245) | (142,507) | (127,204) | (127,204) | (125,817) | (107,808) | (89,509) | (70,927) | (70,927) | (42,843) | (15,572) | 43,975 | 115,792 | 185,498 | 256,427 | 314,529 | 356,422 | 401,574 | 449,348 | 497,382 |
| **Total stockholders' equity** | 91,704 | 0 | 78,065 | 0 | 54,139 | 54,139 | 46,489 | 53,464 | 45,077 | 61,280 | 61,280 | 63,592 | 82,551 | 101,825 | 121,407 | 121,407 | 153,534 | 185,049 | 249,053 | 325,549 | 400,169 | 476,258 | 539,777 | 587,358 | 638,482 | 692,528 | 747,147 |
| **Total liabilities and stockholders' equity** | 155,156 | 0 | 134,882 | 0 | 104,935 | 104,935 | 145,885 | 131,410 | 166,523 | 153,676 | 153,676 | 176,688 | 166,347 | 191,321 | 196,603 | 196,603 | 212,470 | 352,072 | 419,318 | 525,217 | 578,661 | 633,752 | 676,460 | 827,429 | 979,896 | 1,032,503 | 1,085,911 |

*Source: H.C. Wainwright & Co. estimates.*

**Molecular Partners AG**  April 2, 2020

**Cash Outlook, Ratio Analysis, and Enterprise Value**

| CASH QUICK LOOK : | 2018A | 1Q19E | 2Q19A | 3Q19E | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash burn in period (cash from operations) | 47,765 | NA | 25,952 | NA | 31,091 | 57,043 | 15,500 | 15,925 | 16,362 | 16,811 | 64,598 | 18,250 | 18,615 | 18,987 | 19,367 | 75,219 | 78,980 | 82,929 | 87,076 | 91,430 | 96,001 | 97,316 | 98,697 | 100,147 | 101,669 | 103,268 | 104,946 |
| Total cash and cash equivalents | 98,958 | NA | 123,251 | NA | 95,080 | 95,080 | 80,130 | 119,730 | 103,893 | 140,071 | 140,071 | 126,908 | 150,392 | 139,191 | 163,298 | 163,298 | 189,192 | 321,033 | 380,090 | 427,349 | 521,678 | 567,154 | 599,722 | 639,996 | 781,186 | 921,901 | 962,773 |
| Periods of cash remaining | 2.0 yrs | NA | 4.5 qs | NA | 3.0 qs | 1.5 yrs | 5.0 qs | 7.5 qs | 6.5 qs | 8.5 qs | 2.0 yrs | 7.0 qs | 8.0 qs | 7.5 qs | 8.5 qs | 2.0 yrs | 2.5 yrs | 4.0 yrs | 4.5 yrs | 4.5 yrs | 5.5 yrs | 6.0 yrs | 6.0 yrs | 6.5 yrs | 7.5 yrs | 9.0 yrs | 9.0 yrs |

| Ratio analysis | 2018A | 1Q19E | 2Q19A | 3Q19E | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EBIT | (37,410) | NA | (12,401) | NA | (24,259) | (36,660) | (8,500) | 6,125 | (9,262) | 15,303 | 3,666 | 1,387 | 18,009 | 18,299 | 18,582 | 56,277 | 28,085 | 27,271 | 59,547 | 71,816 | 69,706 | 70,930 | 73,546 | 53,030 | 57,154 | 60,474 | 60,803 |
| EBITDA | (36,486) | NA | (11,244) | NA | (22,947) | (34,191) | (8,050) | 6,575 | (8,812) | 15,753 | 5,466 | 1,862 | 18,484 | 18,774 | 19,057 | 58,177 | 30,042 | 29,286 | 61,623 | 73,955 | 71,909 | 73,198 | 75,882 | 55,437 | 59,633 | 63,027 | 63,433 |
| EBITDA % of Sales | -352% | NA | (1) | NA | (3) | -168% | -115% | 30% | -124% | 49% | 8% | 9% | 50% | 50% | 50% | 44% | 27% | 24% | 39% | 41% | 40% | 40% | 40% | 33% | 34% | 35% | 35% |
| EV/EBITDA multiple | -1.1571E-05 | NA | (22x) | NA | (13x) | (9x) | (34x) | 36x | (29x) | 14x | 42x | 130x | 12x | 12x | 11x | 4x | 6x | 2x | (0x) | (1x) | (2x) | (3x) | (3x) | (5x) | (7x) | (9x) | (9x) |
| Gross Profit Margin | NM | NA | 100% | NA | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 95% | 92% | 92% | 91% | 91% | 91% | 91% | 90% | 90% | 90% | 90% |
| OpMargin | -361% | NA | -92% | NA | -355% | -180% | -121% | 28% | -130% | 48% | 5% | 7% | 49% | 49% | 49% | 43% | 25% | 23% | 37% | 40% | 38% | 39% | 39% | 31% | 32% | 33% | 33% |
| Net Operating Profit After Tax (NOPAT) | (37,410) | NA | (12,407) | NA | (24,270) | (36,677) | (8,500) | 6,125 | (9,262) | 15,303 | 3,666 | 1,387 | 18,009 | 18,299 | 18,582 | 56,277 | 28,085 | 27,271 | 59,547 | 71,816 | 69,706 | 70,930 | 58,101 | 41,894 | 45,151 | 47,774 | 48,035 |
| Free Cash Flow (FCF) | (32,729) | NA | (28,588) | NA | 8,031 | (20,557) | (19,100) | 35,450 | (19,987) | 32,028 | 28,391 | (12,163) | 24,484 | (10,201) | 25,107 | 27,227 | 30,094 | 136,252 | 63,687 | 52,121 | 99,434 | 50,837 | 38,196 | 46,184 | 147,396 | 147,231 | 47,713 |
| Book per share | 4.33 | NA | 3.66 | NA | 2.51 | 2.53 | 2.15 | 2.47 | 2.07 | 2.81 | 2.82 | 2.91 | 3.78 | 4.65 | 5.53 | 5.54 | 6.99 | 8.41 | 11.29 | 14.73 | 18.07 | 21.46 | 24.27 | 26.36 | 28.60 | 30.96 | 33.33 |
| Net cash per share | 4.67 | NA | 3.17 | NA | 3.50 | 3.54 | 2.58 | 4.17 | 3.20 | 4.62 | 4.63 | 4.01 | 5.08 | 4.56 | 5.65 | 5.65 | 6.82 | 12.79 | 15.45 | 17.55 | 21.78 | 23.78 | 25.20 | 26.96 | 33.23 | 39.45 | 41.20 |
| Return on assets (ROA) | -24% | NA | -9% | NA | -22% | -35% | -6% | 5% | -6% | 10% | 2% | 1% | 11% | 10% | 9% | 29% | 13% | 8% | 14% | 14% | 12% | 11% | 9% | 5% | 5% | 5% | 4% |
| Return on equity (ROE) | -40% | NA | -16% | NA | -43% | -67% | -18% | 11% | -21% | 25% | 6% | 2% | 22% | 18% | 15% | 46% | 18% | 15% | 24% | 22% | 17% | 15% | 11% | 7% | 7% | 7% | 6% |
| Current ratio | 4.16 | NA | 3.75 | NA | 3.49 | 3.49 | 2.65 | 2.96 | 2.49 | 2.95 | 2.95 | 2.81 | 3.46 | 3.74 | 4.48 | 4.48 | 5.86 | 3.80 | 4.41 | 4.74 | 5.74 | 6.97 | 8.34 | 6.11 | 5.19 | 5.45 | 5.71 |

| | 2018A | 1Q19E | 2Q19A | 3Q19E | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Enterprise Value (MC + Total Debt - Cash)** | 304,507 | NA | 242,841 | NA | 302,741 | 302,741 | 271,068 | 237,122 | 258,614 | 228,092 | 227,765 | 241,913 | 219,088 | 230,949 | 207,504 | 207,174 | 181,942 | 50,764 | (7,628) | (54,221) | (147,882) | (192,690) | (224,587) | (264,189) | (404,707) | (544,748) | (584,944) |
| **Market Cap (MC)** | 403,465 | NA | 310,466 | NA | 378,453 | 378,453 | 326,830 | 327,484 | 328,139 | 328,795 | 328,468 | 329,453 | 330,112 | 330,772 | 331,434 | 331,103 | 331,766 | 332,429 | 333,094 | 333,760 | 334,428 | 335,097 | 335,767 | 336,438 | 337,111 | 337,785 | 338,461 |

*Current Share price*  **CHF 15.10**

*Source: H.C. Wainwright & Co. estimates.*

Molecular Partners AG

April 2, 2020

## Important Disclaimers

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

### RETURN ASSESSMENT

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.







Molecular Partners AG                                                                                                                      April 2, 2020

| Related Companies Mentioned in this Report as of Apr/01/2020 | | | | | |
|---|---|---|---|---|---|
| Company | Ticker | H.C. Wainwright Rating | 12 Month Price Target | Price | Market Cap |
| Pieris Pharmaceuticals, Inc. | PIRS | Buy | $9.00 | $2.28 | $114 |
| Zymeworks, Inc. | ZYME | Buy | $60.00 | $35.47 | $1538 |

Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of April 1, 2020 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 374 | 90.56% | 133 | 35.56% |
| Neutral | 36 | 8.72% | 7 | 19.44% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 3 | 0.73% | 3 | 100.00% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Debjit Chattopadhyay and Earl DeSouza , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of Molecular Partners AG, Pieris Pharmaceuticals, Inc. and Zymeworks, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of March 31, 2020 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of Molecular Partners AG, Pieris Pharmaceuticals, Inc. and Zymeworks, Inc..

Neither the research analyst nor the Firm knows or has reason to know of any other material conflict of interest at the time of publication of this research report.

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The Firm or its affiliates did not receive compensation from Molecular Partners AG, Pieris Pharmaceuticals, Inc. and Zymeworks, Inc. for investment banking services within twelve months before, but will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

The Firm does not make a market in Molecular Partners AG, Pieris Pharmaceuticals, Inc. and Zymeworks, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.

Molecular Partners AG                                                                                                    April 2, 2020

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.