# EXHIBIT B

# H.C. WAINWRIGHT & CO.

**Company Update**
*Healthcare*

**May 8, 2020**

## Molecular Partners AG (MOLN.SW)
## Rating: Buy

Debjit Chattopadhyay
646-975-6991
dchattopadhyay@hcwresearch.com

Earl DeSouza
646-975-6990
edesouza@hcwresearch.com

## Closing in on 52-Week Highs With an Agile Research Platform

| Stock Data | 05/07/2020 |
|---|---|
| Price | CHF24.00 |
| Exchange | SWX |
| Price Target | CHF29.00 |
| 52-Week High | CHF24.70 |
| 52-Week Low | CHF11.08 |
| Enterprise Value (M) | CHF437 |
| Market Cap (M) | CHF518 |
| Shares Outstanding (M) | 21.7 |
| 3 Month Avg Volume | 47,285 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | CHF80.7 |
| Total Debt (M) | CHF0.0 |
| Total Cash/Share | CHF3.71 |

*Cash (M): Cash reflects an interim company update for the period ending March 31, 2020.*

| EPS Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2019A | 2020E | 2021E |
| 1Q | NA | (0.61) | 0.06 |
| 2Q | (0.60) | 0.28 | 0.82 |
| 3Q | NA | (0.43) | 0.84 |
| 4Q | (1.09) | 0.70 | 0.85 |
| FY | (1.69) | (0.05) | 2.57 |

| Revenue ($M) | | | |
|---|---|---|---|
| Full Year - Dec | 2019A | 2020E | 2021E |
| 1Q | NA | 3.3 | 19.6 |
| 2Q | 13.6 | 22.1 | 36.6 |
| 3Q | NA | 7.1 | 37.3 |
| 4Q | 0.7 | 32.3 | 37.9 |
| FY | 20.4 | 68.4 | 131.5 |

*2Q19, and 4Q19 represent semi-annual, 6-months EPS and revenue as described in the half-year and annual reports. We anticipate Molecular Partners to make a debut on the Nasdaq exchange in 2021, hence our quarterly EPS and revenue estimates for quarters beginning 1Q20. CHF and USD trade close to parity with CHF1 = $1.03 per May 7, 2020 data.*



**Modularity and scalability of platform is poised to deliver a potential COVID-19 play.** Molecular Partners is developing targeted therapies that leverage its proprietary designed ankyrin repeat proteins (DARPins) technology. The platform offers modularity, flexibility, tunable half-life, high-affinity binding, and has demonstrated therapeutic relevance. Relevant recent updates include: (1) on track for the mid-2020 abicipar PDUFA, its Allergan-partnered (AGN; not rated) wet AMD intervention, which we based on its uncompromised Q12W dosing optionality has the makings of a potential blockbuster; (2) preliminary data on MP0310, its FAP x 4-1BB bispecific, from the ongoing 54 patient dose escalation study in 2H20; and (3) a SARS-CoV-2 targeted DARPin program with two candidates ready to enter clinical development during 2H20. These DARPin proteins target three parts of the viral spike protein. Live virus *in vitro* studies, which evaluated the two lead anti-COVID-19 candidates, under the auspices of the Swiss Federal Office for Civil Protection demonstrated: (1) EC50 of <100 pM in dose-response assays with live, infectious SARS-CoV-2 virus; and (2) complete inhibition of infectious SARS-CoV-2 virion replication at low triple-digit pM concentrations. We normally would not be interested in a program just entering preclinical development, but we would be remiss to ignore what appears to be the impact of the COVID-19 program has had on a stock, up 37% since April 16, 2020, vs. a 14% increase in XBI over the same period.

**The wet AMD commercial segment has been relatively resilient in 1Q20, despite COVID-19.** Eylea (Regeneron [REGN; not rated]) notched a YOY growth of 9% to $1.17B in 1Q20. Similarly, Beovu (Novartis, NVS; not rated) had a robust launch clocking in $68M in 1Q20, despite its retinal vasculitis safety concern; refer to *More Than a Hiccup for Beovu; a Potential Opening for Abicipar*. While mid-year is likely challenging, the COVID-19 headwind could abate significantly, especially if one or more spike-protein targeted therapeutics under development demonstrate a curative impact. Hence, assuming a first pass approval during mid-2020, we are not yet adjusting our abicapar estimates.

**1Q20, interim update.** Molecular Partners released an interim earnings update on May 7, 2020, that reflects: (1) an operating loss of CHF12.2M; (2) net loss of CHF13.3M; and (3) ending cash of roughly CHF80.7M. Our model has been adjusted to reflect these, and our new FY20 net loss projection is CHF1.1M, with GAAP EPS of (CHF0.05), vs. our prior CHF3.7M and GAAP EPS of CHF0.17. Management continues to expect total expenses of CHF60-70M in FY20. Existing cash and short-term deposits of CHF80.7M, should be sufficient to fund the company's operations into 2H21. Note, Molecular Partners is eligible to receive up to $210M in near-term milestones from Allergan upon the regulatory approval of abicipar, the first tranche of which could hit during mid-2020, post PDUFA.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 8 - 10 of this report.

Molecular Partners AG                                                                            May 8, 2020

**Abicipar with its Q12W schedule and mid-2020 PDUFA has the makings of a compelling wet-AMD therapy.** The wet-AMD commercial opportunity has been a duopoly between Lucentis, from Roche; (RHHBY; not rated) and Eylea, by Regeneron. Importantly, differentiation is based on dosing schedule, which is a key consideration for market share. All else equal, especially safety, we think: (1) treatments are evaluated by non-inferiority studies; (2) intravitreal injections are unpleasant, which weighs on compliance and contributes to unrecoverable drops in visual acuity; (3) four-plus hour time commitments necessitate family member intervention; and (4) case burden for ophthalmology surgeons makes it impossible to service wet-AMD caseload, which we estimate exceeds 8M annually on a Q4W schedule. Hence, the move towards newer options, which reduces treatment burden by increasing the intervals between procedures. In line with these, abicipar is poised to join Beovu, Novartis, and Eylea with a Q12W schedule that is non-inferior to standard-of-care administered on a Q4W basis. While Beovu approved on October 8, 2019, has a Q12W label, its: (1) TEAE of occlusive retinal vasculitis; and (2) clinical data indicating about 50% patient migration to Q8W schedule, cloud its commercial outlook, in our view. Furthermore, Eylea's label indicates a preference for the eight and not the 12-week schedule for optimal efficacy. Hence, we anticipate abicipar's U.S., adoption to approach approximately 54K patients by 2025, representing between 6% to 7.5% of the wet-AMD market, which translates into peak U.S. sales of about $850M. Globally, we anticipate abicipar to exceed $1.2B by 2026, which could be conservative if historic trends favoring frequency-dependent adoption hold. This implies Molecular Partners nets about $168M during 2026, by our estimates.

**MP0310 a step towards tumor targeted agonism.** The Amgen-partnered MP0310, is an extended half-life DARPin bispecific, which simultaneously engages a tumor specific antigen, i.e., fibroblast activation protein (FAP) coupled to a potent T cell co-stimulator 4-1BB. The advantages of this strategy are twofold: (1) systemic toxicities should be limited because activation would be confined to tissue expressing the target antigen; and (2) tumor-mediated 4-1BB clustering should drive potent agonism. Interestingly: (1) the premise of a FAP-targeted T cell activation strategy has generated early clinical success in RO6874281 (Roche), which is a FAP-targeted interleukin-2 variant (IL-2v); (2) in the solid tumor setting 4-1BB co-stimulation has demonstrated early promise in the form of PRS-343, from Pieris Pharmaceuticals (PIRS; Buy; Pantginis), which is a 4-1BB x HER2 bispecific; and (3) 4-1BB is the preferred co-stimulatory agent in most CAR T constructs for hematologic malignancies. Hence, the concept of bringing together the FAP targeted, tumor localized potent immunomodulation, with 4-1BB receptor being widely expressed on T cells, NK cells, myeloid cells, and neutrophils, holds promise, in our view. The implications were not missed by Roche, which is advancing a similar bispecific RG7827, albeit a high molecular weight construct with a relatively complicated architecture compared to the simplicity of the MP0310. Our comparison of the available preclinical data for these RG7827 vs. MP0310, while derived from different experimental conditions suggest comparable potency. Note, neither of these two constructs are likely to experience hepatic tox due to Fc mediated crosslinking of FcγRIIb-expressing liver-resident cells such as hepatic myeloid and sinusoidal endothelial cells, a problem with first generation 4-1BB-based mAbs. MP0310 is currently in a 54 patient dose escalation study with preliminary insights into RP2D and activity during 2021, by our estimates. Molecular Partners is entitled tiered double-digit royalties up to the high teens on net worldwide sales along with $497M in future milestones. Given its Phase 1 status, we associate a 6% POS for the asset, which translates into a rNPV of CHF1.37/share.

**MP0250 and MP0274 could have been interesting assets, but competitive dynamics call for reevaluation.** MP0250 and MP0274 are the company's first-gen incursions into oncology, and we do not expect continued investments into these assets unless management can find a suitable partner. MP0250 is a multiple DARPin with HGF and VEGF binding domains, which have shown minimal activity when inhibited individually in prior non-DARPin clinical programs, but when dually inhibited via the DARPin architecture, have evidence of clinical activity and a clean safety profile. However, the MM party has moved on to much higher ground with BCMA-targeted CAR Ts and bispecifics delivering 90% OR rates, in patients with up to seven prior lines of therapy, leaving little room for MP0250, in our view. MP0250 targets pathways distinct from BCMA, and has shown promise in combination with Velcade and dexamethasone; hence, there might be synergies if deployed in combination with BCMA-directed therapies. Similarly, MP0274 is trying to play catch up with the likes of ZW25, from ZymeWorks (ZYME; Buy) and Enhertu, from AstraZeneca (AZN; not rated) and Daiichi Sankyo (DSNKY; not rated)]. Dose escalation data from MP0274 are anticipated during 2021, but we envision a tough road ahead for this biparatopic HER2 asset targeting the same domains on HER2 as trastuzumab and pertuzumab. Our model does not currently incorporate MP0274 or MP0250, leaving room for a surprise upside should the clinical activity of MP0274 surpass expectations or management find a partner for MP0250.

**Valuation and risks to our investment thesis.** We reiterate our Buy rating, and our 12-month, CHF29 price target on shares of Molecular Partners that is derived from a 13-year DCF-based, sum-of-the-parts analysis. Our DCF is driven by: beta of 1.77, terminal growth rate of 0.5%, risk premium of 4.93%, calculated WACC of 10.0%, and tax rate of 21% beginning in FY2028. Our CHF29 price target is primarily leveraged on the outcomes of abicipar's approval and, probability-adjusted, milestones and royalties from Allergan. Note, Molecular Partners is eligible to receive up to $210M in near-term milestones upon the regulatory approval of abicipar, the first of which could hit during mid-20. Additionally, our model incorporates $427M in milestone payments from Amgen (AMGN; not rated), but is probability adjusted at 6% to reflect the stage of development. Together, abicipar and MP0310 (also, AMG 506) represent approximately 95% of our rNPV, i.e., CHF27.63 per share. Our estimated probabilities for the pipeline are: (1) 80% for abicipar in wet AMD; (2) 6% each for MP0310 (AMG 506) in TNBC, OC, and PC; and (5) 80% and 6% for future milestones associated with Allergan, and Amgen's collaborations, respectively. Molecular Partners is a clinical-stage company developing a novel platform of Designed Ankyrin Repeat proteins (DARPins) with no approved medicines. Hence, risks to our target include: (1) clinical failure either due to untoward safety incidence or outright inability to demonstrate clinical benefit; (2) manufacturing challenges; (3) regulatory challenges; (4) reimbursement headwind; (5) commercial uptake; along with (6) general market and financing risks.

Molecular Partners AG                                                                                                      May 8, 2020

**Valuation: Molecular Partners (MOLN-SWX) Discounted Cash Flow (DCF) Analysis**

| | | Discounted Cash Flow Analysis | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | TV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ticker | MOLN-SWX | EBIT (000s CHF) | (34) | 56,277 | 28,085 | 27,271 | 59,547 | 71,816 | 69,706 | 70,930 | 73,546 | 53,030 | 57,154 | 60,474 | 60,803 | |
| Period | 2020E | Tax rate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | |
| Beta est | 1.77 | EBIT*(1-t) | (34) | 56,277 | 28,085 | 27,271 | 59,547 | 71,816 | 69,706 | 70,930 | 58,101 | 41,894 | 45,151 | 47,774 | 48,035 | |
| Risk-free rate (R$_F$)(10 yr yield) | 1.25% | Capital expenditures | (3,000) | (4,000) | (4,200) | (4,410) | (4,631) | (4,862) | (5,105) | (5,360) | (5,628) | (5,910) | (6,205) | (6,516) | (6,841) | |
| Risk premium (R$_p$) | 4.93% | % growth | 191.0% | 33.3% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| Cost of equity (KE) | 10.0% | Depreciation | 1,800 | 1,900 | 1,957 | 2,016 | 2,076 | 2,138 | 2,203 | 2,269 | 2,337 | 2,407 | 2,479 | 2,553 | 2,630 | |
| Cost of debt (K$_D$) | 0.0% | % growth | -27.1% | 5.6% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | |
| Terminal growth rate | 0.5% | Change in non-cash working capital | (700) | (15,800) | 14,160 | (3,382) | (3,551) | (53,729) | 46,085 | (4,111) | (4,316) | (104,532) | (4,759) | 95,003 | (5,247) | |
| Terminal value (% of total value) | 31.3% | % growth | -101.4% | 2157.1% | -189.6% | -123.9% | 5.0% | 1413.0% | -185.8% | -108.9% | 5.0% | 2321.8% | -95.4% | -2096.4% | -105.5% | |
| Shareholder equity | 58,305 | **Free cash flow to the firm** | **5,466** | **77,977** | **20,082** | **37,078** | **69,805** | **132,545** | **30,929** | **82,669** | **70,383** | **154,743** | **58,595** | **(38,160)** | **62,753** | **665,530** |
| Debt outstanding | 0 | Discount factor | 0.97 | 0.91 | 0.83 | 0.75 | 0.68 | 0.62 | 0.57 | 0.51 | 0.47 | 0.42 | 0.39 | 0.35 | 0.32 | |
| Total capital | 58,305 | **Present value of cash flows** | **5,295** | **70,903** | **16,604** | **27,876** | **47,719** | **82,390** | **17,482** | **42,487** | **32,891** | **65,754** | **22,640** | **(13,407)** | **20,047** | **199,545** |
| Equity/cap | 100.0% | **Value of firm** | **638,227** | | | | | | | | | | | | | |
| Debt/cap | 0.0% | Debt | 0 | | | | | | | | | | | | | |
| WACC (calculated) | 10.0% | **Value of equity** | **638,227** | | | | | | | | | | | | | |
| WACC (applied) | 10.0% | **Value per share** | **CHF 29.00** | | | | | | | | | | | | | |
| Shares outstanding | 21,753 | | | | | | | | | | | | | | | |

*Source: H.C. Wainwright & Co. estimates.*

Molecular Partners AG

May 8, 2020

**Income Statement**

| FY end Dec. 31 | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income statement** | | | | | | | | | | | | | | | | | | | | | | |
| (CHF in thousands, except per share data) | | | | | | | | | | | | | | | | | | | | | | |
| Product revenues | 0 | 0 | 0 | 0 | 2,464 | 2,464 | 4,637 | 6,624 | 7,286 | 7,949 | 26,496 | 58,739 | 98,000 | 128,470 | 154,718 | 156,619 | 159,440 | 163,881 | 169,363 | 173,137 | 175,268 | 177,499 |
| abicipar, US | 0 | 0 | 0 | 0 | 2,464 | 2,464 | 4,108 | 5,868 | 6,455 | 7,042 | 23,472 | 41,423 | 62,720 | 84,100 | 100,050 | 100,050 | 100,050 | 100,050 | 100,050 | 100,050 | 100,050 | 100,050 |
| abicipar, ex-US | 0 | 0 | 0 | 0 | 0 | 0 | 529 | 756 | 832 | 907 | 3,024 | 17,316 | 35,280 | 44,370 | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 |
| MP0310, TNBC, US | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 74 | 177 | 337 | 611 | 865 | 1,016 | 1,186 | 1,311 |
| MP0310, TNBC, ex-US | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 72 | 171 | 323 | 580 | 814 | 948 | 1,098 |
| MP0310, OC, US | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 229 | 584 | 1,098 | 1,971 | 2,753 | 3,063 | 3,396 | 3,755 |
| MP0310, OC, ex-US | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 221 | 557 | 1,037 | 1,843 | 2,551 | 2,815 | 3,096 |
| MP0310, PC, US | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 365 | 931 | 1,750 | 3,142 | 4,388 | 4,883 | 5,414 | 5,985 |
| MP0310, PC, ex-US | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 584 | 1,476 | 2,746 | 4,884 | 6,759 | 7,458 | 8,203 |
| Net revenues from research collaborations | 20,383 | 3,300 | 22,050 | 7,100 | 29,650 | 62,100 | 15,000 | 30,000 | 30,000 | 30,000 | 105,000 | 54,200 | 22,000 | 31,000 | 24,000 | 24,750 | 24,750 | 24,750 | 750 | 3,000 | 6,000 | 6,000 |
| **Total Revenues** | **20,383** | **3,300** | **22,050** | **7,100** | **32,114** | **64,564** | **19,637** | **36,624** | **37,286** | **37,949** | **131,496** | **112,939** | **120,000** | **159,470** | **178,718** | **181,369** | **184,190** | **188,631** | **170,113** | **176,137** | **181,268** | **183,499** |
| Cost of goods sold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,874 | 9,800 | 12,847 | 15,472 | 15,662 | 15,944 | 16,388 | 16,936 | 17,314 | 17,527 | 17,750 |
| **Gross profit** | **20,383** | **3,300** | **22,050** | **7,100** | **32,114** | **64,564** | **19,637** | **36,624** | **37,286** | **37,949** | **131,496** | **107,065** | **110,200** | **146,623** | **163,246** | **165,707** | **168,246** | **172,243** | **153,177** | **158,823** | **163,741** | **165,749** |
| Research and development | 43,498 | 11,500 | 11,845 | 12,200 | 12,566 | 48,112 | 13,250 | 13,515 | 13,785 | 14,061 | 54,611 | 57,342 | 60,209 | 63,219 | 66,380 | 69,699 | 69,699 | 69,699 | 69,699 | 69,699 | 69,699 | 69,699 |
| General and administrative | 13,545 | 4,000 | 4,080 | 4,162 | 4,245 | 16,486 | 5,000 | 5,100 | 5,202 | 5,306 | 20,608 | 21,638 | 22,720 | 23,856 | 25,049 | 26,302 | 27,617 | 28,998 | 30,447 | 31,970 | 33,568 | 35,247 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total operating expenses** | **57,043** | **15,500** | **15,925** | **16,362** | **16,811** | **64,598** | **18,250** | **18,615** | **18,987** | **19,367** | **75,219** | **78,980** | **82,929** | **87,076** | **91,430** | **96,001** | **97,316** | **98,697** | **100,147** | **101,669** | **103,268** | **104,946** |
| **Operating gains (losses)** | **(36,660)** | **(12,200)** | **6,125** | **(9,262)** | **15,303** | **(34)** | **1,387** | **18,009** | **18,299** | **18,582** | **56,277** | **28,085** | **27,271** | **59,547** | **71,816** | **69,706** | **70,930** | **73,546** | **53,030** | **57,154** | **60,474** | **60,803** |
| Financial income | 1,599 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Financial expense | (1,210) | (1,100) | 0 | 0 | 0 | (1,100) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total other income (expense)** | **389** | **(1,100)** | **0** | **0** | **0** | **(1,100)** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Gain (loss) before income taxes** | **(36,271)** | **(13,300)** | **6,125** | **(9,262)** | **15,303** | **(1,134)** | **1,387** | **18,009** | **18,299** | **18,582** | **56,277** | **28,085** | **27,271** | **59,547** | **71,816** | **69,706** | **70,930** | **73,546** | **53,030** | **57,154** | **60,474** | **60,803** |
| Income tax benefit (expense) | (17) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (15,445) | (11,136) | (12,002) | (12,699) | (12,769) |
| **Net income (loss)** | **(36,288)** | **(13,300)** | **6,125** | **(9,262)** | **15,303** | **(1,134)** | **1,387** | **18,009** | **18,299** | **18,582** | **56,277** | **28,085** | **27,271** | **59,547** | **71,816** | **69,706** | **70,930** | **58,101** | **41,894** | **45,151** | **47,774** | **48,035** |
| Remeasurement of net pension liabilities; and exchange differ, ne | (4,725) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Earnings (loss) per share - diluted** | **(1.69)** | **(0.61)** | **0.28** | **(0.43)** | **0.70** | **(0.05)** | **0.06** | **0.82** | **0.84** | **0.85** | **2.57** | **1.28** | **1.24** | **2.70** | **3.25** | **3.15** | **3.20** | **2.61** | **1.88** | **2.02** | **2.14** | **2.14** |
| Shares outstanding - diluted | 21,413 | 21,644 | 21,688 | 21,731 | 21,775 | 21,753 | 21,818 | 21,862 | 21,905 | 21,949 | 21,927 | 21,971 | 22,015 | 22,059 | 22,103 | 22,148 | 22,192 | 22,236 | 22,281 | 22,325 | 22,370 | 22,415 |

*Source: H.C. Wainwright & Co. estimates.*

Molecular Partners AG

May 8, 2020

**Cash Flow Statement**

| Cash flows statement | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (CHF in thousands, except per share data) | | | | | | | | | | | | | | | | | | | | | | |
| **Cash flows from Operating activities:** | | | | | | | | | | | | | | | | | | | | | | |
| Net gain (loss) | (36,288) | (13,300) | 6,125 | (9,262) | 15,303 | (1,134) | 1,387 | 18,009 | 18,299 | 18,582 | 56,277 | 28,085 | 27,271 | 59,547 | 71,816 | 69,706 | 70,930 | 58,101 | 41,894 | 45,151 | 47,774 | 48,035 |
| Depreciation & Amortization | 2,469 | 450 | 450 | 450 | 450 | 1,800 | 475 | 475 | 475 | 475 | 1,900 | 1,957 | 2,016 | 2,076 | 2,138 | 2,203 | 2,269 | 2,337 | 2,407 | 2,479 | 2,553 | 2,630 |
| Share-based compensation costs | 2,438 | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 | 925 | 950 | 975 | 1,000 | 3,850 | 4,043 | 4,245 | 4,457 | 4,680 | 4,914 | 5,159 | 5,417 | 5,688 | 5,973 | 6,271 | 6,585 |
| Change in employee benefits | 473 | 175 | 175 | 175 | 175 | 700 | 200 | 200 | 200 | 200 | 800 | 840 | 882 | 926 | 972 | 1,021 | 1,072 | 1,126 | 1,182 | 1,241 | 1,303 | 1,368 |
| Income tax | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contract liability recognized in profit or loss | 0 | (3,300) | (22,050) | (7,100) | (29,650) | (62,100) | (15,000) | (30,000) | (30,000) | (30,000) | (105,000) | (54,200) | (15,000) | 0 | (24,000) | (24,750) | (24,750) | (24,750) | (750) | (3,000) | (6,000) | (6,000) |
| Financial income | (1,599) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Financial expense | 1,210 | 1,100 | 0 | 0 | 0 | 1,100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in prepaid expenses and accrued income | 453 | 0 | (525) | (550) | (575) | (1,650) | (650) | (650) | (650) | (650) | (2,600) | (2,730) | (2,867) | (3,010) | (3,160) | (3,318) | (3,484) | (3,658) | (3,841) | (4,033) | (4,235) | (4,447) |
| Change in trade and other receivables | 49,570 | (55,000) | 55,000 | (50,000) | 50,000 | 0 | (35,000) | 35,000 | (35,000) | 20,000 | (15,000) | 15,000 | 0 | 0 | (50,000) | 50,000 | 0 | 0 | (100,000) | 0 | 0 | 0 |
| *Change in inventory* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *(2,500)* | *(2,625)* | *(2,756)* | *(2,894)* | *(3,039)* | *(3,191)* | *(3,350)* | *(3,518)* | *(3,694)* | *(3,878)* |
| Change in trade and other payables | (270) | 175 | 175 | 175 | 175 | 700 | 200 | 200 | 200 | 200 | 800 | 840 | 882 | 926 | 972 | 1,021 | 1,072 | 1,126 | 1,182 | 1,241 | 1,303 | 1,368 |
| Change in contract liability | (20,383) | 55,000 | 0 | 50,000 | 0 | 105,000 | 35,000 | 0 | 35,000 | 15,000 | 85,000 | 35,000 | 120,000 | 0 | 50,000 | 0 | 0 | 0 | 100,000 | 100,000 | 0 | 0 |
| Change in accrued expenses | 217 | 250 | 250 | 250 | 250 | 1,000 | 300 | 300 | 300 | 300 | 1,200 | 1,260 | 1,323 | 1,389 | 1,459 | 1,532 | 1,608 | 1,689 | 1,773 | 1,862 | 1,955 | 2,052 |
| Exchange gain/(loss) on working capital positions | 604 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest paid; and Other financial expense | (100) | 150 | 0 | 0 | 0 | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net cash provided (used) by Operating activities** | **(1,189)** | **(13,300)** | **40,600** | **(14,862)** | **37,128** | **49,566** | **(12,163)** | **24,484** | **(10,201)** | **25,107** | **27,227** | **30,094** | **136,252** | **63,687** | **52,121** | **99,434** | **50,837** | **38,196** | **46,184** | **147,396** | **147,231** | **47,713** |
| | | | | | | | | | | | | | | | | | | | | | | |
| **Cash flows from Investing activities:** | | | | | | | | | | | | | | | | | | | | | | |
| Proceeds from/investments in short term time deposits | (19,368) | (5,000) | (5,000) | (5,000) | (5,000) | (20,000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisition/disposal of property, plant and equipment | (1,031) | (750) | (750) | (750) | (750) | (3,000) | (1,000) | (1,000) | (1,000) | (1,000) | (4,000) | (4,200) | (4,410) | (4,631) | (4,862) | (5,105) | (5,360) | (5,628) | (5,910) | (6,205) | (6,516) | (6,841) |
| Acquisition of intangible assets | (833) | (250) | (100) | (100) | (100) | (550) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest received | 1,396 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net cash provided (used) by Investing activities** | **(19,836)** | **(6,000)** | **(5,850)** | **(5,850)** | **(5,850)** | **(23,550)** | **(1,000)** | **(1,000)** | **(1,000)** | **(1,000)** | **(4,000)** | **(4,200)** | **(4,410)** | **(4,631)** | **(4,862)** | **(5,105)** | **(5,360)** | **(5,628)** | **(5,910)** | **(6,205)** | **(6,516)** | **(6,841)** |
| | | | | | | | | | | | | | | | | | | | | | | |
| **Cash flows from Financing activities:** | | | | | | | | | | | | | | | | | | | | | | |
| Proceeds from exercise of stock options, net of transaction costs | 1,010 | 50 | 0 | 0 | 0 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payment of lease liabilities | (1,237) | (100) | 0 | 0 | 0 | (100) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net cash provided (used) by Financing activities** | **(227)** | **(50)** | **0** | **0** | **0** | **(50)** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| Exchange gain/(loss) on cash positions | (1,994) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net increase (decrease) in Cash/Cash Equivalents** | **(23,246)** | **(19,350)** | **34,750** | **(20,712)** | **31,278** | **25,966** | **(13,163)** | **23,484** | **(11,201)** | **24,107** | **23,227** | **25,894** | **131,842** | **59,056** | **47,259** | **94,329** | **45,476** | **32,567** | **40,274** | **141,190** | **140,715** | **40,872** |
| Cash & Cash Equivalents at Beginning of Period | 98,958 | 75,712 | 56,362 | 91,112 | 70,400 | 75,712 | 101,678 | 88,515 | 111,999 | 100,798 | 101,678 | 124,905 | 150,799 | 282,640 | 341,697 | 388,956 | 483,285 | 528,761 | 561,329 | 601,603 | 742,793 | 883,508 |
| Cash & Cash Equivalents at End of Period | 75,712 | 56,362 | 91,112 | 70,400 | 101,678 | 101,678 | 88,515 | 111,999 | 100,798 | 124,905 | 124,905 | 150,799 | 282,640 | 341,697 | 388,956 | 483,285 | 528,761 | 561,329 | 601,603 | 742,793 | 883,508 | 924,380 |

*Source: H.C. Wainwright & Co. estimates.*

Molecular Partners AG

May 8, 2020

**Balance Sheet**

| Balance sheet | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (CHF in thousands, except per share data) | | | | | | | | | | | | | | | | | | | | | | |
| **Assets** | | | | | | | | | | | | | | | | | | | | | | |
| **Current assets:** | | | | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 75,712 | 56,362 | 91,112 | 70,400 | 101,678 | 101,678 | 88,515 | 111,999 | 100,798 | 124,905 | 124,905 | 150,799 | 282,640 | 341,697 | 388,956 | 483,285 | 528,761 | 561,329 | 601,603 | 742,793 | 883,508 | 924,380 |
| Trade and other receivables | 2,344 | 57,344 | 2,344 | 52,344 | 2,344 | 2,344 | 37,344 | 2,344 | 37,344 | 17,344 | 17,344 | 2,344 | 2,344 | 2,344 | 52,344 | 2,344 | 2,344 | 102,344 | 102,344 | 2,344 | 2,344 | 2,344 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,500 | 5,125 | 7,881 | 10,775 | 13,814 | 17,005 | 20,355 | 23,873 | 27,566 | 31,445 |
| Prepaid expenses and accrued income | 2,497 | 2,497 | 3,022 | 3,572 | 4,147 | 4,147 | 4,797 | 5,447 | 6,097 | 6,747 | 6,747 | 9,477 | 12,344 | 15,353 | 18,514 | 21,832 | 25,316 | 28,975 | 32,816 | 36,850 | 41,085 | 45,532 |
| Short-term time deposits | 19,368 | 24,368 | 29,368 | 34,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 |
| **Total current assets** | **99,921** | **140,571** | **125,846** | **160,684** | **147,537** | **147,537** | **170,024** | **159,158** | **183,607** | **188,364** | **188,364** | **201,988** | **339,196** | **403,887** | **507,063** | **557,604** | **609,603** | **649,020** | **796,486** | **945,227** | **993,872** | **1,043,068** |
| Property, plant and equipment | 4,242 | 4,542 | 4,842 | 5,142 | 5,442 | 5,442 | 5,967 | 6,492 | 7,017 | 7,542 | 7,542 | 9,785 | 12,179 | 14,734 | 17,457 | 20,360 | 23,451 | 26,743 | 30,246 | 33,972 | 37,934 | 42,146 |
| Intangible assets | 772 | 1,022 | 1,122 | 1,222 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 |
| **Total assets** | **104,935** | **146,135** | **131,810** | **167,048** | **154,301** | **154,301** | **177,313** | **166,972** | **191,946** | **197,228** | **197,228** | **213,095** | **352,697** | **419,943** | **525,842** | **579,286** | **634,377** | **677,085** | **828,054** | **980,521** | **1,033,128** | **1,086,536** |
| **Liabilities and stockholders' equity** | | | | | | | | | | | | | | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | | | | | | | | | | | | | | |
| Trade and other payables | 2,410 | 2,585 | 2,760 | 2,935 | 3,110 | 3,110 | 3,310 | 3,510 | 3,710 | 3,910 | 3,910 | 4,750 | 5,632 | 6,558 | 7,531 | 8,552 | 9,624 | 10,749 | 11,931 | 13,172 | 14,475 | 15,844 |
| Accrued expenses | 6,618 | 6,868 | 7,118 | 7,368 | 7,618 | 7,618 | 7,918 | 8,218 | 8,518 | 8,818 | 8,818 | 10,078 | 11,401 | 12,790 | 14,249 | 15,780 | 17,388 | 19,077 | 20,850 | 22,711 | 24,666 | 26,719 |
| Contract liability | 18,310 | 44,160 | 33,135 | 54,585 | 39,760 | 39,760 | 49,760 | 34,760 | 37,260 | 29,760 | 29,760 | 20,160 | 72,660 | 72,660 | 85,660 | 73,285 | 60,910 | 48,535 | 98,160 | 146,660 | 143,660 | 140,660 |
| Lease liability | 1,267 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 |
| **Total current liabilities** | **28,605** | **54,830** | **44,230** | **66,105** | **51,705** | **51,705** | **62,205** | **47,705** | **50,705** | **43,705** | **43,705** | **36,205** | **90,910** | **93,225** | **108,656** | **98,834** | **89,139** | **79,578** | **132,158** | **183,761** | **184,019** | **184,439** |
| Contract liability, non-current | 10,017 | 35,867 | 24,842 | 46,292 | 31,467 | 31,467 | 41,467 | 26,467 | 28,967 | 21,467 | 21,467 | 11,867 | 64,367 | 64,367 | 77,367 | 64,992 | 52,617 | 40,242 | 89,867 | 138,367 | 135,367 | 132,367 |
| Lease liability, non-current | 1,278 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 |
| Employee benefits | 10,896 | 11,071 | 11,246 | 11,421 | 11,596 | 11,596 | 11,796 | 11,996 | 12,196 | 12,396 | 12,396 | 13,236 | 14,118 | 15,044 | 16,017 | 17,038 | 18,110 | 19,235 | 20,417 | 21,658 | 22,961 | 24,330 |
| **Total liabilities** | **50,796** | **102,996** | **81,546** | **125,046** | **95,996** | **95,996** | **116,696** | **87,396** | **93,096** | **78,796** | **78,796** | **62,536** | **170,623** | **173,864** | **203,268** | **182,091** | **161,094** | **140,284** | **243,670** | **345,014** | **343,575** | **342,364** |
| Share capital | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 |
| Additional paid-in capital | 182,849 | 183,899 | 184,899 | 185,899 | 186,899 | 186,899 | 187,824 | 188,774 | 189,749 | 190,749 | 190,749 | 194,792 | 199,036 | 203,493 | 208,173 | 213,086 | 218,246 | 223,663 | 229,351 | 235,324 | 241,595 | 248,180 |
| Cumulative losses | (130,870) | (142,920) | (136,795) | (146,057) | (130,754) | (130,754) | (129,367) | (111,358) | (93,059) | (74,477) | (74,477) | (46,393) | (19,122) | 40,425 | 112,242 | 181,948 | 252,877 | 310,979 | 352,872 | 398,024 | 445,798 | 493,832 |
| **Total stockholders' equity** | **54,139** | **43,139** | **50,264** | **42,002** | **58,305** | **58,305** | **60,617** | **79,576** | **98,850** | **118,432** | **118,432** | **150,559** | **182,074** | **246,078** | **322,574** | **397,194** | **473,283** | **536,802** | **584,383** | **635,507** | **689,553** | **744,172** |
| **Total liabilities and stockholders' equity** | **104,935** | **146,135** | **131,810** | **167,048** | **154,301** | **154,301** | **177,313** | **166,972** | **191,946** | **197,228** | **197,228** | **213,095** | **352,697** | **419,943** | **525,842** | **579,286** | **634,377** | **677,085** | **828,054** | **980,521** | **1,033,128** | **1,086,536** |

Source: H.C. Wainwright & Co. estimates.

Molecular Partners AG

May 8, 2020

**Cash Outlook, Ratio Analysis, and Enterprise Value**

| CASH QUICK LOOK : | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash burn in period (cash from operations) | 57,043 | 15,500 | 15,925 | 16,362 | 16,811 | 64,598 | 18,250 | 18,615 | 18,987 | 19,367 | 75,219 | 78,980 | 82,929 | 87,076 | 91,430 | 96,001 | 97,316 | 98,697 | 100,147 | 101,669 | 103,268 | 104,946 |
| Total cash and cash equivalents | 95,080 | 80,730 | 120,480 | 104,768 | 141,046 | 141,046 | 127,883 | 151,367 | 140,166 | 164,273 | 164,273 | 190,167 | 322,008 | 381,065 | 428,324 | 522,653 | 568,129 | 600,697 | 640,971 | 782,161 | 922,876 | 963,748 |
| Periods of cash remaining | 1.5 yrs | 5.0 qs | 7.5 qs | 6.5 qs | 8.5 qs | 2.0 yrs | 7.0 qs | 8.0 qs | 7.5 qs | 8.5 qs | 2.0 yrs | 2.5 yrs | 4.0 yrs | 4.5 yrs | 4.5 yrs | 5.5 yrs | 6.0 yrs | 6.0 yrs | 6.5 yrs | 7.5 yrs | 9.0 yrs | 9.0 yrs |

| Ratio analysis | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EBIT | (36,660) | (12,200) | 6,125 | (9,262) | 15,303 | (34) | 1,387 | 18,009 | 18,299 | 18,582 | 56,277 | 28,085 | 27,271 | 59,547 | 71,816 | 69,706 | 70,930 | 73,546 | 53,030 | 57,154 | 60,474 | 60,803 |
| EBITDA | (34,191) | (11,750) | 6,575 | (8,812) | 15,753 | 1,766 | 1,862 | 18,484 | 18,774 | 19,057 | 58,177 | 30,042 | 29,286 | 61,623 | 73,955 | 71,909 | 73,198 | 75,882 | 55,437 | 59,633 | 63,027 | 63,433 |
| EBITDA % of Sales | -168% | -356% | 30% | -124% | 49% | 3% | 9% | 50% | 50% | 50% | 44% | 27% | 24% | 39% | 41% | 40% | 40% | 40% | 33% | 34% | 35% | 35% |
| EV/EBITDA multiple | (9x) | (28x) | 65x | (51x) | 27x | 238x | 234x | 22x | 23x | 21x | 7x | 13x | 8x | 3x | 2x | 1x | 0x | (0x) | (1x) | (3x) | (5x) | (6x) |
| Gross Profit Margin | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 95% | 92% | 92% | 91% | 91% | 91% | 91% | 90% | 90% | 90% | 90% |
| OpMargin | -180% | -370% | 28% | -130% | 48% | 0% | 7% | 49% | 49% | 49% | 43% | 25% | 23% | 37% | 40% | 38% | 39% | 39% | 31% | 32% | 33% | 33% |
| Net Operating Profit After Tax (NOPAT) | (36,677) | (12,200) | 6,125 | (9,262) | 15,303 | (34) | 1,387 | 18,009 | 18,299 | 18,582 | 56,277 | 28,085 | 27,271 | 59,547 | 71,816 | 69,706 | 70,930 | 58,101 | 41,894 | 45,151 | 47,774 | 48,035 |
| Free Cash Flow (FCF) | (20,557) | (18,300) | 35,600 | (19,862) | 32,128 | 29,566 | (12,163) | 24,484 | (10,201) | 25,107 | 27,227 | 30,094 | 136,252 | 63,687 | 52,121 | 99,434 | 50,837 | 38,196 | 46,184 | 147,396 | 147,231 | 47,713 |
| Book per share | 2.53 | 1.99 | 2.32 | 1.93 | 2.68 | 2.68 | 2.78 | 3.64 | 4.51 | 5.40 | 5.40 | 6.85 | 8.27 | 11.16 | 14.59 | 17.93 | 21.33 | 24.14 | 26.23 | 28.47 | 30.83 | 33.20 |
| Net cash per share | 3.54 | 2.60 | 4.20 | 3.24 | 4.67 | 4.67 | 4.06 | 5.12 | 4.60 | 5.69 | 5.70 | 6.86 | 12.84 | 15.49 | 17.60 | 21.82 | 23.83 | 25.24 | 27.00 | 33.27 | 39.50 | 41.24 |
| Return on assets (ROA) | -35% | -9% | 5% | -6% | 10% | -1% | 1% | 11% | 10% | 9% | 29% | 13% | 8% | 14% | 14% | 12% | 11% | 9% | 5% | 5% | 5% | 4% |
| Return on equity (ROE) | -67% | -31% | 12% | -22% | 26% | -2% | 2% | 23% | 19% | 16% | 48% | 19% | 15% | 24% | 22% | 18% | 15% | 11% | 7% | 7% | 7% | 6% |
| Current ratio | 3.49 | 2.56 | 2.85 | 2.43 | 2.85 | 2.85 | 2.73 | 3.34 | 3.62 | 4.31 | 4.31 | 5.58 | 3.73 | 4.33 | 4.67 | 5.64 | 6.84 | 8.16 | 6.03 | 5.14 | 5.40 | 5.66 |

| | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Enterprise Value (MC + Total Debt - Cash) | 302,741 | 329,774 | 429,392 | 451,145 | 420,911 | 420,390 | 435,119 | 412,682 | 424,933 | 401,877 | 401,353 | 376,511 | 245,724 | 187,724 | 141,524 | 48,256 | 3,843 | (27,660) | (66,866) | (206,987) | (346,631) | (386,429) |
| Market Cap (MC) | 378,453 | 386,136 | 520,504 | 521,545 | 522,588 | 522,068 | 523,634 | 524,681 | 525,730 | 526,782 | 526,257 | 527,310 | 528,364 | 529,421 | 530,480 | 531,541 | 532,604 | 533,669 | 534,736 | 535,806 | 536,877 | 537,951 |

*Current Share price*  **CHF 24.00**

*Source: H.C. Wainwright & Co. estimates.*

Molecular Partners AG                                                                    May 8, 2020

### Important Disclaimers

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

**RETURN ASSESSMENT**

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.







---

Molecular Partners AG                                                                                     May 8, 2020

| Related Companies Mentioned in this Report as of May/07/2020 | | | | | |
|---|---|---|---|---|---|
| Company | Ticker | H.C. Wainwright Rating | 12 Month Price Target | Price | Market Cap |
| Pieris Pharmaceuticals, Inc. | PIRS | Buy | $9.00 | $2.59 | $136 |
| Zymeworks, Inc. | ZYME | Buy | $60.00 | $38.29 | $1743 |

Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of May 7, 2020 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 384 | 90.35% | 124 | 32.29% |
| Neutral | 38 | 8.94% | 7 | 18.42% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 3 | 0.71% | 3 | 100.00% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Debjit Chattopadhyay and Earl DeSouza , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of Molecular Partners AG, Pieris Pharmaceuticals, Inc. and Zymeworks, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of April 30, 2020 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of Molecular Partners AG, Pieris Pharmaceuticals, Inc. and Zymeworks, Inc..

Neither the research analyst nor the Firm knows or has reason to know of any other material conflict of interest at the time of publication of this research report.

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The Firm or its affiliates did not receive compensation from Molecular Partners AG, Pieris Pharmaceuticals, Inc. and Zymeworks, Inc. for investment banking services within twelve months before, but will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

The Firm does not make a market in Molecular Partners AG, Pieris Pharmaceuticals, Inc. and Zymeworks, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.

Molecular Partners AG                                                                                     May 8, 2020

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.