# EXHIBIT C

**Target Price Revision**

Healthcare

## H.C. WAINWRIGHT&CO.

**June 30, 2020**

### Molecular Partners AG (MOLN.SW)
### Rating: Buy

Debjit Chattopadhyay
646-975-6991
dchattopadhyay@hcwresearch.com

Aaron Welch
646-975-6953
awelch@hcwresearch.com

## No First Pass Approval for Abicipar; Target Lowered to CHF18

| Stock Data | 06/29/2020 |
|---|---|
| Price | CHF15.10 |
| Exchange | SWX |
| Price Target | CHF18.00 |
| 52-Week High | CHF24.90 |
| 52-Week Low | CHF11.08 |
| Enterprise Value (M) | CHF248 |
| Market Cap (M) | CHF329 |
| Shares Outstanding (M) | 21.8 |
| 3 Month Avg Volume | 53,508 |
| Short Interest (M) | NA |
| **Balance Sheet Metrics** | |
| Cash (M) | CHF80.7 |
| Total Debt (M) | CHF0.0 |
| Total Cash/Share | CHF3.71 |

*Cash (M): Cash reflects an interim company update for the period ending March 31, 2020.*

| EPS Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2019A | 2020E | 2021E |
| 1Q | NA | (0.61) | (0.15) |
| 2Q | (0.60) | 0.28 | 0.52 |
| 3Q | NA | (0.43) | 0.50 |
| 4Q | (1.09) | 0.59 | 0.48 |
| FY | (1.69) | (0.17) | 1.36 |

| Revenue ($M) | | | |
|---|---|---|---|
| Full Year - Dec | 2019A | 2020E | 2021E |
| 1Q | NA | 3.3 | 15.0 |
| 2Q | 13.6 | 22.1 | 30.0 |
| 3Q | NA | 7.1 | 30.0 |
| 4Q | 0.7 | 29.7 | 30.0 |
| FY | 20.4 | 62.1 | 105.0 |

*2Q19, and 4Q19 represent semi-annual, 6-months EPS and revenue as described in the half-year and annual reports. We anticipate Molecular Partners to make a debut on the Nasdaq exchange in 2021, hence our quarterly EPS and revenue estimates for quarters beginning 1Q20. CHF and USD trade close to parity with CHF1 = $1.05 per June 29, 2020 data.*



**A note with limited value add.** (1) On June 26, 2020, AbbVie (ABBV; not rated) announced the receipt of a CRL for Abicipar pegol. The CRL likely reflected a manufacturing and purification deficit and aimed at lowering intraocular inflammation to an undefined threshold. From our perch the CRL seems to be a fallout of Novartis' (NVS; not rated) Beovu saga. Hence, estimating the executable turnaround time and requirements for future approval is a guessing game. Furthermore, given that AbbVie and not Molecular Partners is in control of the program, we have little additional insight, until AbbVie has met with the agency over the summer to chart a path forward; (2) given the uncertain timelines we are moving potential approval to 2022; (3) while dose and efficacy of abicipar are not in question, we do not know if the agency is likely to mandate a full 52-week, blinded study or a single-arm, bridging study albeit with more patients than the MAPLE program. Recall the inflammation rate in the MAPLE study was 8.9%, below the 14% rate in the blinded Phase 3 studies; (4) it seems inconceivable to us that AbbVie would agree to another long, drawn-out clinical program, considering improvements to manufacturing have apparently lowered the inflammation rate further; (5) unfortunately, the wet-AMD market is relatively well served and the FDA could play hardball here. While we do anticipate a workable solution with appropriate durability of benefit reflected in the label, timelines are unclear. Hence, we are lowering our 12-month target on shares of Molecular Partners to $18 from $29. Over the near term we would not be surprised if the company opts to license its promising COVID-19 DARPin construct.

**Modularity and scalability of platform are poised to deliver a potential COVID-19 play.** Molecular Partners is developing targeted therapies that leverage its proprietary designed ankyrin repeat proteins (DARPins) technology. The platform offers modularity, flexibility, tunable half-life, high-affinity binding, and has demonstrated therapeutic relevance. Relevant recent updates include: (1) on track for the mid-2020 abicipar PDUFA, its Allergan-partnered (AGN; not rated) wet AMD intervention, which we think has the makings of a potential blockbuster based on its uncompromised Q12W dosing optionality; (2) preliminary data on MP0310, its FAP x 4-1BB bispecific, from the ongoing 54 patient dose escalation study in 2H20; and (3) a SARS-CoV-2 targeted DARPin program with two candidates ready to enter clinical development during 2H20. These DARPin proteins target three parts of the viral spike protein. Live virus *in vitro* studies, which evaluated the two lead anti-COVID-19 candidates, under the auspices of the Swiss Federal Office for Civil Protection demonstrated: (1) EC50 of <100 pM in dose-response assays with live, infectious SARS-CoV-2 virus; and (2) complete inhibition of infectious SARS-CoV-2 virion replication at low triple-digit pM concentrations.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 8 - 9 of this report.

Molecular Partners AG                                                                                                      June 30, 2020

**MP0310 a step towards tumor targeted agonism.** The Amgen-partnered MP0310, is an extended half-life DARPin bispecific, which simultaneously engages a tumor specific antigen, i.e., fibroblast activation protein (FAP) coupled to a potent T cell co-stimulator 4-1BB. The advantages of this strategy are twofold: (1) systemic toxicities should be limited because activation would be confined to tissue expressing the target antigen; and (2) tumor-mediated 4-1BB clustering should drive potent agonism. Interestingly: (1) the premise of a FAP-targeted T cell activation strategy has generated early clinical success for RO6874281 by Roche (RHHBY; not rated), which is a FAP-targeted interleukin-2 variant (IL-2v); (2) in the solid tumor setting 4-1BB co-stimulation has demonstrated early promise in the form of PRS-343, from Pieris Pharmaceuticals (PIRS; Buy; Pantginis), which is a 4-1BB x HER2 bispecific; and (3) 4-1BB is the preferred co-stimulatory agent in most CAR T constructs for hematologic malignancies. Hence, the concept of bringing together the FAP targeted, tumor localized potent immunomodulation, with 4-1BB receptor being widely expressed on T cells, NK cells, myeloid cells, and neutrophils, holds promise, in our view. The implications were not missed by Roche, which is advancing a similar bispecific RG7827, albeit a high molecular weight construct with a relatively complicated architecture compared to the simplicity of the MP0310. Our comparison of the available preclinical data for these RG7827 vs. MP0310, while derived from different experimental conditions suggest comparable potency. Note, neither of these two constructs are likely to experience hepatic tox due to Fc mediated crosslinking of FcγRIIb-expressing liver-resident cells such as hepatic myeloid and sinusoidal endothelial cells, a problem with first generation 4-1BB-based mAbs. MP0310 is currently in a 54 patient dose escalation study with preliminary insights into RP2D and activity during 2021, by our estimates. Molecular Partners is entitled tiered double-digit royalties up to the high teens on net worldwide sales along with $497M in future milestones. Given its Phase 1 status, we associate a 6% POS for the asset, which translates into a rNPV of CHF1.37/share.

**Dual targeting FAP x CD40 DARPin, MP0317 shaping up to be an interesting addition to the clinical pipeline during 2021.** Preclinical data presented at the June 2020, AACR meeting seems to indicate that MP0317 has the profile to be a clinically relevant CD40 agonist with robust activity in animal models while sidestepping the safety issues that have plagued mAb-based CD40 agonists. Recall, CD40 mediates an activation signal on APCs when ligated by CD40L (CD154), expressed predominantly by activated helper T cells and the pathway provides a central mechanism for the activation of B cells, dendritic cells, and macrophages. CD40 agonism has been demonstrated to suppress tumor growth in both mouse models and humans. For example, in humans, CD40 agonists have had activity in melanoma, pancreatic cancer, mesothelioma, and lymphomas; however, FC-mediated TRAEs including CRS and hepatotoxicity have been dose and ultimately efficacy limiting. Bottomline for MP0317: (1) the FAP x CD40 DARPin construct is activated in FAP expressing tumors and induces a strong and durable antitumor response *in vivo*; (2) given the DARPin backbone and FAP targeting moiety avoids systemic CD40 activation and Fc-mediated toxicity; (3) *in vitro*, MP0317 activates (a) monocyte-derived dendritic cells; (b) monocyte-derived macrophages; and (c) B cells in a FAP-dependent manner; (4) in FAP$_{HIGH}$ tumor-bearing mouse, a variant of MP0317, mFAP x mCD40 exhibits strong antitumor activity, but has a negligible antitumor effect on FAP$_{NEG}$ or FAP$_{LOW}$ tumors, confirming a FAP-specific MoA; (5) importantly, mFAP x mCD40 generates anti-tumor immune memory response in tumor re-challenge experiments, which could be a harbinger of an abscopal effect; and (6) immunologically, mFAP x mCD40 positively affects the DC and macrophages and increases the percentage of lymphocytes in the TME.

**Valuation and risks to our investment thesis.** We reiterate our Buy rating, but lower our 12-month target to CHF18 from CHF29 on shares of Molecular Partners. Our target is derived from a 13-year DCF-based, sum-of-the-parts analysis. Our DCF is driven by: beta of 1.77, terminal growth rate of 0.5%, risk premium of 4.93%, calculated WACC of 10.0%, and tax rate of 21% beginning in FY2028. Following the June 26, 2020, CRL we are moving the anticipated commercial launch of abicipar from 2020 into 2022, which negatively impacts both the $210M in near-term milestones payments as well as the anitcipated revenue over the next two years. No other changes were made to the model. Note, our model incorporates $427M in milestone payments from Amgen (AMGN; not rated), but is probability adjusted at 6% to reflect the stage of development. Together, abicipar and MP0310 (also, AMG 506) represent approximately 95% of our rNPV, i.e., CHF17.10 per share. Our estimated probabilities for the pipeline are: (1) 80% for abicipar in wet AMD; (2) 6% each for MP0310 (AMG 506) in TNBC, OC, and PC; and (5) 80% and 6% for future milestones associated with Allergan, and Amgen's collaborations, respectively. Molecular Partners is a clinical-stage company developing a novel platform of Designed Ankyrin Repeat proteins (DARPins) with no approved medicines. Hence, risks to our target include: (1) clinical failure either due to untoward safety incidence or outright inability to demonstrate clinical benefit; (2) manufacturing challenges; (3) regulatory challenges; (4) reimbursement headwind; (5) commercial uptake; along with (6) general market and financing risks.

Molecular Partners AG

June 30, 2020

| | | Discounted Cash Flow Analysis | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | TV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ticker | MOLN-SWX | | | | | | | | | | | | | | | | |
| Period | 2020E | EBIT (000s CHF) | (2,498) | 29,781 | (22,563) | (39,805) | (16,618) | 5,204 | 38,503 | 62,263 | 59,191 | 53,030 | 57,154 | 60,474 | 60,803 | |
| Beta est | 1.77 | Tax rate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 26.1% | 21.0% | 21.0% | 21.0% | 21.0% | |
| Risk-free rate (R$_F$)(10 yr yield) | 1.25% | EBIT*(1-t) | (2,498) | 29,781 | (22,563) | (39,805) | (16,618) | 5,204 | 38,503 | 62,263 | 43,746 | 41,894 | 45,151 | 47,774 | 48,035 | |
| Risk premium (R$_p$) | 4.93% | Capital expenditures | (3,000) | (4,000) | (4,200) | (4,410) | (4,631) | (4,862) | (5,105) | (5,360) | (5,628) | (5,910) | (6,205) | (6,516) | (6,841) | |
| Cost of equity (KE) | 10.0% | % growth | 191.0% | 33.3% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| Cost of debt (K$_D$) | 0.0% | Depreciation | 1,800 | 1,900 | 1,957 | 2,016 | 2,076 | 2,138 | 2,203 | 2,269 | 2,337 | 2,407 | 2,479 | 2,553 | 2,630 | |
| Terminal growth rate | 0.5% | % growth | -27.1% | 5.6% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | |
| Terminal value (% of total value) | 50.2% | Change in Non-Cash Working Capital | (700) | (15,800) | 14,160 | (3,382) | (3,551) | (53,729) | 46,085 | (4,111) | (4,316) | (104,532) | (4,759) | 95,003 | (5,247) | |
| Shareholder equity | 55,841 | % growth | -101.4% | 2157.1% | -189.6% | -123.9% | 5.0% | 1413.0% | -185.8% | -108.9% | 5.0% | 2321.8% | -95.4% | -2096.4% | -105.5% | |
| Debt outstanding | 0 | Free cash flow to the firm | 3,002 | 51,481 | (30,566) | (29,997) | (6,360) | 65,933 | (274) | 74,002 | 56,028 | 154,743 | 58,595 | (38,160) | 62,753 | 665,530 |
| Total capital | 55,841 | Discount factor | 0.95 | 0.91 | 0.83 | 0.75 | 0.68 | 0.62 | 0.57 | 0.51 | 0.47 | 0.42 | 0.39 | 0.35 | 0.32 | |
| Equity/cap | 100.0% | Present value of cash flows | 2,862 | 46,811 | (25,272) | (22,552) | (4,348) | 40,984 | (155) | 38,033 | 26,183 | 65,754 | 22,640 | (13,407) | 20,047 | 199,545 |
| Debt/cap | 0.0% | Value of firm | 397,126 | | | | | | | | | | | | | |
| WACC (calculated) | 10.0% | Debt | 0 | | | | | | | | | | | | | |
| WACC (applied) | 10.0% | Value of equity | 397,126 | | | | | | | | | | | | | |
| Shares outstanding | 21,709 | Value per share | CHF 18.00 | | | | | | | | | | | | | |

Molecular Partners AG

June 30, 2020

**Income Statement**

| FY end Dec. 31 | 1Q19E | 2Q19A (6 mts end) | 3Q19E | 4Q19A (6 mts end) | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income statement** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| (CHF in thousands, except per share data) | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Product revenues | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,464 | 23,472 | 43,842 | 80,704 | 121,949 | 149,810 | 147,931 | 169,363 | 173,137 | 175,268 | 177,499 |
| abicipar, US | | | | | | | | | | | | | | | | 2,464 | 23,472 | 41,423 | 62,720 | 84,100 | 100,050 | 84,100 | 100,050 | 100,050 | 100,050 | 100,050 |
| abicipar, ex-US | | | | | | | | | | | | | | | | 0 | 0 | 2,419 | 17,316 | 35,280 | 44,370 | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 |
| MP0310, TNBC, US | | | | | | | | | | | | | | | | 0 | 0 | 0 | 74 | 177 | 337 | 611 | 865 | 1,016 | 1,186 | 1,311 |
| MP0310, TNBC, ex-US | | | | | | | | | | | | | | | | 0 | 0 | 0 | 72 | 171 | 323 | 580 | 814 | 948 | 1,098 |
| MP0310, OC, US | | | | | | | | | | | | | | | | 0 | 0 | 229 | 584 | 1,098 | 1,971 | 2,753 | 3,063 | 3,396 | 3,755 |
| MP0310, OC, ex-US | | | | | | | | | | | | | | | | 0 | 0 | 0 | 221 | 557 | 1,037 | 1,843 | 2,551 | 2,815 | 3,096 |
| MP0310, PC, US | | | | | | | | | | | | | | | | 0 | 0 | 365 | 931 | 1,750 | 3,142 | 4,388 | 4,883 | 5,414 | 5,985 |
| MP0310, PC, ex-US | | | | | | | | | | | | | | | | 0 | 0 | 0 | 584 | 1,476 | 2,746 | 4,884 | 6,759 | 7,458 | 8,203 |
| Net revenues from research collaborations | | 13,551 | | 6,832 | 20,383 | 3,300 | 22,050 | 7,100 | 29,650 | 62,100 | 15,000 | 30,000 | 30,000 | 30,000 | 105,000 | 54,200 | 22,000 | 31,000 | 24,000 | 24,750 | 24,750 | 24,750 | 750 | 3,000 | 6,000 | 6,000 |
| Amgen | | 13,551 | | 6,832 | 20,383 | 3,300 | 7,050 | 7,100 | 7,150 | 24,600 | 0 | 0 | 0 | 0 | 0 | 1,700 | 7,000 | 7,000 | 0 | 750 | 750 | 750 | 750 | 3,000 | 6,000 | 6,000 |
| AbbVie | | 0 | | 0 | 0 | 0 | 15,000 | 0 | 22,500 | 37,500 | 15,000 | 30,000 | 30,000 | 30,000 | 105,000 | 52,500 | 15,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 0 | 0 | 0 | 0 |
| **Total Revenues** | 0 | 13,551 | 0 | 6,832 | 20,383 | 3,300 | 22,050 | 7,100 | 29,650 | 62,100 | 15,000 | 30,000 | 30,000 | 30,000 | 105,000 | 56,664 | 45,472 | 74,842 | 104,704 | 146,699 | 174,560 | 172,681 | 170,113 | 176,137 | 181,268 | 183,499 |
| Cost of goods sold | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 246 | 2,347 | 4,384 | 8,070 | 12,195 | 14,981 | 14,793 | 16,936 | 17,314 | 17,527 | 17,750 |
| **Gross profit** | 0 | 13,551 | 0 | 6,832 | 20,383 | 3,300 | 22,050 | 7,100 | 29,650 | 62,100 | 15,000 | 30,000 | 30,000 | 30,000 | 105,000 | 56,418 | 43,125 | 70,458 | 96,633 | 134,504 | 159,579 | 157,888 | 153,177 | 158,823 | 163,741 | 165,749 |
| Research and development | | 18,992 | | 24,506 | 43,498 | 11,500 | 11,845 | 12,200 | 12,566 | 48,112 | 13,250 | 13,515 | 13,785 | 14,061 | 54,611 | 57,342 | 60,209 | 63,219 | 66,380 | 69,699 | 69,699 | 69,699 | 69,699 | 69,699 | 69,699 | 69,699 |
| General and administrative | | 6,960 | | 6,585 | 13,545 | 4,000 | 4,080 | 4,162 | 4,245 | 16,486 | 5,000 | 5,100 | 5,202 | 5,306 | 20,608 | 21,638 | 22,720 | 23,856 | 25,049 | 26,302 | 27,617 | 28,998 | 30,447 | 31,970 | 33,568 | 35,247 |
| Other | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total operating expenses** | 0 | 25,952 | 0 | 31,091 | 57,043 | 15,500 | 15,925 | 16,362 | 16,811 | 64,598 | 18,250 | 18,615 | 18,987 | 19,367 | 75,219 | 78,980 | 82,929 | 87,076 | 91,430 | 96,001 | 97,316 | 98,697 | 100,147 | 101,669 | 103,268 | 104,946 |
| **Operating gains (losses)** | 0 | (12,401) | 0 | (24,259) | (36,660) | (12,200) | 6,125 | (9,262) | 12,839 | (2,498) | (3,250) | 11,385 | 11,013 | 10,633 | 29,781 | (22,563) | (39,805) | (16,618) | 5,204 | 38,503 | 62,263 | 59,191 | 53,030 | 57,154 | 60,474 | 60,803 |
| Financial income | | 1,685 | | (86) | 1,599 | (1,100) | 0 | 0 | 0 | (1,100) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Financial expense | | (2,022) | | 812 | (1,210) | (1,100) | 0 | 0 | 0 | (1,100) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total other income (expense)** | 0 | (337) | 0 | 726 | 389 | (1,100) | 0 | 0 | 0 | (1,100) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Gain (loss) before income taxes** | 0 | (12,738) | 0 | (23,533) | (36,271) | (13,300) | 6,125 | (9,262) | 12,839 | (3,598) | (3,250) | 11,385 | 11,013 | 10,633 | 29,781 | (22,563) | (39,805) | (16,618) | 5,204 | 38,503 | 62,263 | 59,191 | 53,030 | 57,154 | 60,474 | 60,803 |
| Income tax benefit (expense) | | (6) | | (11) | (17) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (15,445) | (11,136) | (12,002) | (12,699) | (12,769) |
| **Net income (loss)** | 0 | (12,744) | 0 | (23,544) | (36,288) | (13,300) | 6,125 | (9,262) | 12,839 | (3,598) | (3,250) | 11,385 | 11,013 | 10,633 | 29,781 | (22,563) | (39,805) | (16,618) | 5,204 | 38,503 | 62,263 | 43,746 | 41,894 | 45,151 | 47,774 | 48,035 |
| Remeasurement of net pension liabilities; ane exchange differ, net of tax | | (2,615) | | (2,110) | (4,725) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Earnings (loss) per share - basic** | No shares | $(0.60) | No shares | $(1.09) | $(1.69) | $(0.61) | 0.28 | (0.43) | 0.70 | $(0.05) | 0.06 | 0.82 | 0.84 | 0.85 | $(0.05) | 1.28 | 1.24 | 2.70 | 3.25 | 3.15 | 3.20 | 2.61 | 1.88 | 2.02 | 2.14 | 2.14 |
| **Earnings (loss) per share - diluted** | NA | (0.60) | NA | (1.09) | (1.69) | (0.61) | 0.28 | (0.43) | 0.59 | (0.17) | (0.15) | 0.52 | 0.50 | 0.48 | 1.36 | (1.03) | (1.81) | (0.75) | 0.24 | 1.74 | 2.81 | 1.97 | 1.88 | 2.02 | 2.14 | 2.14 |
| Shares outstanding - diluted | | 21,323 | | 21,601 | 21,413 | 21,644 | 21,688 | 21,731 | 21,775 | 21,709 | 21,818 | 21,862 | 21,905 | 21,949 | 21,884 | 21,971 | 22,015 | 22,059 | 22,103 | 22,148 | 22,192 | 22,236 | 22,281 | 22,325 | 22,370 | 22,415 |

*Source: H.C. Wainwright & Co. estimates.*

Molecular Partners AG

June 30, 2020

**Cash Flow Statement**

| Cash flows statement | 1Q19E | 2Q19A | 3Q19E | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (CHF in thousands, except per share data) | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Cash flows from Operating activities:** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Net gain (loss) | 0 | (12,744) | 0 | (23,544) | (36,288) | (13,300) | 6,125 | (9,262) | 12,839 | (3,598) | (3,250) | 11,385 | 11,013 | 10,633 | 29,781 | (22,563) | (39,805) | (16,618) | 5,204 | 38,503 | 62,263 | 43,746 | 41,894 | 45,151 | 47,774 | 48,035 |
| Depreciation & Amortization | | 1,157 | | 1,312 | 2,469 | 450 | 450 | 450 | 450 | 1,800 | 475 | 475 | 475 | 475 | 1,900 | 1,957 | 2,016 | 2,076 | 2,138 | 2,203 | 2,269 | 2,337 | 2,407 | 2,479 | 2,553 | 2,630 |
| Share-based compensation costs | | 1,427 | | 1,011 | 2,438 | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 | 925 | 950 | 975 | 1,000 | 3,850 | 4,043 | 4,245 | 4,457 | 4,680 | 4,914 | 5,159 | 5,417 | 5,688 | 5,973 | 6,271 | 6,585 |
| Change in employee benefits | | 334 | | 139 | 473 | 175 | 175 | 175 | 175 | 700 | 200 | 200 | 200 | 200 | 800 | 840 | 882 | 926 | 972 | 1,021 | 1,072 | 1,126 | 1,182 | 1,241 | 1,303 | 1,368 |
| Income tax | | 0 | | 17 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contract liability recognized in profit or loss | | 0 | | 0 | 0 | (3,300) | (22,050) | (7,100) | (29,650) | (62,100) | (15,000) | (30,000) | (30,000) | (30,000) | (105,000) | (54,200) | (15,000) | 0 | (24,000) | (24,750) | (24,750) | (24,750) | (750) | (3,000) | (6,000) | (6,000) |
| Financial income | | (1,685) | | 86 | (1,599) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Financial expense | | 2,022 | | (812) | 1,210 | 1,100 | 0 | 0 | 0 | 1,100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in prepaid expenses and accrued income | | (966) | | 1,419 | 453 | 0 | (525) | (550) | (575) | (1,650) | (650) | (650) | (650) | (650) | (2,600) | (2,730) | (2,867) | (3,010) | (3,160) | (3,318) | (3,484) | (3,658) | (3,841) | (4,033) | (4,235) | (4,447) |
| Change in trade and other receivables | | 49,690 | | (120) | 49,570 | (55,000) | 55,000 | (50,000) | 50,000 | 0 | (35,000) | 35,000 | (35,000) | 20,000 | (15,000) | 15,000 | 0 | (2,500) | (2,625) | (2,756) | (2,894) | (3,039) | (3,191) | (3,350) | (3,518) | (3,694) |
| *Change in inventory* | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in trade and other payables | | 310 | | (580) | (270) | 175 | 175 | 175 | 175 | 700 | 200 | 200 | 200 | 200 | 800 | 840 | 882 | 926 | 972 | 1,021 | 1,072 | 1,126 | 1,182 | 1,241 | 1,303 | 1,368 |
| Change in contract liability | | (13,551) | | (6,832) | (20,383) | 55,000 | 0 | 50,000 | 0 | 105,000 | 35,000 | 0 | 35,000 | 15,000 | 85,000 | 35,000 | 120,000 | 0 | 50,000 | 0 | 0 | 0 | 100,000 | 100,000 | 0 | 0 |
| Change in accrued expenses | | 481 | | (264) | 217 | 250 | 250 | 250 | 250 | 1,000 | 300 | 300 | 300 | 300 | 1,200 | 1,260 | 1,323 | 1,389 | 1,459 | 1,532 | 1,608 | 1,689 | 1,773 | 1,862 | 1,955 | 2,052 |
| Exchange gain/(loss) on working capital positions | | 589 | | 15 | 604 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest paid; and Other financial expense | | (26) | | (74) | (100) | 150 | 0 | 0 | 0 | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net cash provided (used) by Operating activities** | **0** | **27,038** | **0** | **(28,227)** | **(1,189)** | **(13,300)** | **40,600** | **(14,862)** | **34,664** | **47,102** | **(16,800)** | **17,860** | **(17,487)** | **17,158** | **731** | **(20,553)** | **69,176** | **(12,478)** | **(14,491)** | **68,231** | **42,170** | **23,841** | **46,184** | **147,396** | **147,231** | **47,713** |
| **Cash flows from Investing activities:** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proceeds from/investments in short term time deposits | | (55,626) | | 36,258 | (19,368) | (5,000) | (5,000) | (5,000) | (5,000) | (20,000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisition/disposal of property, plant and equipment | | (544) | | (487) | (1,031) | (750) | (750) | (750) | (750) | (3,000) | (1,000) | (1,000) | (1,000) | (1,000) | (4,000) | (4,200) | (4,410) | (4,631) | (4,862) | (5,105) | (5,360) | (5,628) | (5,910) | (6,205) | (6,516) | (6,841) |
| Acquisition of intangible assets | | (405) | | (428) | (833) | (250) | (100) | (100) | (100) | (550) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest received | | 419 | | 977 | 1,396 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net cash provided (used) by Investing activities** | **0** | **(56,156)** | **0** | **36,320** | **(19,836)** | **(6,000)** | **(5,850)** | **(5,850)** | **(5,850)** | **(23,550)** | **(1,000)** | **(1,000)** | **(1,000)** | **(1,000)** | **(4,000)** | **(4,200)** | **(4,410)** | **(4,631)** | **(4,862)** | **(5,105)** | **(5,360)** | **(5,628)** | **(5,910)** | **(6,205)** | **(6,516)** | **(6,841)** |
| **Cash flows from Financing activities:** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proceeds from exercise of stock options, net of transaction costs | | 293 | | 717 | 1,010 | 50 | 0 | 0 | 0 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payment of lease liabilities | | (608) | | (629) | (1,237) | (100) | 0 | 0 | 0 | (100) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net cash provided (used) by Financing activities** | **0** | **(315)** | **0** | **88** | **(227)** | **(50)** | **0** | **0** | **0** | **(50)** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| Exchange gain/(loss) on cash positions | | (1,900) | | (94) | (1,994) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net increase (decrease) in Cash/Cash Equivalents** | **0** | **(31,333)** | **0** | **8,087** | **(23,246)** | **(19,350)** | **34,750** | **(20,712)** | **28,814** | **23,502** | **(17,800)** | **16,860** | **(18,487)** | **16,158** | **(3,269)** | **(24,753)** | **64,766** | **(17,109)** | **(19,353)** | **63,126** | **36,809** | **18,212** | **40,274** | **141,190** | **140,715** | **40,872** |
| Cash & Cash Equivalents at Beginning of Period | 98,958 | 98,958 | 67,625 | 67,625 | 98,958 | 75,712 | 56,362 | 91,112 | 70,400 | 75,712 | 99,214 | 81,414 | 98,274 | 79,787 | 99,214 | 95,945 | 71,191 | 135,958 | 118,849 | 99,496 | 162,621 | 199,431 | 217,643 | 257,917 | 399,108 | 539,823 |
| Cash & Cash Equivalents at End of Period | 98,958 | 67,625 | 67,625 | 75,712 | 75,712 | 56,362 | 91,112 | 70,400 | 99,214 | 99,214 | 81,414 | 98,274 | 79,787 | 95,945 | 95,945 | 71,191 | 135,958 | 118,849 | 99,496 | 162,621 | 199,431 | 217,643 | 257,917 | 399,108 | 539,823 | 580,695 |

*Source: H.C. Wainwright & Co. estimates.*

**Molecular Partners AG**  June 30, 2020

**Balance Sheet**

| Balance sheet | 1Q19E | 2Q19A | 3Q19E | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (CHF in thousands, except per share data) | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Assets** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Current assets:** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 98,958 | 67,625 | 67,625 | 75,712 | 75,712 | 56,362 | 91,112 | 70,400 | 99,214 | 99,214 | 81,414 | 98,274 | 79,787 | 95,945 | 95,945 | 71,191 | 135,958 | 118,849 | 99,496 | 162,621 | 199,431 | 217,643 | 257,917 | 399,108 | 539,823 | 580,695 |
| Trade and other receivables | | 2,187 | | 2,344 | 2,344 | 57,344 | 2,344 | 52,344 | 2,344 | 2,344 | 37,344 | 2,344 | 37,344 | 17,344 | 17,344 | 2,344 | 2,344 | 2,344 | 52,344 | 2,344 | 2,344 | 2,344 | 102,344 | 102,344 | 2,344 | 2,344 |
| Inventory | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,500 | 5,125 | 7,881 | 10,775 | 13,814 | 17,005 | 20,355 | 23,873 | 27,566 | 31,445 |
| Prepaid expenses and accrued income | | 4,049 | | 2,497 | 2,497 | 2,497 | 3,022 | 3,572 | 4,147 | 4,147 | 4,797 | 5,447 | 6,097 | 6,747 | 6,747 | 9,477 | 12,344 | 15,353 | 18,514 | 21,832 | 25,316 | 28,975 | 32,816 | 36,850 | 41,085 | 45,532 |
| Short-term time deposits | | 55,626 | | 19,368 | 19,368 | 24,368 | 29,368 | 34,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 | 39,368 |
| **Total current assets** | 98,958 | 129,487 | 67,625 | 99,921 | 99,921 | 140,571 | 125,846 | 160,684 | 145,073 | 145,073 | 162,923 | 145,433 | 162,596 | 159,404 | 159,404 | 122,380 | 192,513 | 181,039 | 217,602 | 236,941 | 280,273 | 305,335 | 452,801 | 601,542 | 650,186 | 699,383 |
| Property, plant and equipment | | 4,770 | | 4,242 | 4,242 | 4,542 | 4,842 | 5,142 | 5,442 | 5,442 | 5,967 | 6,492 | 7,017 | 7,542 | 7,542 | 9,785 | 12,179 | 14,734 | 17,457 | 20,360 | 23,451 | 26,743 | 30,246 | 33,972 | 37,934 | 42,146 |
| Intangible assets | | 625 | | 772 | 772 | 1,022 | 1,122 | 1,222 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 | 1,322 |
| **Total assets** | 98,958 | 134,882 | 67,625 | 104,935 | 104,935 | 146,135 | 131,810 | 167,048 | 151,837 | 151,837 | 170,212 | 153,247 | 170,935 | 168,268 | 168,268 | 133,487 | 206,014 | 197,095 | 236,382 | 258,622 | 305,047 | 333,400 | 484,368 | 636,836 | 689,443 | 742,851 |
| **Liabilities and stockholders' equity** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Trade and other payables | | 2,949 | | 2,410 | 2,410 | 2,585 | 2,760 | 2,935 | 3,110 | 3,110 | 3,310 | 3,510 | 3,710 | 3,910 | 3,910 | 4,750 | 5,632 | 6,558 | 7,531 | 8,552 | 9,624 | 10,749 | 11,931 | 13,172 | 14,475 | 15,844 |
| Accrued expenses | | 6,900 | | 6,618 | 6,618 | 6,868 | 7,118 | 7,368 | 7,618 | 7,618 | 7,918 | 8,218 | 8,518 | 8,818 | 8,818 | 10,078 | 11,401 | 12,790 | 14,249 | 15,780 | 17,388 | 19,077 | 20,850 | 22,711 | 24,666 | 26,719 |
| Contract liability | | 23,440 | | 18,310 | 18,310 | 44,160 | 33,135 | 54,585 | 39,760 | 39,760 | 49,760 | 34,760 | 37,260 | 29,760 | 29,760 | 20,160 | 72,660 | 72,660 | 85,660 | 73,285 | 60,910 | 48,535 | 98,160 | 146,660 | 143,660 | 140,660 |
| Lease liability | | 1,255 | | 1,267 | 1,267 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 | 1,217 |
| **Total current liabilities** | 0 | 34,544 | 0 | 28,605 | 28,605 | 54,830 | 44,230 | 66,105 | 51,705 | 51,705 | 62,205 | 47,705 | 50,705 | 43,705 | 43,705 | 36,205 | 90,910 | 93,225 | 108,656 | 98,834 | 89,139 | 79,578 | 132,158 | 183,761 | 184,019 | 184,439 |
| Contract liability, non-current | | 11,720 | | 10,017 | 10,017 | 35,867 | 24,842 | 46,292 | 31,467 | 31,467 | 41,467 | 26,467 | 28,967 | 21,467 | 21,467 | 11,867 | 64,367 | 64,367 | 77,367 | 64,992 | 52,617 | 40,242 | 89,867 | 138,367 | 135,367 | 132,367 |
| Lease liability, non-current | | 1,903 | | 1,278 | 1,278 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 | 1,228 |
| Employee benefits | | 8,650 | | 10,896 | 10,896 | 11,071 | 11,246 | 11,421 | 11,596 | 11,596 | 11,796 | 11,996 | 12,196 | 12,396 | 12,396 | 13,236 | 14,118 | 15,044 | 16,017 | 17,038 | 18,110 | 19,235 | 20,417 | 21,658 | 22,961 | 24,330 |
| **Total liabilities** | 0 | 56,817 | 0 | 50,796 | 50,796 | 102,996 | 81,546 | 125,046 | 95,996 | 95,996 | 116,696 | 87,396 | 93,096 | 78,796 | 78,796 | 62,536 | 170,623 | 173,864 | 203,268 | 182,091 | 161,094 | 140,284 | 243,670 | 345,014 | 343,575 | 342,364 |
| Share capital | | 2,138 | | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 | 2,160 |
| Additional paid-in capital | | 181,143 | | 182,849 | 182,849 | 183,899 | 184,899 | 185,899 | 186,899 | 186,899 | 187,824 | 188,774 | 189,749 | 190,749 | 190,749 | 194,792 | 199,036 | 203,493 | 208,173 | 213,086 | 218,246 | 223,663 | 229,351 | 235,324 | 241,595 | 248,180 |
| Cumulative losses | | (105,216) | | (130,870) | (130,870) | (142,920) | (136,795) | (146,057) | (133,218) | (133,218) | (136,468) | (125,083) | (114,070) | (103,437) | (103,437) | (126,000) | (165,805) | (182,422) | (177,219) | (138,715) | (76,453) | (32,707) | 9,187 | 54,338 | 102,112 | 150,147 |
| **Total stockholders' equity** | 0 | 78,065 | 0 | 54,139 | 54,139 | 43,139 | 50,264 | 42,002 | 55,841 | 55,841 | 53,516 | 65,851 | 77,839 | 89,472 | 89,472 | 70,951 | 35,391 | 23,231 | 33,114 | 76,531 | 143,953 | 193,116 | 240,698 | 291,822 | 345,868 | 400,487 |
| **Total liabilities and stockholders' equity** | 0 | 134,882 | 0 | 104,935 | 104,935 | 146,135 | 131,810 | 167,048 | 151,837 | 151,837 | 170,212 | 153,247 | 170,935 | 168,268 | 168,268 | 133,487 | 206,014 | 197,095 | 236,382 | 258,622 | 305,047 | 333,400 | 484,368 | 636,836 | 689,443 | 742,851 |

*Source: H.C. Wainwright & Co. estimates.*

**Molecular Partners AG**  June 30, 2020

**Cash Outlook, Ratio Analysis, and Enterprise Value**

| CASH QUICK LOOK : | 1Q19E | 2Q19A | 3Q19E | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash burn in period (cash from operations) | NA | 25,952 | NA | 31,091 | 57,043 | 15,500 | 15,925 | 16,362 | 16,811 | 64,598 | 18,250 | 18,615 | 18,987 | 19,367 | 75,219 | 78,980 | 82,929 | 87,076 | 91,430 | 96,001 | 97,316 | 98,697 | 100,147 | 101,669 | 103,268 | 104,946 |
| Total cash and cash equivalents | NA | 123,251 | NA | 95,080 | 95,080 | 56,362 | 91,112 | 70,400 | 99,214 | 99,214 | 81,414 | 98,274 | 79,787 | 95,945 | 95,945 | 71,191 | 135,958 | 118,849 | 99,496 | 162,621 | 199,431 | 217,643 | 257,917 | 399,108 | 539,823 | 580,695 |
| Periods of cash remaining | NA | 4.5 qs | NA | 3.0 qs | 1.5 yrs | 3.6 qs | 5.7 qs | 4.3 qs | 5.9 qs | 1.5 yrs | 4.5 qs | 5.3 qs | 4.2 qs | 5.0 qs | 1.3 yrs | 0.9 yrs | 1.6 yrs | 1.4 yrs | 1.1 yrs | 1.7 yrs | 2.0 yrs | 2.2 yrs | 2.6 yrs | 3.9 yrs | 5.2 yrs | 5.5 yrs |

| Ratio analysis | 1Q19E | 2Q19A | 3Q19E | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EBIT | NA | (12,401) | NA | (24,259) | (36,660) | (12,200) | 6,125 | (9,262) | 12,839 | (2,498) | (3,250) | 11,385 | 11,013 | 10,633 | 29,781 | (22,563) | (39,805) | (16,618) | 5,204 | 38,503 | 62,263 | 59,191 | 53,030 | 57,154 | 60,474 | 60,803 |
| EBITDA | NA | (11,244) | NA | (22,947) | (34,191) | (11,750) | 6,575 | (8,812) | 13,289 | (698) | (2,775) | 11,860 | 11,488 | 11,108 | 31,681 | (20,606) | (37,789) | (14,541) | 7,342 | 40,706 | 64,531 | 61,527 | 55,437 | 59,633 | 63,027 | 63,433 |
| EBITDA % of Sales | NA | (1) | NA | (3) | -168% | -356% | 30% | -124% | 45% | -1% | -19% | 40% | 38% | 37% | 30% | -36% | -83% | -19% | 7% | 28% | 37% | 36% | 33% | 34% | 35% | 35% |
| EV/EBITDA multiple | NA | (22x) | NA | (13x) | (9x) | (23x) | 37x | (30x) | 18x | (336x) | (91x) | 20x | 22x | 22x | 8x | (13x) | (5x) | (15x) | 33x | 4x | 2x | 2x | 2x | (1x) | (3x) | (4x) |
| Gross Profit Margin | NA | 100% | NA | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 95% | 94% | 92% | 92% | 91% | 91% | 90% | 90% | 90% | 90% |
| OpMargin | NA | -92% | NA | -355% | -180% | -370% | 28% | -130% | 43% | -4% | -22% | 38% | 37% | 35% | 28% | -40% | -88% | -22% | 5% | 26% | 36% | 34% | 31% | 32% | 33% | 33% |
| Net Operating Profit After Tax (NOPAT) | NA | (12,407) | NA | (24,270) | (36,677) | (12,200) | 6,125 | (9,262) | 12,839 | (2,498) | (3,250) | 11,385 | 11,013 | 10,633 | 29,781 | (22,563) | (39,805) | (16,618) | 5,204 | 38,503 | 62,263 | 43,746 | 41,894 | 45,151 | 47,774 | 48,035 |
| Free Cash Flow (FCF) | NA | (28,588) | NA | 8,031 | (20,557) | (19,350) | 34,750 | (20,712) | 28,814 | 23,502 | (17,800) | 16,860 | (18,487) | 16,158 | (3,269) | (24,753) | 64,766 | (17,109) | (19,353) | 63,126 | 36,809 | 18,212 | 40,274 | 141,190 | 140,715 | 40,872 |
| Book per share | NA | 3.66 | NA | 2.51 | 2.53 | 1.99 | 2.32 | 1.93 | 2.56 | 2.57 | 2.45 | 3.01 | 3.55 | 4.08 | 4.09 | 3.23 | 1.61 | 1.05 | 1.50 | 3.46 | 6.49 | 8.68 | 10.80 | 13.07 | 15.46 | 17.87 |
| Net cash per share | NA | 3.17 | NA | 3.50 | 3.54 | 2.60 | 4.20 | 3.24 | 4.56 | 4.57 | 3.73 | 4.50 | 3.64 | 4.37 | 4.38 | 3.24 | 6.18 | 5.39 | 4.50 | 7.34 | 8.99 | 9.79 | 11.58 | 17.88 | 24.13 | 25.91 |
| Return on assets (ROA) | NA | -9% | NA | -22% | -35% | -9% | 5% | -6% | 8% | -2% | -2% | 7% | 6% | 6% | 18% | -17% | -19% | -8% | 2% | 15% | 20% | 13% | 9% | 7% | 7% | 6% |
| Return on equity (ROE) | NA | -16% | NA | -43% | -67% | -31% | 12% | -22% | 23% | -6% | -6% | 17% | 14% | 12% | 33% | -32% | -112% | -72% | 16% | 50% | 43% | 23% | 17% | 15% | 14% | 12% |
| Working Capital | NA | 94,943 | NA | 71,316 | 71,316 | 85,741 | 81,616 | 94,579 | 93,368 | 93,368 | 100,718 | 97,728 | 111,891 | 115,699 | 115,699 | 86,175 | 101,603 | 87,814 | 108,946 | 138,107 | 191,134 | 225,757 | 320,642 | 417,781 | 466,168 | 514,944 |
| Current ratio | NA | 3.75 | NA | 3.49 | 3.49 | 2.56 | 2.85 | 2.43 | 2.81 | 2.81 | 2.62 | 3.05 | 3.21 | 3.65 | 3.65 | 3.38 | 2.12 | 1.94 | 2.00 | 2.40 | 3.14 | 3.84 | 3.43 | 3.27 | 3.53 | 3.79 |

| Total Debt | 1Q19E | 2Q19A | 3Q19E | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Debt | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1Q19E | 2Q19A | 3Q19E | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Enterprise Value (MC + Total Debt - Cash) | NA | 242,841 | NA | 302,741 | 302,741 | 276,096 | 242,011 | 263,389 | 235,243 | 234,243 | 253,712 | 237,522 | 256,681 | 241,196 | 240,188 | 266,287 | 202,195 | 219,980 | 240,011 | 177,565 | 141,436 | 123,905 | 84,314 | (56,192) | (196,222) | (236,406) |
| Market Cap (MC) | NA | 310,466 | NA | 378,453 | 378,453 | 332,458 | 333,123 | 333,789 | 334,457 | 333,457 | 335,126 | 335,796 | 336,467 | 337,140 | 336,132 | 337,478 | 338,153 | 338,829 | 339,507 | 340,186 | 340,866 | 341,548 | 342,231 | 342,916 | 343,602 | 344,289 |

Current Share price    15.36 CHF

*Source: H.C. Wainwright & Co. estimates.*

Molecular Partners AG

June 30, 2020

## Important Disclaimers

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

### RETURN ASSESSMENT

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.





| Related Companies Mentioned in this Report as of Jun/29/2020 | | | | | |
|---|---|---|---|---|---|
| Company | Ticker | H.C. Wainwright Rating | 12 Month Price Target | Price | Market Cap |
| Pieris Pharmaceuticals, Inc. | PIRS-US | Buy | $9.00 | $3.19 | $167 |

Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

Molecular Partners AG                                                                                    June 30, 2020

| Distribution of Ratings Table as of June 29, 2020 | | | | |
| --- | --- | --- | --- | --- |
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 396 | 90.41% | 140 | 35.35% |
| Neutral | 39 | 8.90% | 8 | 20.51% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 3 | 0.68% | 3 | 100.00% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Debjit Chattopadhyay and Aaron Welch , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of Molecular Partners AG and Pieris Pharmaceuticals, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of May 31, 2020 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of Molecular Partners AG and Pieris Pharmaceuticals, Inc..

Neither the research analyst nor the Firm knows or has reason to know of any other material conflict of interest at the time of publication of this research report.

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The Firm or its affiliates did not receive compensation from Molecular Partners AG and Pieris Pharmaceuticals, Inc. for investment banking services within twelve months before, but will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

The Firm does not make a market in Molecular Partners AG and Pieris Pharmaceuticals, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.