UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES MERRITT,<br><br>                    Plaintiff,<br><br>          -against-<br><br>MOLECULAR PARTNERS AG, *et al.*,<br><br>                    Defendants. | 22-CV-5925 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court has received and will consider plaintiff's sur reply. Dkt. 37. Defendants are hereby ORDERED to submit a letter outlining their position on whether (1) the analyst reports should be struck or (2) the Court should convert the motion to one for summary judgment. The letter should be no more than two single-spaced pages and should be submitted by Thursday, December 14, 2023.

The Clerk of Court is directed to terminate the motion at Dkt. 37.

SO ORDERED.

Dated: December 8, 2023
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge