UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MERRITT, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

-against-

MOLECULAR PARTNERS AG, et al.,

                Defendants.

22-cv-5925 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The deadline for filing an amended complaint is hereby extended to February 26, 2024.

SO ORDERED.

Dated: February 12, 2024
       New York, New York

ARUN SUBRAMANIAN
United States District Judge