UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES MERRITT,<br><br>        Plaintiff,<br><br>-against-<br><br>MOLECULAR PARTNERS AG, *et al.*,<br><br>        Defendants. | 22-CV-5925 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On February 5, 2024, the Court dismissed the complaint in this matter with leave to amend. Dkt. 40. On February 26, 2024, the parties filed a stipulation of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), which does not require the Court's endorsement. Dkt. 44.

  The Court finds that each party and each attorney has complied with each requirement of Fed. R. Civ. P. 11(b) as to any complaint, responsive pleading, or dispositive motion. Neither party contests this. Dkt. 44. And the Court finds (1) no evidence of any improper purpose; (2) that the legal contentions were warranted by existing law or nonfrivolous arguments for modifying it; (3) that the factual contentions had sufficient evidentiary support or would likely have such support; and (4) any denials were warranted.

  The Clerk of Court is directed to CLOSE this case.

  SO ORDERED.

Dated: February 29, 2024
    New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge